UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kwaine Thompson

                         Plaintiff,

   -against-

City of New York et al

                         Defendant(s).

22-CV-01458
WAIVER OF SERVICE OF
SUMMONS EXECUTED

Under Rule 4(d) of the Federal Rules of Civil Procedure, the New York City Department of Correction agrees on behalf of the defendants listed below to waive service of the summons and complaint in this case, with the understanding that the time for these defendants to answer or otherwise respond to the complaint will be sixty days from the date that this waiver is filed.

**Defendants' Names**

**Bloomfield**

**Palmer**

**Montague**

Dated:    March 29, 2022
            New York, New York

s/

Melissa Guillaume
Deputy General Counsel
New York City Department of Correction
718-546-0949