

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2022

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

GREGORY ACCARINO
*Assistant Corporation Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

MEMO ENDORSED

April 4, 2022

**BY FAX (212) 805-6326:**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Conference cancelled.

/s/ Colleen McMahon
4/8/2022

Re: Kwaine Thompson v. City of New York, et al.
22 CV 01458 (CM)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter. As per this Court's Order on March 4, 2022, Scheduling an Initial Pretrial Conference, defendant City and Plaintiff jointly submit the "Civil Case Management Plan," that was included in said Order as per this Court's instructions. See ECF No. 19, Order Scheduling an Initial Pretrial Conference, March 4, 2022.

                  Respectfully submitted,

                  /s/ *Gregory J.O. Accarino*

                  Gregory J.O. Accarino
                  *Assistant Corporation Counsel*
                  Special Federal Litigation Division

cc: **BY EMAIL (phines@heldhines.com)**
Philip Michael Hines, Esq.
Attorney for Plaintiff
Held & Hines, LLP
2004 Ralph Avenue
Brooklyn, NY 11234