# KWAINE THOMPSON

B&C No. 349-19-01450
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, New York 11370

---

February 14, 2023

Philip M. Hines, Esq.
HELD & HINES, LLP
2004 Ralph Avenue
Brooklyn, New York 11234

Re:   *Kwaine Thompson v. City of New York, et al.*, 22 Civ. 01458 (CM)

Dear Mr. Hines,

Thank you for representing me in this matter thus far. However, as we discussed last Friday, February 3, 2023, please be advised that I want to represent myself in this matter going forward. As such, you are hereby directed to immediately stop all work on my file and forward the entire contents of my file, including but not limited to any pleadings, transcripts, notices, and medical records in your possession to me at the address above. I understand that your firm has asserted a retaining and charging lien against any future recovery in this matter based upon your time and expenses incurred to date. I do not object to same and will contact you upon the successful conclusion of this matter.

You may file this letter with the Court forthwith.

Thank you in advance for your prompt cooperation in this matter.

Sincerely yours,

X *Kwaine Thompson*
Kwaine Thompson

Witnessed by:

X _____
Print Name