```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                      Plaintiff,

-against-                                  **22-CV-1458 (JPO) (KHP)**

                                                  **AMENDED SCHEDULING ORDER**

CITY OF NEW YORK et al.,

                      Defendants.

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

       The Court previously scheduled an initial case management conference in this matter for **Monday, July 31, 2023 at 12:00 p.m.**  Because discovery in this matter is already underway, the parties are **not** required to complete Proposed Case Management Plans in advance of that conference.

       Defendants' request to extend the discovery deadline to **August 22, 2023** is **GRANTED**. Plaintiff is directed to respond to Defendants' interrogatories and document demands to the best of his ability by July 7, 2023.  The Court will discuss any outstanding discovery at the upcoming conference.

       The Court understands that Plaintiff's address is uncertain and that it is difficult for Plaintiff to confirm his address due to the nature of being incarcerated.  The Court is operating under the assumption that Plaintiff's current address is:  Kwaine Thompson #23B0962, Mid-State Correctional Facility, P.O. Box 2500, Marcy, NY 13403-0216.

       It is hereby **ORDERED** that the Warden or other official in charge of the Mid-State Correctional Facility produce plaintiff **Kwaine Thompson, DIN #23B0962, on July 31, 2023, no**

**later than 12:00 p.m.,** to a suitable location within the Mid-State Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in the conference. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Mid-State Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff on the line, at the time and date of the conference. If Defendants learn that Plaintiff is not housed at Mid-State, they should immediately write to the Court to advise the Court that Plaintiff's address remains uncertain.

**The Clerk of Court is requested to mail a copy of this order to Plaintiff. The clerk of the court is also respectfully directed to terminate the motion at ECF No. 57.**

Dated: May 26, 2023
New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge