USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

22-CV-1458 (JPO) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      A telephonic Case Management Conference in this matter is hereby scheduled for **Tuesday, October 10, 2023 at 4:00 p.m.**

      It is hereby **ORDERED** that the Warden or other official in charge of the Mid-State Correctional Facility produce plaintiff **Kwaine Thompson., DIN #23B0962, on October 10, 2023, no later than 4:00 p.m.,** to a suitable location within the Mid-State Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Mid-State Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff on the line, at the time and date of the conference.

      **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: July 31, 2023
       New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge