

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2023
```

## MEMO ENDORSED

August 7, 2023

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Kwaine Thompson v. City of New York, et al.</u>
      22 CV 01458 (JPO) (KHP)

Your Honor:

  I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City of New York, Katrese Brumfield, Jessica Simmons, Debbie Palmer-Campbell, Tiffany Francis, Chandra Davis, and Tony Montague ("defendants") in the above-referenced matter. The defendants write to respectfully request the Court adjourn the October 10, 2023 Court Conference at 4:00 p.m. to a time between 9:30 a.m. and 2:30 p.m. on that same date or a date soon thereafter. This is the first such request and does not affect any other Court scheduled conferences. Plaintiff consents to this request.

  By way of background, on July 31, 2023, the Court conducted a telephone status conference and scheduled the next telephone conference for October 10, 2023 at 4:00 p.m. See ECF No. 63, Order, July 31, 2023. The undersigned sent the Court Order to Mid-State Correctional Facility where plaintiff is currently housed. The facility informed the undersigned that legal calls are conducted at their facility between 9:00 a.m. and 3:30 p.m., and that all calls must be completed by 3:30 p.m. due to security coverage.

  Accordingly, the defendants respectfully request the Court adjourn the October 10, 2023 Court Conference at 4:00 p.m. to a time between 9:30 a.m. and 2:30 p.m. on that same date or a date soon thereafter. The undersigned respectfully submits he will not be available October 17, October 18, October 20, or October 26, 2023 due to conflicts.

The defendants thank the Court for its consideration.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

Cc: **By U.S. Mail**:
Kwaine Thompson
Plaintiff *Pro Se*
#23B0962
Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403

**APPLICATION GRANTED:** The telephonic Case Management Conference in this matter is scheduled for Tuesday, October 10, 2023 at 4:00 p.m. is hereby rescheduled to **Tuesday, October 17, 2023 at 12:00 p.m.** It is hereby ORDERED that the Warden or other official in charge of the Mid-State Correctional Facility produce plaintiff Kwaine Thompson., DIN #23B0962, on October 17, 2023, no later than 12:00 p.m., to a suitable location within the Mid-State Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Mid-State Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at (866) 434-5269, Access code: 4858267, with the plaintiff on the line, at the time and date of the conference. **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
08/07/2023