

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **GREGORY ACCARINO**<br>*Senior Counsel*<br>phone: (212) 356-1945<br>gaccari@law.nyc.gov |

August 18, 2023

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: Kwaine Thompson v. City of New York, et al.
     22 Civ. 1458 (JPO) (KHP)

Your Honor:

  I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City of New York, Katrese Brumfield, Jessica Simmons, Debbie Palmer-Campbell, Tiffany Francis, Chandra Davis, and Tony Montague ("defendants") in the above-referenced matter. The defendants write to respectfully request that (1) the Court extend fact discovery by one (1) month from August 22, 2023 until September 22, 2023, and (2) the Court endorse the attached proposed Order to produce plaintiff for his deposition on September 21, 2023. This is defendants' third request for an extension of time to complete fact discovery, and the first two extensions were granted by the Court. Plaintiff consents to this request and has confirmed his availability on September 21, 2023 for his deposition.

  By way of background, at the July 31, 2023 pre-trial conference, plaintiff agreed to produce his responses to defendants' interrogatories and document requests, which were first served on December 1, 2022. That same week, the defendants mailed a duplicate copy of all discovery in this matter, including video files to plaintiff and his facility, Mid-State Correctional Facility. The Court then scheduled the next pre-trial conference for October 10, 2023, which was adjourned to October 17, 2023, due to a conflict with Mid-State Correctional Facility's time window to conduct telephone calls. See ECF No. 63, Order, July 31, 2023; and ECF No. 65, Order, August 7, 2023. However, according to the docket, the deadline for fact discovery remains to be August 22, 2023. See ECF No. 61, Amended Scheduling Order, May 26, 2023.

At this time, the defendants have still not received plaintiff's discovery responses, which plaintiff has indicated he is still working on and will be sending to defendants shortly. Furthermore, at the July 31, 2023 pre-trial conference, the defendants indicated that they intend to depose plaintiff. The defendants seek to schedule plaintiff's deposition virtually, on September 21, 2023 at 10:00 a.m., with leave from the Court, pursuant to Rule 30(a)(2)(B). Plaintiff has confirmed that he is available to be deposed on September 21, 2023. Defendants have attached a proposed Order related to this request for the Court's review and endorsement. This requested extension of time will allow for time for defendants to set up plaintiff's deposition with Mid-State Correctional Facility, as well as permit plaintiff additional time to send his discovery responses. Furthermore, the defendants are contacting Mid-State Correctional Facility to set up a time for plaintiff to view the video surveillance footage related to this case before the deposition, as plaintiff and the facility have confirmed receipt of the videos, but plaintiff has indicated he has not yet had an opportunity to view them.

Accordingly, the defendants respectfully request that (1) the Court extend fact discovery by one (1) month from August 22, 2023 until September 22, 2023, and (2) the Court endorse the attached proposed Order to produce plaintiff for his deposition on September 21, 2023.

The defendants thank the Court for its consideration.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

Encl.

Cc:   **By U.S. Mail:**
Kwaine Thompson
Plaintiff *Pro Se*
#23B0962
Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403

## DECLARATION OF SERVICE BY MAIL

I, Gregory J.O. Accarino, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on August 18, 2023, I served the annexed:

- COURT LETTER TO EXTEND DISCOVERY AND SCHEDULE PLAINTIFF'S DEPOSITION, DATED AUGUST 18, 2023

- PROPOSED ORDER TO PRODUCE PLAINTIFF FOR DEPOSITION

upon the following Plaintiff *Pro Se* by serving copies of the same to be deposited, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to Plaintiff at the address set forth below, being the address designated by Plaintiff for that purpose:

Kwaine Thompson
Plaintiff *Pro Se*
#23B0962
Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403

Dated: New York, New York
August 18, 2023

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division