```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                              Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                             Defendants.

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

22-CV-1458 (JPO) (KHP)

**THE HONORABLE KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

      Upon the application of defendants for leave to take the deposition of plaintiff Kwaine Thompson, an inmate within Mid-State Correctional Facility, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Mid-State Correctional Facility produce inmate Kwaine Thompson, DIN No. 23-B-0962, at a location within the facility for the taking of his deposition by video teleconference on **September 21, 2023, commencing at 10:00 a.m.**, and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of Mid-State Correctional Facility, so that his deposition may be taken.

**Dated:  August 21, 2023**
        **New York, New York**

                                          **SO ORDERED.**

                                          *Katharine H Parker*
                                          **HON. KATHARINE H. PARKER**
                                          **UNITED STATES MAGISTRATE JUDGE**