UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2023
```

KWAINE THOMPSON,

                        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                        Defendants.

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

No. 22 Civ. 1458 (JPO) (KHP)

**THE HONORABLE KATHARINE H. PARKER,** UNITED STATES MAGISTRATE JUDGE:

    Upon the application of defendants for leave to take the deposition of plaintiff Kwaine Thompson, an inmate within Mid-State Correctional Facility, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

    **IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Mid-State Correctional Facility produce inmate Kwaine Thompson, DIN No. 23-B-0962, at a location within the facility for the taking of his deposition by video teleconference on **October 6, 2023, commencing at 10:00 a.m.**, and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of Mid-State Correctional Facility, so that his deposition may be taken.

**Defendants shall mail copies of this Order to the Superintendent of Mid-State and to Plaintiff.**

Dated:  September 25, 2023
         New York, New York

SO ORDERED:

_Katharine H. Parker_
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

1