```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KWAINE THOMPSON,

                               Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                               Defendants.

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

No. 22 Civ. 1458 (JPO) (KHP)

---

**THE HONORABLE KATHARINE H. PARKER,** United States Magistrate Judge:

Upon the application of defendants for leave to take the deposition of plaintiff Kwaine Thompson, an inmate within Mid-State Correctional Facility, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Mid-State Correctional Facility produce inmate Kwaine Thompson, DIN No. 23-B-0962, at a location within the facility for the taking of his deposition by video teleconference on **October 13, 2023, commencing at 9:00 a.m.**, and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of Mid-State Correctional Facility, so that his deposition may be taken.

**Corporation Counsel is directed to mail copies of this Order to Plaintiff and to the Superintendent of Mid-State Correctional Facility.**

Dated: October 10, 2023
         New York, New York

                                                           **SO ORDERED.**

*Katharine H. Parker*
                                                     **HON. KATHARINE H. PARKER**
                                                     **UNITED STATES MAGISTRATE JUDGE**