USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

22-CV-1458 (JPO) (KHP)

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      **The** telephonic Case Management Conference in this matter that was scheduled for Tuesday, October 17, 2023 at 12:00 p.m. hereby rescheduled to **Tuesday, November 14, 2023 at 11:00 a.m.**

      It is hereby **ORDERED** that the Warden or other official in charge of the Mid-State Correctional Facility produce plaintiff **Kwaine Thompson., DIN #23B0962, on November 14, 2023, no later than 11:00 a.m.,** to a suitable location within the Mid-State Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Mid-State Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff on the

line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: October 17, 2023
      New York, New York

                                       SO ORDERED.

                                       *[signature: Katharine H. Parker]*
                                       _____
                                       KATHARINE H. PARKER
                                       United States Magistrate Judge