UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK

KWAINE THOMPSON,
                      Plaintiff,

      -v-                                    22-CV-1458 (JPO)

CITY OF NEW YORK, *et al.*,
                      Defendants.

ORDER

J. PAUL OETKEN, District Judge:

    Defendants' request that the Court extend the deadline to file a motion for summary judgment until November 28, 2023, which is two weeks after the parties' November 14, 2023 status conference, is GRANTED.

    The Clerk of Court is requested to mail a copy of this order to the plaintiff. The Clerk of court is also requested to close the motion at ECF No. 76.

    SO ORDERED.

Dated: October 23, 2023
        New York, New York

_____
J. PAUL OETKEN
United States District Judge