```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

-against-                                    22-CV-1458 (JPO) (KHP)

                                            **ORDER**

CITY OF NEW YORK et al.,

                Defendants.

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    Plaintiff **Kwaine Thompson, DIN #23B0962**, has received video evidence in connection with this litigation. The videos are approximately four hours in duration.

    It is **ORDERED** that, no later than **Monday, December 4, 2023**, the Warden or other official in charge of the Mid-State Correctional Facility produce Plaintiff to a location in the facility where he can view the video evidence in its entirety and that Plaintiff be permitted to view the video evidence in its entirety. In the event this Order presents a hardship, the Warden or the Warden's designee should promptly contact my Chambers by calling (212) 805-0234.

    **Defendants' counsel shall send this Order to the Warden immediately.**

    **The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

SO ORDERED.

Dated: November 14, 2023
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge