22-CV-01458
21-CV-10371

TO: Pro-Se Intake Unit   DIN# 2/8/24
FROM: Kwaine Thompson  23B0962

I'm writing to inform this court my changed and new address. I currently resides at

" Collins Correctional Facility "
P.O. box 340
Collins, New York, 14034

Thanks

Sincerely
Kwaine Thompson
23B0962

**COLLINS CORRECTIONAL FACILITY**
P.O. BOX 340
COLLINS, NEW YORK 14034-0340

NAME: Kwaine Thompson   DIN: 23B0962

RECEIVED
SDNY PRO SE OFFICE
2024 FEB 12  PM 4:16

United States Southern district court
pro-se Intake unit
500 pearl st
Newyork, Newyork, 10007

NEOPOST
02/09/2024
US POSTAGE $000.640
ZIP 14034
041M11455116

FIRST-CLASS MAIL