TO : Pro- Se Intake Unit                    2/12/24

FROM : Kwaine Thompson    DIN # 23B0962
         collins correctional Facility
              P.O. box 340
         collins, NY, 14034       21-CV-1458
                                  22-CV-01037

         I will like to Know when
will I be prescribed A Pro- bono
Attorney. To let the Judge Know
That I still haven't gotten my
Hearing Aids, Nor my glasses.
And this IS my New Address
         Sincerely
                   K. Thompson
                      23B0462

RECEIVED
FEB 21
PRO SE OFFICE



**COLLINS CORRECTIONAL FACILITY**
P.O. BOX 340
COLLINS, NEW YORK 14034-0340

NAME: Kwame Thompson   DIN: 23B0962

RECEIVED
PROCESSING OFFICE

COLLINS
CORRECTIONAL FACILITY

NEOPOST
02/14/2024
US POSTAGE $000.64⁰

FIRST-CLASS MAIL

ZIP 14034
041M11455116

1000781380 0099

Pro - Se Intake unit
United States Southern District
court house
500 pearl st
NY, NY, 1000 7

Legal Mail