USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>                                    Plaintiff,<br><br>-against-<br><br><br>   CITY OF NEW YORK et al.,<br><br><br>                                    Defendants. | 22-CV-1458 (JPO) (KHP)<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letter seeking an update regarding when he will be provided with a pro bono attorney. (ECF No. 98.)

As an initial point of clarification, the case numbers listed in Plaintiff's letter do not correspond with Plaintiff's cases in this District. Plaintiff has at least two open cases in this district, at case numbers **21-cv-10371** (which is being managed by the Honorable Barbara C. Moses), and at **22-cv-1458** (which is being managed by me). In case number 22-cv-1458, which involves allegations of sexual assault, the Undersigned granted Plaintiff's application for pro bono counsel to assist with drafting the motion for summary judgment, however no counsel has yet volunteered. The Court does not know whether or when an attorney will volunteer to represent Plaintiff on a pro bono basis. The Court is not able to require a lawyer to represent a litigant in a civil case.

In the case at 22-cv-1458, Defendants filed a Motion for Summary Judgment on December 5, 2023, and Plaintiff's response is due on March 5, 2024. In light of the fact that no counsel has yet volunteered to represent Plaintiff, **the deadline for Plaintiff to file his**

**opposition to Defendants' Motion for Summary Judgment is extended to April 5, 2024, and the deadline for the reply brief is extended to April 19, 2024.** Because it is possible that no lawyer will volunteer to represent Plaintiff in this matter, Plaintiff is advised to work on his opposition brief himself and to complete and file the opposition brief by the April 5 deadline.

Finally, Plaintiff is advised that his matters before this Court do not involve claims regarding hearing aids and/or glasses. While the Court is dismayed to learn that Plaintiff does not have access to necessary medical equipment, the instant matters are not the proper means through which to seek hearing aids and/or glasses.

The Clerk of the Court is respectfully requested to mail a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: February 23, 2024
New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge