To: Pro Se Intake Unit  21-CV-1458  2/26/24
From: Kwaine Thompson D.in# 23B0962   Collins
Corr facility, P.O. box 340, Collins, NY, 14034

I need to view the U.S.B & DVD's they was left behind at my last facility "Mid state corr facility. Please Send to my new address so I can view for my upcoming federal trial.

Thanks  Sincerely,
Kwaine Thompson
D.in# 23B0962

S an you please send me a pro-bono lawyer

**COLLINS CORRECTIONAL FACILITY**
P.O. BOX 340
COLLINS, NEW YORK 14034-0340

NAME: Kwane Thompson   DIN: 23B0962

Pro Se

RECEIVED
FEB 29 2024
CLERK'S OFFICE
S.D.N.Y.

USMP'S
SDNY

CORRECTIONAL FACILITY
Pro-Se Inmate

Pro-Se
United Southern District cour
500 pearl st
New York, NY 10007

NEOPOST
02/26/2024
US POSTAGE