USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>  *Plaintiff*,<br><br>vs.<br><br>CITY OF NEW YORK, et al.<br><br>  *Defendants*. | Case No. 1:22-cv-01458-JPO-KHP<br><br>**[PROPOSED]**<br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

  The motion of Sami N. Elamad for admission to practice *pro hac vice*, as pro bono counsel for Plaintiff Kwaine Thompson, in the above-entitled action is granted.

  The Applicant has declared that he is a member in good standing of the bar of New Mexico, and his contact information is as follows:

> Sami Elamad (he/him/his)
> The Atlantic Foundation
> 442 5th Avenue #2441
> New York, NY 10018
> sami@the-atlantic-foundation.org
> Tel. (646) 685-3954
> Fax (646) 712-9501

Applicant having requested to appear for the limited purpose of the motion for summary judgment, dated December 5, 2023, *see* ECF Dkt. 82, for Plaintiff in the above-entitled action,

  **IT IS HEREBY ORDERED** that Sami Elamad is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **03/19/2024**

*Katharine H. Parker*

U.S. District/Magistrate Judge