```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON, <br><br>                 Plaintiff, <br><br> -against- <br><br><br> CITY OF NEW YORK et al., <br><br>                 Defendants. | 22-CV-1458 (JPO) (KHP) <br><br> **ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court received Plaintiff Kwaine Thompson's letter, dated March 25 and filed April 1, 2024, requesting a referral to mediation and for pro bono counsel to represent him at the mediation in both this case and Case No. 21-cv-10371. Corporation Counsel in Case No. 21-cv-10371 represented that the defendants in that case are open to a referral to the Court-annexed mediation program as to that case.

Notwithstanding Corporation Counsel's prior representation that Defendants are not interested in mediating this case, no later than **April 12, 2024**, Corporation Counsel shall advise the Court whether it is willing to participate in a mediation through the Court-annexed mediation program as to this case, either on its own and/or together with the 21-cv-10371 case.

      **SO ORDERED.**

Dated: April 9, 2024
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge