UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>*Plaintiff*,<br><br>vs.<br><br>CITY OF NEW YORK, et al.<br><br>*Defendants*. | Action No.  1:22-cv-01458-JPO-KHP<br><br><br><br>**[PUBLIC FILING WITH LIMITED REDACTIONS]** |

## DECLARATION OF SAMI ELAMAD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Sami N. Elamad, pursuant to 28 U.S.C. § 1746 hereby declare and state as follows:

1. I am an attorney admitted or otherwise authorized to practice in this court.

2. As counsel for Plaintiff, I respectfully submit the following in support of Plaintiff's opposition to Defendants' pending motion for summary judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the official transcript of Plaintiff's deposition, taken in this action on October 13, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the official transcript of Plaintiff's deposition, taken as part of his 50-H hearing on February 3, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Plaintiff's medical records through the Department of Corrections, produced by Defendants as part of this action and Defendants' document production for discovery.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the DOC investigation related to the first report Plaintiff filed on June 13, 2021.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the logbook entry by Defendant Brumfield relevant to the June 13 Incident.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the DOC investigation related to the first report Plaintiff filed on December 3, 2021.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the DOC investigation related to the third report Plaintiff filed on December 18, 2021.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a Facebook post from Plaintiff's account, dated February 6, 2022, available at

https://www.facebook.com/100026632874384/videos/1140226030145465/.

11. Attached hereto as **Exhibit 9** is a true and correct copy of screenshots and related links from security camera footage related to the June 13 Incident.

12. Attached hereto as **Exhibit 10** is a true and correct copy of certain filings issued in Plaintiff's criminal proceedings in New York state court.

13. Attached hereto as **Exhibit 11** is a true and correct copy of various on-screen recordings showing the security camera footage does not run continuously, among other things, in connection with Plaintiff's third PREA report about Palmer-Campbell.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, NY
         April 15, 2024                                  Sami Elamad