# EXHIBIT  1

```
                                               Page 1
 1   UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

 2   ---------------------------------------------------------X

     KWAINE THOMPSON,

 3                                         PLAINTIFF,

 4         -against-                  Case No.:

                                      22 Civ. 01458 (CM)

 5

 6   CITY OF NEW YORK, CORRECTION OFFICER KATRESE BRUMFIELD,

     CORRECTION OFFICER JESSICA SIMMONS, CAPTAIN DEBBIE

 7   PALMER-CAMPBELL, CORRECTION OFFICER TIFFANY FRANCIS,

     CORRECTION OFFICER CHANDRA DAVIS, and CAPTAIN TONY

 8   MONTAGUE,

                                         DEFENDANTS.

 9   ---------------------------------------------------------X

10                          DATE:  October 13, 2023

11                          TIME:  9:04 A.M.

12

13          VIDEOCONFERENCED DEPOSITION of the Plaintiff,

14   KWAINE THOMPSON, taken by the Defendants, pursuant to a

15   Court Order and to the Federal Rules of Civil Procedure,

16   held before Robin Kay Lim, a Notary Public of the State

17   of New York.

18

19

20

21

22

23

24

25
```

K. THOMPSON

Page 8

1        Q    All right.  Now, have you ever used any other

2   Social Security number?

3        A    No.

4        Q    And have you ever used any other date of

5   birth?

6        A    No.

7        Q    And what is your approximate height and weight

8   today?

9        A    Six-one, 230.

10       Q    And in 2021, were you approximately the same

11  height and weight?

12       A    I was heavier.

13       Q    Do you know approximately what you were

14  weighing then?

15       A    Probably like 250.

16       Q    And are you currently married?

17       A    No.

18       Q    Have you ever been married?

19       A    No.

20       Q    And do you have any children?

21       A    Yes?

22       Q    How many children do you have?

23       A    Four.

24       Q    And what are their ages?

25       A    32, 26, 24, 21.

K. THOMPSON

Page 9

```
 1        Q    And did you attend any high school?
 2        A    Yes.
 3        Q    And what high school did you attend?
 4        A    Westscott High School.
 5        Q    What county or borough is that high school
 6   located in?
 7        A    Manhattan.
 8        Q    Did you graduate?
 9        A    No.
10        Q    And what year was the last year you were
11   there?  If you remember.
12        A    Probably '91.
13        Q    Did you ever obtain a GED after?
14        A    Yes.
15        Q    And do you know when you obtained that?
16        A    When I was about 19, 20.
17        Q    And did you attend any college after that?
18        A    Yes.
19        Q    What college did you attend?
20        A    CUNY City.
21        Q    I'm sorry?
22        A    Manhattan.
23        Q    Did you graduate from that college?
24        A    No.
25        Q    Do you know what the last year you completed
```

K. THOMPSON

1    happened or did you sit down?

2         A    I was standing.  I was standing.

3         Q    So can you just kind of --

4              MR. ACCARINO:  Actually, withdrawn.

5         Q    Was this the first time you had interacted

6    with Officer Brumfield?

7         A    No, this was not the first time I interacted

8    with her.

9         Q    Okay.  Did you know who she was before that

10   date?

11        A    No, I did not know.  I did not know who she

12   was.  All I knew is that she was working in the clinic.

13        Q    Okay.

14        A    I went to the clinic.  That's where I saw her

15   at.

16        Q    And, I guess, had you ever spoken to Officer

17   Brumfield that day?

18        A    She spoken to me a few times, yes.

19        Q    So it's fair to say you had seen her before

20   that day?

21        A    Yes.

22        Q    And so she walks you -- so the door was closed

23   to the X-ray room.  What was the first thing that was

24   said to you?

25        A    Say that again.

K. THOMPSON

Page 21

```
 1    sex, did she physically put her mouth on your penis?
 2         A    Yes.   This is very, very traumatizing for me,
 3    these questions.  I try to black that out my mind.  I
 4    been sexually abused all my life, so, yes, these
 5    questions are -- the sex part, everything is recorded.
 6    The videos should be there.
 7         Q    Again, with these questions, my intention is
 8    not to embarrass you.  I just have to -- as in the
 9    lawsuit, just physically -- unfortunately, physically
10    just understand exactly what happened, so if there's
11    anything --
12         A    Okay.
13         Q    At any time you need a break, just feel free
14    to let me know.
15              So when she did that, do you know how long
16    that lasted for?
17         A    No, it seemed like forever, but I do not know
18    the time.
19         Q    Okay.  When that was going on, did she say
20    anything?
21         A    No.
22         Q    Did you say anything?
23         A    No.
24         Q    And did you do anything?
25         A    No.
```

K. THOMPSON

1    left the X-ray room, where did you go?

2         A    Oh, I went to wait for the escort officer to

3    bring me back to my clinic -- I mean, back to my housing

4    unit.

5         Q    Where, I guess, in the clinic did you go to

6    wait for your escort officer?

7         A    Where I was sitting, in the main -- they had a

8    main intake area where inmates sit at.

9         Q    And do you know how long you waited there.

10        A    No, I do not.

11        Q    At that point, did you tell anyone what

12   happened?

13        A    Yes, I did.

14        Q    And who did you tell what happened?

15        A    I told Captain Montague.  I told CO Davis and

16   I told -- I think that's it.  I called -- I called the

17   hotline, the PREA hotline and I told them.  And I also

18   told the doctor and I also told the psychiatrist.  The

19   psychiatrist is the one that recommended that I get a

20   STD test, and that's how I found out this officer gave

21   me chlamydia.

22        Q    I just want to walk through kind of what you

23   told me.  So you mentioned that you went back to the

24   main clinic.

25             Did you tell Officer Montague and Davis what

K. THOMPSON

Page 31

1    And I wakes up around 9:00 and I just happened to glance

2    in the logbook and I see my name.

3              And I asked the white male officer who was on

4    duty how can my name get in there.  He said this lady

5    came and said that you refused to go to the clinic with

6    her and you're only going with Ms. Simmons.  And I said

7    I didn't speak to no lady.  He said -- no.  Well, I said

8    she lied.

9              She came back and when I confronted her about

10   why she did that, she said I better not be giving her

11   dick to nobody in front of the whole housing unit and in

12   front of the white officer.  And the whole house got

13   quiet and she said, "I send your ass to the box right

14   now," and she stormed off the unit.

15             That's when I got scared.  That's when I

16   called PREA and sought some type of protection.

17        Q    Okay.  Did that incident happen the same day

18   Officer Brumfield was with you in the X-ray room?

19        A    No, no, no, no.  That wasn't the same.  I

20   don't know how many days it was apart, but it was

21   afterwards.

22        Q    Okay.  Yeah, I just want to clarify that.  So

23   the incident you just described, did that happen after

24   the incident in the X-ray room?

25        A    Yes, afterwards.

K. THOMPSON

Page 32

1      Q    Okay.  Do you know approximately how many
2   days?
3      A    I -- I don't know.  I don't know.
4      Q    And you mentioned there was a white officer in
5   the room?
6      A    Yes.
7      Q    Do you know what his name was, by any chance?
8      A    I do not know his name, but Rikers Island
9   VCBC, they all got cameras.  Mid-State is the only jail
10   that don't got no cameras, but Rikers Island has cameras
11   in the housing unit and outside in the hallway area.
12   That's easy to find out who's on duty that day.
13          And the investigators also took pictures of
14   the logbook of who was on duty, so I don't know the
15   white guy's name, but he was there that day.
16      Q    And on some of the paperwork I've seen the
17   name Officer Kingly or Kingsley.
18      A    I think that's his name.  I think that's his
19   name.
20      Q    And the white officer, was he an officer who
21   was in the room or in the control room?
22      A    Yes, he was in the room, which he came in the
23   room.  He's the one that told me this is the one that
24   wrote that entry inside the logbook.
25      Q    So I just kind of want to walk through just

K. THOMPSON

                                                            Page 35

1        Q     When you said she was cursing and screaming,

2   do you remember what she said?

3        A     I remember this.  I better not give her dick

4   to nobody else.

5        Q     Other than that, do you remember anything else

6   she said?

7        A     No.

8        Q     When she said that, did you say anything in

9   response?

10        A     No, I immediately got scared and knew that I

11   had to call PREA.

12        Q     And did she say anything after that?

13        A     No, she just left.

14        Q     You mentioned other inmates were present?

15        A     Yes.

16        Q     Were they present for that whole interaction?

17        A     Yes, from the cameras, it was about 50 guys up

18   at that time in the morning.

19        Q     Did they say anything when this occurred?

20        A     Yes, they couldn't believe they ears.

21        Q     After you left, what did you do?

22        A     I got on the phone.  I immediately had to make

23   a decision where I have to alert somebody before I go to

24   the box for no reason.

25        Q     Do you know who you called?

K. THOMPSON

1        A     Yes.

2        Q     Do you remember what you said to him?

3        A     I just asked him how is the investigation is

4    going and am I safe to be on this boat.  I was worried

5    about my safety.

6        Q     And did he say anything to you in response?

7        A     He just laughed it off, like he downplayed it,

8    like it's not happening.

9        Q     Do you remember what he said specifically

10   other than laughing?

11       A     No, no, I don't.  I don't remember what he

12   said specifically.

13       Q     And how did that make you feel when you heard

14   that?

15       A     It make me feel let down.

16       Q     Do you know how long after the incident you

17   spoke to Captain Montague the second time?

18       A     No, I don't.  I don't remember, but, again,

19   the whole building is video-recorded.  It's got

20   surveillance, so --

21       Q     And did you ever see that -- sorry.  Did you

22   ever see that doctor or psychiatrist ever again?

23       A     No, I never saw them again in my life.

24       Q     And is it fair to say that doctor and

25   psychiatrist were not your regular doctor and

K. THOMPSON

Page 48

1   assault in custody?

2       A     No, I've been assaulted numerous times

3   throughout my many stints in Rikers Island.

4       Q     We're going to go into some of the others that

5   you mentioned in this lawsuit.  Was Officer Brumfield

6   the first sexual assault incident or were there others

7   before?

8       A     No, not in my life.  Not in my life, no.

9       Q     Was Officer Brumfield the first sexual assault

10  incident while in DOC custody?

11      A     No, not in my life.

12      Q     And I'm -- just to be clear, I'm just talking

13  about incidents while in Department of Corrections

14  custody.

15      A     Yes, I've been in Department of Corrections

16  over probably 20 times and it's happened to me numerous

17  times.

18      Q     And in the time period you are describing when

19  you were in custody since 2009 -- I'm sorry, 2019, was

20  this incident with Officer Brumfield the first sexual

21  assault incident while in custody since 2019?

22      A     Yes.

23      Q     And then prior to the incident in the X-ray

24  room, did you have any conversations with Officer

25  Brumfield?

K. THOMPSON

```
1        A     Yes.

2        Q     And, again, I'm talking about prior to the

3    sexual assault incident you described.

4        A     Yes.

5        Q     And do you know what you spoke to her about?

6        A     She just told me I'm a handsome man.  I'm her

7    type.  Do I got a girl that come visit me.  "What do you

8    like to eat."  Did I smoke cigarettes.

9        Q     And do you know where you were when she said

10   that to you?

11       A     I was in the main clinic.

12       Q     And how much longer -- I guess how many days

13   prior to the incident in the X-ray room did she say that

14   to you?

15       A     I'm not sure about the dates.

16       Q     And what did you say in response?

17       A     I told her everything that she asked me.

18       Q     I guess what was that like?  What were your

19   answers?

20       A     What kind of cigarettes do I smoke, I told her

21   Newports.  Do I do drugs, I told her weed.  Do I have a

22   girlfriend, nothing serious.  And that's it.

23       Q     And then after that, had you spoken to her

24   before the -- I guess from the conversation you

25   described to the incident you described in the X-ray
```

K. THOMPSON

Page 52

1    then the instance with Officer Brumfield in the X-ray

2    room.

3         A    Yes.

4         Q    Are there any other instances?

5         A    I made -- I made complaints on other officers

6    and I was scared for my life, because I was in the box

7    and I was told that I cannot come out my cell unless I

8    performed sexual activities for a gay man, a gay officer

9    and his buddies.

10             This is on Rikers Island in GRVC.  It's going

11    to be proven through video, videotape.

12             There's five people locked in 24 hours out of

13    the day in the cell.  I'm the only one out of the cell

14    at least 11 hours every day, and I wasn't supposed to

15    have a phone in my cell and I was granted a phone to be

16    in my cell 24 hours.

17             And I also wasn't allowed to call using my pin

18    number, and the captain bought me down to the intake and

19    told me to activate other people inmates' pin numbers

20    for complying with this sexual escapade.  This is in

21    GRVC.

22         Q    And I guess just to be clear, I'm not sure

23    if -- I don't think that's part of this lawsuit, because

24    I know Officers Palmer, Simmons and Brumfield are named

25    in this lawsuit.

K. THOMPSON

Page 56

1       Q    Do you know how many times before the date of
2    the incident?
3       A    Probably 20 times.
4       Q    So had you ever had conversations with her
5    before?
6       A    Yes.
7       Q    And what type of conversations?
8       A    Sexual in nature.
9       Q    Like, what would you say to her?
10      A    Now, I wasn't saying nothing to her.  She
11   would say it to me.
12      Q    Oh.
13      A    She would tell me about her sex life with her
14   boyfriend, the sex life at the gym, the sex life with
15   another woman and how she like to be bisexual.  That's
16   it.
17      Q    And when she would tell you these things, was
18   this en route to the clinic or somewhere else?
19      A    En routes to the clinic.  Normally on the
20   elevator.
21      Q    And when she would say these things, would it
22   be just you and her on the elevator or were other
23   people --
24      A    Just me.  Just me and her.
25      Q    So when she said that, no one else would be

K. THOMPSON

Page 64

1    and year that surgery occurred?

2         A    No, I do not, but I'm sure you have my medical

3    record there.  I went to Lincoln Hospital.  I was there

4    for ten days.

5         Q    And so I guess I want to go back.  Also you

6    mentioned previously that you had an STD check after the

7    incident with Ms. Brumfield.

8         A    Yes.

9         Q    Did you ever find the results of that test?

10        A    Yes.

11        Q    What were the results?

12        A    Chlamydia.

13        Q    And who told you that?

14        A    The doctor.

15        Q    Was that the doctor or the psychologist you

16   mentioned before or a new doctor?

17        A    No, no, it was a different doctor.

18        Q    Do you know that doctor's name?

19        A    No.

20        Q    Had you ever met that doctor before?

21        A    No.

22        Q    Can you describe him?  Was it male, woman, a

23   race?

24        A    I'm not sure man or woman or the race, but I

25   remember it came out UTI, urinary tract.  Urinary tract

K. THOMPSON

1    got something over everybody's head in this building.

2           He said if I complied, he's going to put me on

3    to a few officers who is down with it, and a few

4    captains and a few deps, and even the warden.  The

5    warden's name was Renee.

6           And he says to me that as long as you comply,

7    you would always be out your cell.  You would never --

8    it was five inmates in a cell, and he said I will make

9    sure you -- your cell is open all day and I will make

10   sure that you have a phone in your cell 24 hours.  You

11   sleep with the phone and I will also give you other

12   inmates' pin numbers.  You can activate -- voice

13   activate these people's pin numbers.

14          And if you ever break the deal, if you ever do

15   not do what I ask you sexually for Captain Palmer or any

16   officers in here that's down with that program, that I

17   would be locked up immediately back in my cell.  The

18   phone would be taken away from me and I would not be

19   allowed to get any more visits from my family.

20          The judge didn't order that, but a few months

21   into it, I got really annoyed and I backed out the deal,

22   and that's when I called Palmer-Campbell and when I

23   called, I -- immediately, retaliation happened.  I was

24   locked in my cell.  All this is recorded.

25      Q    Mr. Thompson, I just asked you -- you went

1    a visiting floor, but your family will talk to you

2    through a glass.  You will never be able to touch your

3    family again."

4              So I stayed in West Facility for I don't know

5    how long.  Probably three weeks, four weeks and I told

6    them I give up, please move me back to GRVC.  I won't

7    tell.  I will comply and that's exactly what they did.

8    They moved me back to GRVC.  I told them I need my

9    visits back.  I need to see my family and they gave it

10   back.

11       Q   I want to ask you about the sexual assault

12   allegation that you are bringing against

13   Palmer-Campbell.

14       A   Oh, yes.

15       Q   Do you mind just walking me through what

16   happened?

17       A   Oh, yes, yes, yeah, yeah.  All right.  It was

18   a day that I had to go to see a psych at about 10:30 at

19   night, and the doctor that was on, this is just before

20   the next shift change, and she was hungry and she -- she

21   told me no, the doctor told her, "Do not let Thompson

22   leave this clinic under no conditions."

23            At 12:00, the doctor said, "I'm leaving now."

24   He said, "At 12:00, Thompson is going to go at midnight.

25   Thompson is going to go to C-71, mental health unit.

K. THOMPSON

Page 77

1    morning.

2        Q    You mentioned you went over onto a bed and

3    went to sleep?

4        A    Yes.

5        Q    And what's the next thing you remember

6    happening?

7        A    I remember her touching me and feeling wetness

8    on my mouth, and looking and seeing the tip of my dick

9    in her mouth.

10        Q    So is that how you were woken up?

11        A    Yes.

12        Q    Were you lying flat on a table?

13        A    Sideways.  I know I was tossing and turning,

14    but then when I woke up and caught her like that, she

15    says, "Thompson, I'm hungry.  Can you" -- "can we go

16    back to your housing area?"

17            I told her, I said, "I cannot leave this

18    clinic.  You heard what the doctor said."  She was

19    persistent on going back to my housing unit.

20        Q    You mentioned you woke up.  When you woke up,

21    was your penis in her mouth?

22        A    Yes.

23        Q    And do you know how --

24        A    It was wet.  It was wet.  The tip of it was

25    wet.  Was wet.  I felt it with my hand.

K. THOMPSON

Page 82

```
1        A    No, no inmates walked back.  And I told you
2    it's five inmates that we all in a box.  We in the cell
3    23 hours out the day, so when I went to the housing
4    unit, one inmate was up standing on his door, cell door,
5    looking out, looking at me coming in there.
6        Q    And when Ms. -- when Captain Palmer did this
7    to you in the clinic, was any other officers or inmate
8    around?
9        A    No, I don't think nobody else was in the
10   clinic.  I think it was just nurses that night.
11       Q    Could anybody see what happened?
12       A    I'm not sure, but I'm sure they got cameras in
13   the clinic that will show her coming into the cubicle
14   where I'm at.
15       Q    While you were in the clinic, did you tell
16   anybody what happened or report what Captain Palmer did?
17       A    No.
18       Q    And then you mentioned you walked back with
19   Captain Palmer to the housing unit.  During that time,
20   did she make any physical contact with you?
21       A    No.
22       Q    Okay.  And then back in the housing unit, what
23   did she say to you?
24       A    That I would not be going to see a doctor at
25   all at this time.  "I don't care what the doctor say."
```

K. THOMPSON

Page 84

1   missing because you made this report.

2          And I was being totally retaliated against and

3   there was no officer, PREA officer to come check with me

4   just in case of retaliation.

5      Q    So going into that --

6      A    Yes.

7      Q    -- you mentioned you called PREA.  Do you know

8   if you spoke to somebody or if you left a voicemail?

9      A    Yes, I have spoke to numerous investigators

10  and I told them all about day 1 of what happened to me

11  when I went to GRVC.  All the months that I stayed

12  there, all the things that I have to do to receive a

13  phone in my cell for 24 hours, against the judge's

14  orders for me to stay out my cell, out the cell for at

15  least 12, 15 hours out the day.  Free pin number.  Free

16  pin numbers, extra food, weed, tobacco, all the stuff

17  that was given to me.

18         But once I told them I made that call, then

19  retaliation happens.  I get moved.  My visits get ended.

20  My visitors can't come see me no more.  It was very

21  horrible and all this is documented.

22         And once I complied with West Facility, I told

23  them I can't take it no more, I need to see my family,

24  they moved me back and they gave me back my privileges.

25  They gave me a phone again and they let me out my cell

K. THOMPSON

1      Q    So I'm going to be starting with physical

2   injuries, but the incident with Officer Brumfield, did

3   you suffer any physical injuries from that incident?

4      A    Yes.

5      Q    And what are they?

6      A    Pain and discomfort.

7      Q    Okay.  And how long --

8           MR. ACCARINO:  Well, withdrawn.

9      Q    Where did you suffer the pain?

10     A    Penis.

11     Q    Okay.

12     A    And scrotum.

13     Q    I'm sorry.  Penis and what?

14     A    Scrotum and -- and -- and my stomach.  The

15   urinary tract hurt my bladder.

16     Q    And I guess as well, would you attribute the

17   urinary tract infection to this incident?

18     A    Yes, yes.

19     Q    You mentioned that there was pain to your

20   penis and scrotum?

21     A    And stomach area.  And stomach area.

22     Q    Is all of that pain from the urinary tract

23   infection?

24     A    From the chlamydia that I was given, yes.

25     Q    And so I guess my question is is that pain

K. THOMPSON

Page 93

1    physically and get a new case, so I got -- I think I got

2    a perfect class of PTSD.

3         Q    And have you seen any -- have you sought

4    treatment for these emotional injuries?

5         A    Yes, yes, I been.  I been have PTSD for over

6    20 years, and the reason why I have PTSD for over 20

7    years is back in Rikers Island, under my left eye, I got

8    a three-inch titanium tape -- plate where the officers

9    crushed my eye socket fighting me on Rikers island.  So

10   I already have PTSD and I was getting a Social Security

11   check from the United States Government once a month for

12   PTSD.

13        Q    I guess after the incident with Officer

14   Brumfield, have you received treatment for the

15   psychological injuries while in DOC and upstate custody?

16        A    Oh, yes, yes, yes, yes.  Yes, I have.  Yes, I

17   continue psych to this very day.

18        Q    How often do you seek psychological treatment?

19        A    I take a pill every day since that incident.

20        Q    And how often do you meet with counselors or

21   doctors for psychological --

22        A    Since I've been here, I'm in a -- I'm in a

23   group, mental health group that meet once a month on a

24   first Thursday of every month.  First full Thursday of

25   every week, not every month.  Since I been in Mid-State

1    Correctional Facility.

2         Q     How often would you receive psychological

3    treatment in DOC custody after this incident?

4         A     I probably say over 1,000 times already.

5         Q     Would that be once a week?

6         A     I get medicine every day.  They check it once

7    a week.  I got pamphlets, literature.  I got -- they

8    read it, they mark it, they grade it.  So, yeah, it's

9    been every day, every month, every week since this

10   incident.

11        Q     And you mentioned, you know, you had some

12   suicidal feelings after this incident.

13        A     Yes, numerous.  Numerous.  Numerous suicide

14   attempts I had since this incident.

15        Q     Did you ever have any before this incident?

16        A     Yes.

17        Q     You also mentioned that you had PTSD before

18   this incident?

19        A     Yes.

20        Q     You mentioned over 20 years ago?

21        A     Yes, I got a titanium plate in my eye from

22   officers crushing my left orbital floor, and I was

23   receiving SSI checks all the way up to 2019 from the

24   United States Government for PTSD.

25        Q     Do you know approximately what year that

 1    every time I go to court.  Right now I have no suit.  My

 2    property is missing.

 3         Q    When you say West Facility, is that GRVC or a

 4    different facility?

 5         A    No, that's a different facility.  They -- when

 6    I didn't comply in GRVC with Ms. Campbell, they sent me

 7    to West Facility as a punishment.  They said you are not

 8    going to see your family no more and they deaded my

 9    visits.

10         Q    Is West Facility on Rikers Island?

11         A    Yes, it's on Rikers Island.  Yes, it's a --

12    supposed to be a TB facility, like, for viral viruses,

13    but they have created like a separate box for people who

14    don't follow rules or programs.  I was in there until I

15    said, "Please, I'm willing to comply," then they took me

16    out, so I stayed there for about a month.

17         Q    Do you know approximately -- I mean, losing

18    this property, do you know approximately how much it's

19    all worth?

20         A    Oh, yes, yes, yes.  It's -- it cost about 3 to

21    4,000.

22         Q    And did you pay for these clothes or did

23    family members?

24         A    Family paid for the clothes with my money.  I

25    had $1500 in savings.  They put $1500 with it and they

K. THOMPSON

Page 121

1    inmate's pin number so my voice was on other inmates'

2    pin numbers.

3              And the only way that's possible, if a captain

4    brings me to a cell located in the intake area, and that

5    cell is watched by four to five officers watching me

6    activate your pin number.

7        Q    Do you know which inmate pin number you used?

8        A    I don't, but I do have it written down in my

9    diary.  I do know I wrote it down and I called 311 and

10   let them know that, too, that these officers are giving

11   me pin numbers to activate other people pin numbers.

12       Q    So I guess along those lines, because, you

13   know, we have -- there's some phone call recordings that

14   it sounds like it's your name, like, "Hey, it's Kwaine

15   Thompson."

16       A    Yes.

17       Q    With different pin numbers so that --

18       A    Yes.

19       Q    -- could be?

20       A    Yes, yes, there's other pin numbers where,

21   let's say, Kwaine Thompson, but it's different numbers.

22   If you look at the number, the booking case number it's

23   coming from, it's not mines.  It just says my name.

24       Q    Then is there -- if it's all right, I would

25   like to play just two parts of, like, a call just to see