# EXHIBIT  2

50-H HEARING

THOMPSON, KWAINE

BLA#: 2021PI017786

015-220

-----------------------------------------X

In the Matter of the Claim of

KWAINE THOMPSON,

     -against-

THE CITY OF NEW YORK.

-----------------------------------------X

                        VIDEO CONFERENCE VIA TEAMS
                        Conducted By:
                        LEX REPORTING SERVICE
                        160 Broadway
                        New York, New York

                        February 3, 2022
                        2:04 p.m.

**EXAMINATION** of **KWAINE THOMPSON**, held at
the above time and place, pursuant to Notice,
taken before SHAUNICE MCMULLEN, a shorthand
reporter and Notary Public within and for the
State of New York.



LEX #173441

K. Thompson                        20

and then it went into relationships.

     Q    When did you start speaking about relationships?

     A    Let's say my third time meeting her.

     Q    What kind of conversations did you have relating to relationships?

     A    Sexual conversations.

     Q    Who initiated the conversations?

     A    She did.

     Q    Do you remember what she initially said to you?

     A    She said that she like to work out so she can have a lot of energy to have sex.

     Q    How did you respond?

     A    I said, wow, well, you in great shape.

     Q    Did you ever tell Ms. Simmons that those conversations made you uncomfortable in any way?

     A    Yes.  I did tell her that.  I told her that as soon as she said it.

     Q    How did she respond?

K. Thompson                    21

       A      She told me, well, she going to

try her best to make me comfortable.

       Q      How often did you have these

types of conversations?

       A      Mostly every time she picked me

up for medication.

       Q      How often did you tell her it

made you uncomfortable, if at all?

       A      Every time.

       Q      What did she respond each time?

       A      She responded that I'm her type

of chocolate that she likes.

       Q      In October of 2020 when Ms.

Simmons escorted you to the clinic, what

happened?

       A      I met an officer named Ms.

Bloomfield.

       Q      And Officer Bloomfield was in the

clinic?

       A      Yes.  This is the officer that

gave me an STD.

       Q      Was there anyone else in the

clinic other than yourself, Officer

Bloomfield and Officer Simmons?

K. Thompson                    22

1

2      A     Yes.  It's always a -- I think

3   it's normally two officers, but it's maybe --

4   there's always a third officer.  As a matter

5   of fact, I do remember her name.  Her name is

6   Ms. Davis.  She's what you call a psychiatric

7   officer.  Her name is Ms. Davis.  I heard that

8   she retired.

9      Q     When you came into the clinic

10  with Ms. Simmons and met Ms. Bloomfield, what

11  happened next?

12     A     Ms. Bloomfield immediately said I

13  was her cup of tea, she was older than me,

14  and she started asking me about why I was in

15  jail, do I have a girl, what do I like to

16  drink, what do I like to smoke, and she

17  brought me food -- what I like to eat.  She

18  brought me food, cigarettes just to have sex

19  with her.

20     Q     What happened at the first

21  encounter with her?

22     A     This was a conversation that we

23  had about what's my likes, what's my likes

24  and what's my dislikes.

25     Q     What did you respond?

K. Thompson                          23

1
2          A       I told her what I like to eat.  I
3     told her what I like to drink.  I told her
4     what I like to smoke.
5          Q       At that point, did Officer
6     Bloomfield tell you why she was asking you
7     for that information?
8          A       She told me she like what she see
9     and she wants to get involved with somebody
10    like me.
11         Q       What did you respond?
12         A       I told her, I cannot do that.
13    I'm here to do my time and get out of jail.
14         Q       Did she respond to you?
15         A       Yeah.  She responded.
16         Q       What did she respond?
17         A       She responded, I will throw you
18    in the box if you don't follow up with a good
19    woman like her.
20         Q       Did you respond to her?
21         A       I felt like I was forced.  I did.
22         Q       I'm sorry.  Say that again.
23         A       I felt like I was forced to
24    respond because she threatened to throw me in
25    the box if I didn't.

K. Thompson                    24

1

2      Q      What did you say?

3      A      I said, what do you want from me.

4      Q      What did she respond?

5      A      She said she wants sex.

6      Q      What happened next?

7      A      She made a way for us to have

8  sex.

9      Q      That day?

10     A      No.  Let's say two weeks after

11  that.

12     Q      Between when you had that initial

13  conversation and two weeks later, did you

14  report the conversation to anybody?

15     A      Nah.  I just told a few of the

16  guys that I was locked up with what was

17  happening to me.

18     Q      Did they say anything to you?

19     A      They told me I was a lucky man.

20     Q      What happened two weeks later?

21     A      Two weeks later, I was escorted

22  to the clinic where I met her there and she

23  immediately told me -- she told the officers

24  that she was going to escort me back, but

25  instead of me getting escorted back, she had

the key to a room, to the x-ray room, and

inside the x-ray room, there was nobody.

There's no officers in there and there's a

door where nobody can look in there, and she

brought me inside that room.

    Q    Who escorted you to the clinic?

    A    I would say Ms. Simmons.

        MR. HINES:  Is that a guess or is

that your recollection?

        THE WITNESS:  That's my

recollection, Ms. Simmons.

    Q    What happened in the x-ray room?

    A    She began to perform oral sex on

me.

    Q    Did you object?

    A    Say that again.

    Q    Did you object?

    A    I felt like I was forced.  If I

didn't, I would be thrown in the box.

    Q    Did you say anything to her?

    A    No.  I let her pull my pants

down.

    Q    Between the first conversation

and two weeks later in the x-ray room, did

K. Thompson                    26

you have any additional conversations with

Officer Bloomfield?

      A     We talked every day.

      Q     How did you speak?

      A     We spoke every time I came to the

clinic.

      Q     What did she say to you during

those conversations?

      A     How was I feeling, how is my day

going, what do I like to eat, do I have

enough cigarettes to smoke.

      Q     What else did she bring you other

than cigarettes?

      A     Weed.

      Q     Did you also say she brought you

food?

      A     Yes.

      Q     Did you accept those things from

her?

      A     At first, I tried to take it

away, but she threatened me again.  If I

don't follow up on her, I would be thrown in

the box.

      Q     When you say at first you tried

K. Thompson                    27

to take it away, what do you mean?

    A    No.  At first, I tried to shun it
away, like I didn't want it.  I ain't want to
take the food because I felt like I was being
pressured into a relationship.

    Q    How many times did she tell you,
if you didn't follow up, that she would put
you in the box?

    A    She told me that the day I didn't
feel like having sex with her.

    Q    Between when you had the first
encounter and two weeks, the first
conversation and two weeks later in the x-ray
room, how many times did she tell you that
she would put you in the box if you didn't
follow up with her?

    A    Twice.

    Q    How long did the encounter in the
x-ray room last?

    A    I would say 15 minutes.

    Q    Did anything else happen other
than oral sex?

    A    Yes.  I penetrated probably for
like two minutes.

```
 1                      K. Thompson                  29
 2           Q      What happened during those
 3     conversations?
 4           A      She was telling me how much she
 5     missed me and she can't wait for our next
 6     interaction.
 7           Q      What did you say?
 8           A      I said okay.
 9           Q      What happened during the second
10     encounter?
11           A      The same thing happened.
12           Q      In the same x-ray room?
13           A      Yes.
14           Q      Were there any other officers
15     present?
16           A      It was.
17           Q      What other officer was present?
18           A      I don't know their names.
19           Q      Were they inside of the room?
20           A      No, no.  Nobody was ever present
21     inside of the room.  No.  Outside the room.
22           Q      Were they male or female
23     officers?
24           A      Females.
25           Q      And you said you don't know the
```

```
 1                        K. Thompson                    32

 2     room again?

 3          A     Yes.

 4          Q     Was it the same officers as

 5     before?

 6          A     Yes.

 7          Q     When was the next encounter after

 8     that?

 9          A     I would say a month after that.

10          Q     Do you know approximately how

11     many encounters there were in total?

12          A     I'll say at least 20 times.

13          Q     Were all of the encounters in the

14     same room?

15          A     Yes.

16          Q     Were there ever any encounters

17     that involved anything outside of oral sex?

18          A     Yes.

19          Q     I know the first encounter there

20     was more than oral sex.  When was the next

21     time there was an encounter that was more

22     than oral sex?

23          A     I would say in January of 2021.

24          Q     What happened during that

25     encounter?
```

K. Thompson                    35

1

2    A    I objected every time.

3    Q    What would you say to object?

4    A    I would say, this is not right.

5  We should not be doing this, and I don't feel

6  comfortable doing it.

7    Q    What would she say to you, if

8  anything?

9    A    She would tell me to do my job.

10   Q    Would you object again after

11 that?

12   A    Yes.

13   Q    What would she say?

14   A    She'll tell me, do my job.

15   Q    After January of 2020, were there

16 approximately another ten encounters?

17   A    Say that one more time.

18   Q    After January of 2020, were there

19 approximately ten encounters?

20   A    Yes, yes.

21   Q    And the last encounter was when?

22   A    I would say the first week of

23 June.

24   Q    What happened during the

25 encounters between January of 2021 and June

K. Thompson                    37

1

2    did she continue to bring you things like

3    food and cigarettes and weed?

4         A    Yes.

5         Q    Did you reject any of those

6    things during that time?

7         A    No.

8         Q    When was the encounter with Ms.

9    Simmons?

10        A    That was between January 2021

11   and, I would say June of 2021.

12        Q    How many times did you have an

13   encounter with

14   Ms. Simmons?

15        A    Four times.

16        Q    Do you know approximately when

17   the first encounter with Ms. Simmons was?

18        A    I would say January, the end of

19   January.

20        Q    Was that encounter also in the

21   x-ray room?

22        A    No.

23        Q    Where was the encounter with Ms.

24   Simmons?

25        A    It was on the elevator.

```
 1                        K. Thompson                    39
 2          A      No.
 3          Q      When was the next encounter with
 4    Ms. Simmons?
 5          A      I would say a month after that.
 6          Q      What happened at that encounter?
 7          A      She took me in the office, not
 8    the x-ray room, but the office inside the
 9    clinic.  There was nobody there, and she
10    pulled down my pants and she put it in her
11    mouth.
12          Q      And you said there were no other
13    officers present at that time?
14          A      No other officers present at that
15    time.
16          Q      How long did the encounter last?
17          A      I'll say three minutes.
18          Q      Did anything else happen other
19    than oral sex?
20          A      No.
21          Q      When was the next encounter with
22    Ms. Simmons?
23          A      I will say about three weeks
24    after that.
25          Q      Where were you when that one
```

K. Thompson                    38

Q      Were you coming or going from somewhere when that encounter happened?

A      I was going to the clinic to get my medication.

Q      And were you being escorted by Ms. Simmons?

A      Yes.

Q      What happened while you were on the elevator?

A      She told me, she said that I heard I have a big one, and then she grabbed it on the elevator and she stuck her hands in my pants.

Q      Did she stick her hands in your pants before she grabbed it or after?

A      No.  She stuck her hands in it and grabbed it.

Q      What did you say, if anything?

A      I told her, don't get caught.

Q      What did she respond?

A      She just smiled.  She laughed and smiled.

Q      Did anything else happen after that day?

```
 1                      K. Thompson                    40
 2   happened?
 3          A       Same place.
 4          Q       The office in the clinic?
 5          A       The office inside the clinic, and
 6   this lasted a little bit longer.  It was, I
 7   would say five or ten minutes, and this time
 8   we got busted.  We got busted by CO Francis.
 9          Q       What happened during the five
10   minutes?
11          A       She was giving me oral.  I was
12   standing up.  She was sitting down and the
13   door bust open and Ms. Francis walked in.
14          Q       What happened when Officer
15   Francis walked in?
16          A       She stopped.  She laughed, and
17   they started -- Ms. Francis said, what's
18   happening here, and she was like, this is my
19   friend, da-da-da, and when she said this is
20   her friend, Ms. Francis looked at me and
21   said, oh, you must be going home soon.  I
22   said, yeah.  She was like, oh.  And they
23   started talking about sex, both of them to
24   me.
25          Q       What about sex were they saying?
```

K. Thompson                          41

    A       They were saying that I shouldn't
be bashful or shy about getting back into the
dating pool when I get home, that I should
try not to think about cumming too fast when
I'm having sex with women.

    Q       How long did the conversation
last?

    A       It lasted about 10, 15 minutes.
I was shocked.  I was shocked at this
conversation because this was my first time
ever meeting Ms. Francis.

    Q       When was the last encounter with
CO Simmons?

    A       I would say probably two weeks
after this incident.

    Q       Where were you when that
happened?

    A       In the elevator.

    Q       Where were you going or coming
from?

    A       The clinic.  I was going to the
clinic.

    Q       What happened in the elevator?

    A       She stuck her hands in my pants

K. Thompson                                    43

he'd be sending me to a hospital.  Since this

was with a woman, the only thing he can do

for me is refer me to the psyche.

            So when I seen the psyche, it was

a female psyche, and this white lady, she was

very appalled at how this officer abused her

power.  She was so mad.  She said, Thompson,

I want you to charge her to the full extent

of the law.  Thompson, what I'm doing, I'm

going to send you right back to the doctor

and I'm going to have the doctor put you in

for all the STDs, chlamydia, gonorrhea, AIDS.

I want you to take all these tests, Thompson.

            So that's what she did, she

referred me back to the doctor, and when she

referred me back to the doctor, he gave me

all those tests, and when I came back two or

three days for the follow-up, it came to

happen that I had chlamydia, and they gave me

some type of penicillin or some antibiotic to

get rid of the STD.  I took it for seven

days.

    Q       When did you report the incident?

    A       I reported it on, I'll say June,

K. Thompson                           44

1   June 13th.  It was a day that she came in.

2   I'm going to say June 13th.  The reason why I

3   remember that day is because I wrote it down.

4   I wrote it down because that's the day that I

5   feel that she went overboard and she was very

6   angry at me that she found out that I was

7   having sex with Ms. Simmons, and she was so

8   angry that she didn't care about her job when

9   she announced it in front of the whole

10  housing area.

11          She screamed to the top of her

12  lungs at me that I better not be giving her

13  dick away.  She did this in front of all 50

14  inmates and the co-worker, her co-worker,

15  which is a correctional officer.  His name is

16  Kinsly (phonetic).  He was in disbelief from

17  hearing this woman say this.

18          I said, don't you think it's

19  wrong for you to write in the logbook that I

20  only request to go with Ms. Simmons like me

21  and you spoke?  She said, I don't care what I

22  wrote in that logbook.  I said, you don't

23  think it's wrong that you wrote a lie.  She

24  said, I do not care, I do what I want.

K. Thompson                          50

treatments, recommendations or instructions?

        A       When I saw the -- no.  That's it.

Just to get all STD tests she wanted me to

take, and she wanted me to prosecute the

officer to the full extent of the law.

That's what she told me to do.

        Q       You said you were given

antibiotics for the STD?

        A       Yes.

        Q       Did it clear up, if you know?

        A       Yes, yes.

        Q       What was the outcome of the

investigation?

        A       They never got back to me about

the outcome of the investigation.

        Q       Were you ever spoken to again

after the first time you met the

investigators?

        A       No.  I never was spoken to after

I met them, but something happened to me like

that right now.  I'm in GRVC, and a captain

put her mouth on my dick when I was laying in

the clinic ill.  I'm not suing for that, but

I did call PREA for that, and they came out

```
 1                    K. Thompson               52
 2        Q      How long after getting
 3   transferred to GRVC did that incident happen?
 4        A      I'll say that happened, that'll
 5   be two months later.  In December I called
 6   PREA, this past December.
 7        Q      What did they tell you when you
 8   called them?
 9        A      They told me they're going to put
10   a separation on the new captain that did this
11   to me, and they also, they're going to get
12   back to me on the investigation with this
13   captain here, and the also, they said they're
14   going to try to contact the investigators
15   what handled my case when I was at VCBC and
16   they're going to report back to me, but
17   neither one of them reported back to me yet.
18               And I called PREA when this
19   happened to me five times, and the
20   investigators came out for like three times
21   out of the five.  They came to see me, and I
22   told them that I'm being harassed.  She's
23   walking around with her camera on asking can
24   she see my dick.
25        Q      Hold on.  Are you talking about
```

```
1                        K. Thompson                    56
2          Q      Have you been given any other
3     recommendations or instructions?
4          A      They recommend that I continue my
5     therapy sessions and stay on my meds to make
6     sure that I comply with taking my
7     medications.
8          Q      How have these incidents affected
9     your life?
10         A      Terrible.
11         Q      In what ways?
12         A      I feel like I got ED.    ED is an
13    erectile dysfunction.
14         Q      Why do you feel that way?
15         A      Because I try to masturbate and I
16    feel like I can't get it up like I used to.
17         Q      How else has this affected your
18    life?
19         A      Just mentally.
20         Q      In what way?
21         A      I'm constantly depressed and I
22    have high anxiety and I be having suicidal
23    thoughts.
24         Q      Anything else?
25         A      No.   That's it.
```