# EXHIBIT 3

**NYSID:** 07289661Q  **BookCase:** 3491901450
**THOMPSON, KWAINE**
**DOB:** ██/██/1974  **Age:** ██  **Sex:** male       **Primary Insurance:** ██
                                                    **PCP:** ██
**Home:**                                           **Account Number:** ██
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Allergies:** N.K.D.A

| | | | | |
|---|---|---|---|---|
| 483.1 | Chlamydia | | 06/27/2015 | Killian, Stanley (inactive0 |

Pedestru

**Correctional Health Services**
**55 Water Street 18th Fl**
**New York, NY 10041**

3/17/2022

Order Form

# REFERRAL ORDER

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Bernard Chukwuneke MD | **Service Provider:** | CHS | | |
| **Auth Provider NPI:** | 1639296130 | | | | |
| **Signing Provider:** | Bernard Chukwuneke MD | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |
| **Patient Name:** | KWAINE THOMPSON | **DOB:** | [redacted]1974 | **Age:** | [redacted] |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | [redacted] |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | [redacted] |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHSTAT | Referral - Mental Health STAT | SEXUAL HARASSMENT ON THE JOB (ICD-Z56.81) |
| **Order Number:** | 1263109-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** |
| **Start Date:** | 12/04/2021 | **End Date:** 02/02/2041 |
| **Electronically signed by:** | Bernard Chukwuneke MD | **Signed on:** 12/4/2021 11:04:07 AM |
| **Instructions:** | Pt is a 46 y/m who presents to the clinic with c/o sexual harassment by an officer. He is complaing of increase axxiety and deep depression. please evaluate. | |



# Correctional Health Services

**Patient Name:**
KWAINE THOMPSON
**NYSID:**
07289661Q

**Latest Book and Case#:**
3491901450
**Patient Facility:**
RNDC

Urine Culture [0080-2]

**Date and Time Encounter Created**: September 1, 2021 3:40 PM

## MED - Physical Examination

Patient: **KWAINE THOMPSON** DOB: [redacted] **1974** Age: **46 Years Old**
Book & Case #: **3491901450** NYSID: **07289661Q**
Facility: **RNDC** Housing Area: **M3SL**
General
**General Examination Notes:** Well appearing, No acute distress. AAOx3. Clinically stable.

= = = EYES = EOMI.
= = = CHEST = Normal Breathing movement.
= = = LUNGS = Air entry good bilaterally, Normal breathing. No wheezing, No Rhonchi, No crepitation, No rales.
= = = HEART = Regular rhythm, S1S2 normal.
= = = ABDOMEN = soft, ND, NT, NRT, Bowel sound normal.
= = = Extremities = Pulse Normal B/L. No visible sweating & tremors seen.

## MED - Assessment & Plan

Patient: **KWAINE THOMPSON** DOB: [redacted] **1974** Age: **46 Years Old**
Book & Case #: **3491901450** NYSID: **07289661Q**
Facility: **RNDC** Housing Area: **M3SL**

**Allergy Review**
**Assessment:**
**Problem # 1:**
UTI (urinary tract infection) (ICD-599.0) (ICD10-N39.0)
Patient stated that he was seen yesterday afternoon for UTI and ordered antibiotic by PA (Runcie) yesterday afternoon. But he has Not received Antibiotic yet. denied current burning urination, fever and chills.
Pt was explained that Ciprofloxacin (1 BID x 5 days) was already ordered by PA and to get Antibiotic from Pharmacy.
H.Education, More fluid intake, Compliant, F/U U C&S, Precaution, Prevention.

**Related Meds:** Ciprofloxacin hcl 500 mg (cipro 500 mg) 1 by mouth bid

**Summary:**

NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
KWAINE THOMPSON
**NYSID:**
07289661Q

**Latest Book and Case#:**
3491901450
**Patient Facility:**
RNDC

**Assessment:**
**Problem # 1:**
Penile disorder / s/p priapism repair 5/18/2021 (ICD-607.9) (ICD10-N48.9)
On 5/18/2021 s/p Creation Shunt Penis, Corporal Dilation, Aspiration for Priapism at Lincoln hospital. Fu with GU
**Related Meds:** Ciprofloxacin hcl 500 mg (cipro 500 mg) 1 by mouth bid

**Problem # 2:**
UTI (urinary tract infection) (ICD-599.0) (ICD10-N39.0) - New Problem
**Related Meds:** Ciprofloxacin hcl 500 mg (cipro 500 mg) 1 by mouth bid

**Problem # 3:**
Cough (ICD-786.2) (ICD10-R05)
Improving
**Related Meds:** Guaifenesin 200 mg 1 by mouth bid

**Problem # 4:**
Asthma (ICD-493.90) (ICD10-J45.909)

**Problem # 5:**
Knee ankylosis (ICD-718.56) (ICD10-M24.669)
dispo given to doc to take pt to x ray dept

**Summary:**
**Added new problem of Penile disorder / priapism- s/p Creation Shunt Penis, Corporal Dilation 5/18/2021 (ICD-607.9) (ICD10-N48.9)**
**Added new problem of UTI (urinary tract infection) (ICD-599.0) (ICD10-N39.0)**
**Assessed Penile disorder / priapism- s/p Creation Shunt Penis, Corporal Dilation 5/18/2021 as comment only**
**Assessed UTI (urinary tract infection) as new**

Added new Service order of Nursing Order - In-House Lab - Urine Dipstick (URINEDIP) - Signed
Added new Test order of Chlamydia + Gonorrhea, Urine, Aptima (0257-6) - Signed
Added new Test order of Urine Culture (0080-2) - Signed
Added new Test order of Urinalysis, Routine (0159-4) - Signed
Removed medication of AMOXICILLIN 500 MG (AMOXIL 500 MG) (AMOXICILLIN) one tab three times a day; Route: ORAL
Added new medication of CIPROFLOXACIN HCL 500 MG (CIPRO 500 MG) (CIPROFLOXACIN HCL) 1 by mouth bid; Route: ORAL Indications: UTI (URINARY TRACT INFECTION) - Signed
Added new medication of GUAIFENESIN 200 MG (GUAIFENESIN) 1 by mouth bid; Route: ORAL Indications: COUGH - Signed
Rx of CIPROFLOXACIN HCL 500 MG (CIPRO 500 MG) (CIPROFLOXACIN HCL) 1 by mouth bid; Route: ORAL #10 x 0; Signed; Entered by: Janet Runcie PA; Authorized by: Janet Runcie PA; Method used: Handwritten; Note to Pharmacy: Route: ORAL;



# Correctional Health Services

**Patient Name:**
KWAINE THOMPSON
**NYSID:**
07289661Q

**Latest Book and Case#:**
3491901450
**Patient Facility:**
RNDC

Rx of GUAIFENESIN 200 MG (GUAIFENESIN) 1 by mouth bid; Route: ORAL #10 x 0; Signed; Entered by: Janet Runcie PA; Authorized by: Janet Runcie PA; Method used: Handwritten; Note to Pharmacy: Route: ORAL;

Signed By: Runcie, Janet at 8/31/2021 2:06:38 PM

NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
KWAINE THOMPSON
**NYSID:**
07289661Q
Appended to : Injury Report #: 660 - 08/28/2021

**Latest Book and Case#:**
3491901450
**Patient Facility:**
VCBC

PE\par HEENT NL\par NECK NL\par CHEST CLEAR\par HEART S1S2\par EXT NO SIGNS OF TRAUMA

Signed By: Brathwaite, Evan at 8/28/2021 6:25:09 PM



# Correctional Health Services

**Patient Name:**
KWAINE THOMPSON
**NYSID:**
07289661Q

**Latest Book and Case#:**
3491901450
**Patient Facility:**
VCBC

## MEDSPAN - Completed Documents

Patient: **KWAINE THOMPSON** DOB: [redacted] **/1974** Age: **45 Years Old**
Book & Case #: **3491901450** NYSID: **07289661Q**
Facility: **VCBC** Housing Area: **3A/A/**

### Medspan Completed Documents

**Patient is 'New of Known' HIV?** Non-HIV
**Patient seen directly?** Yes
**Patient education?** Yes
**Chart Review (Indirect Services)?** Yes
Today is Wed. 12/23/2020.
Pt. is a 45 y/o M who had a negative HIV test Mon. 11/02/2020.
Pt. requested another appt. with Health Educator to discussed other STI's
Pt. received negative result for Syphilis.
Pt. rec'd literature, encouraged to practice safe sex techniques and to get a follow-up HIV test 6 months from now.

## MEDSPAN - Patient Education

Patient: **KWAINE THOMPSON** DOB: [redacted] **1974** Age: **45 Years Old**
Book & Case #: **3491901450** NYSID: **07289661Q**
Facility: **VCBC** Housing Area: **3A/A/**

### General Education

Barriers to Education:
**Language:** No
**Hearing:** No
**Vision:** No
**Culture:** No
**Emotional:** No
**Cognition:** No
**Physical:** No
**Other Barriers Notes field:** No Barriers/
**Methods used for education:** Verbally, Literature

### STD Education

**Hepatitis B?** Yes
**Safe sex?** Yes
**STDs?** Yes
**Hepatitis C?** Yes

### HIV Education

**HIV Transmission?** Yes

### Response to and Understand of Education

**Response to Eduation** Receptive and motivated
**Understood Education?** Yes

NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
KWAINE THOMPSON
**NYSID:**
07289661Q

**Latest Book and Case#:**
3491901450
**Patient Facility:**
VCBC

**Needs Re-Education?** Yes

## Patient Education Comments

**Education Comments:** Pt. was encouraged to practice safe sex techniques.

Signed By: Lapene, Jacqueline at 12/23/2020 1:55:59 PM