# EXHIBIT 4

NEW YORK CITY DEPARTMENT OF CORRECTION
Louis Molina, Commissioner
Manuel Hernandez, Deputy Commissioner
Investigation Division
75-20 Astoria Boulevard – Suite 350
East Elmhurst, NY 11370
718 • 546 • 0305
Fax 718 • 278 • 6541

August 16, 2022

Kwaine Thompson
George R. Vierno Center (GRVC)
09-09 Hazen Street
East Elmhurst, NY 11370

Re: Investigation Division Case #N0559/2021

Dear Kwaine Thompson,

This letter is to inform you that the New York City Department of Correction Investigation Division conducted a thorough and impartial investigation into your allegation of sexual harassment that reportedly occurred on or about June 13, 2021, at Vernon C. Bain Center (VCBC)

As of August 16, 2022, the Investigation Division closed its investigation with the following disposition:

☐ **SUBSTANTIATED – The allegation was investigated and determined to have occurred.**

☐ **UNSUBSTANTIATED – The allegation was investigated, and the investigation produced insufficient evidence to make a final determination as to whether or not the event occurred.**

☒ **UNFOUNDED – The allegation was investigated and determined not to have occurred.**

**Alleged staff involved:**
☒ **The employee is no longer posted within the complainant's unit**
☐ **The employee is no longer employed at the facility**
☐ **The employee was indicted/convicted on a charge related to sexual abuse within the facility**

**Alleged PIC involved:**
☐ **The PIC is no longer housed within the complainant's unit**
☐ **The PIC was indicted/convicted on a charge related to sexual abuse within the facility**

This letter serves to inform addressee that the investigation is completed.

Sincerely,

Tiffany Robinson-McAulay, Deputy Director Investigation Division – ID PREA

*Visit NEW YORK'S BOLDEST on the Web at: www.nyc.gov/boldest*

CONFIDENTIAL                    DEF02234



**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N0559/21

---

**Confidential Allegation**
Investigation - PREA Reportable Incident

Investigator: Newton # 513

**Section I**
**COD #1811/21 (VCBC) Staff on PIC Sexual Harassment vic. PIC Thompson, Kwaine B&C# 3491901450**
**NYSID # 07289661Q ████74, 03/01/19) Alleged Involved Correction Officer Brumfield, Katrese #14438**
**(03/04/2004)**

**Separation Order: Yes ☒ No ☐**

**Background**
**Transcription of Complaint:** On June 14, 2021, ID received notification via e-mail of a Voice Mail message by PIC Thompson stating:

PIC Thompson stated he wants to report that he was sexually harassed by Officer Brumfield # 14488. PIC Thompson stated, "I've been in this building almost a year now and I've been trying to stop her advances on me, today she said in front of the whole house that "I better not give her dick to nobody, no other female in here" If I do, she is going to write me up and send me to the box and report me to my judge and my case. She wrote in the logbook that I refused to go to the clinic and that I told her that I was only going to let Miss Simmons escort me and if Miss Simmons doesn't escort me nobody else would. She told me you better not be fucking with Miss Simmons or any other female in here, that dick belongs to me. She wrote in the logbook that I refused to come to the clinic, she never came to my bed at 0845 and asked me any questions or anything.

*Callout/Summary Assessment*

On June 14, 2021, SI Martinez dispatched Investigators Francis and Newton to VCBC to interview PIC Thompson. Upon arriving to the VCBC, Counsel Visits Area PIC Thompson agreed to provide ID a statement on BODY CAM.

PIC Thompson stated on June 13, 2021, he woke up late at approximately 0945 hours and missed his DOT medication. PIC Thompson stated the housing area officer informed him that DOT medication has already been afforded to his housing area. PIC Thompson then noticed an entry in the housing area logbook made by Officer Brumfield who was assigned to the clinic that day. Officer Brumfield made an entry in the logbook stating, "PIC Thompson had refused to be escorted to clinic, because he wanted to be escorted by Officer Simmons". PIC Thompson stated he never refused to go to medication with Officer Brumfield. When Officer Thompson returned to the housing area at approximately 0945 hours, PIC Thompson confronted her. Officer Brumfield informed PIC Thompson that when she came for medication, another PIC informed her that he refused to be escorted to clinic, unless he was escorted by Officer Simmons. PIC Thompson became upset with Officer Brumfield telling her that he did not find her attractive and did not want to be with her. PIC Thompson stated on June 13, 2021, Officer Brumfield did not make any comments to him that were sexual in nature and denied that she ever sexually abused him.

PIC Thompson stated over the past year while housed in VCBC, Officer Brumfield has written him 10-20 love letters on various unknown dates and times. PIC Thompson stated he doesn't read the letters and had thrown all of them away, however he recalls one letter stated that "when I think about you, I get wet". Officer Brumfield works the 11x7 tour and has never been assigned to PIC Thompson housing area. PIC Thompson stated although Officer Thompson does not work in the same area as him, she gives these love letter to another officer to be given to him. PIC Thompson refused to identify the alleged officer that gives him the love letters from Officer Brumfield. The most recent love letter that Officer Brumfield sent to PIC Thompson was on an unknown date and time in May of 2021, which has been discarded by PIC Thompson.
PIC Thompson stated aside from the letters, he was never sexually abused by Officer Brumfield. When asked if he has any sexual contacted with Officer Simmons, PIC Thompson empathically responded "No", elaborating that he has no clue why Officer Brumfield would associate Officer Simmons with him.

**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N0559/21



**Injury to PIC Report**

According to Injury to PIC Report FY#21-2168 PIC Thompson, Kwaine was afforded medical attention at VCBC on June 14, 2021, the report stated the following:

Details: On June 14, 2021, at approximately 1708 hours, VCBC received notification that PIC Thompson, Kwaine B&C# 3491901450 was involved in a confidential allegation.

Nature/Reported Mechanism of Injury: confidential allegation addressed.

Treatment: As appropriate

**Logbook Entry (VCBC, 1AA)**

Copies of the VCBC, 1AA logbook was obtained for June 13, 2021. On page 190 at 0850 hours Officer Brumfield # 14438 made an entry in the logbook stating the following:

0850 – Co Brumfield 14438 on post to pick up PIC Thompson, Kwaine for Clinic DOT medication. PIC Thompson refused stating that he is not going unless C.O. Simmons is escorting him

**Securus**

A review of Securus was conducted to review phone calls made by PIC Thompson for the month of June of 2021. Which depicts PIC Thompson made only one (1) phone call on June 15, 2021, which is not available to be reviewed. However, PIC Thompson made several phone calls on the account of PIC O█ W█ B&C# █████████ from June 13, 2021, to June 14, 2021, regarding these allegations.

**Date: June 13, 2021, Site: VCBC Port Location: 1AA-2 Number Dialed: 9████████ (A███ T████) Time: 1259-1314 hours Pin Used: 9████████ Name: O█ W████**

**Synopsis:** PIC Thompson stated " Yo, today this fucking bitch officer came that was suppose to pick me up for the clinic, she didn't pick me up because I was sleep, so I go to the front and I glance in the book that they write in, and she puts in the book that I told her that I refused the clinic because I'm not going with nobody but Ms. Simmons and if Ms. Simmons isn't coming to get me I'm not going, how the fuck she said that when I didn't talk to the bitch. The female respondent stated, "Are you sure you didn't talk to her because you know you be lying?". PIC Thompson stated "No, Nikki I did not talk to her, so when she came back, I asked her did me and you speak this morning? she said "No". I happen to look in this book and you wrote this statement like I told you that, she said "Nah, somebody came and told me that". So, anybody can come and tell you anything about me and you just write in the book like I said it? She was like "Yeah". I said bitch are you dumb are you fucking stupid, this was some ghetto project bitch, I swear to God, If I'm not attracted to you, I'm not talking to you. This is a bitch I don't even talk to. She put a name in the book like her and this other officer, must have problems or something. It sounds like if you read the book does Kwaine like Ms. Simmons if he won't go with anybody but her, I can believe that shit I cursed this bitch for twenty minutes in here, I told her I'm going to make sure this thing comes out this book. Go fix your hair, go fix your face first, that got me tight". I can wait until I see the other officer, so I can be like look what this bitch wrote about you in the book, she wrote like me, and this lady is fucking. The other one I fuck with, I fucks with Ms. Simmons, why is she going to hate on her like.

**Date: June 13, 2021 Site: VCBC Port Location: 1AA-2 Number Dialed: 9████████ (A███ T████) Time: 1324-1330 Pin Used: 9████████ Name: O█ W████**

**Synopsis:** PIC Thompson placed a call to 311 stating he wanted to report sexually harassment by Officer Brumfield # 184438. PIC Thompson stated "At 0845 hours this morning she wrote in the logbook that I refused to the clinic with her, that I only want to go with Ms. Simmons, Officer Simmons. She wants to have sex with me, and she plans to break me and Ms. Simmons up from having sex, she doesn't want me to have sex with Ms. Simmons, only her.

**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N0559/21



*Potential witness statements*

A canvass was conducted in VCBC, 1 AA all PICs canvassed stated there were no issues with staff and that they acted in professional manner. PICs all complained about the toilets and sinks have leaks.

███████████████████████████████████████████████████

**Genetec or handheld video: Yes** ☒ **No** ☐ **Summary** Genetec video surveillance was conducted for VCBC, 1 AA for June 13, 2021. At 0845 hours on angle 214.65 Officer Brumfield enters the 1 A control post. At 0851 hours on angle 214.110 Officer Brumfield enters housing area 1AA. Officer Brumfield sits at the officer's desk and makes an entry in the housing area logbook. At 0853 hours on angle 214.110 Officer Brumfield exits the housing area. At 0848 hours on angle 214.110 PIC Thompson approaches the control station window and appears to be talking. At 1009 hours on angle 214.110 PIC Thompson walks towards the officer desk and appears to read the housing area logbook. At 1020 hours on angle 214.110 Officer Brumfield enters housing area 1AA. Officer Brumfield and PIC Thompson are talking to each other in the dayroom. PIC Thompson appears to be agitated as he is talking to Officer Brumfield. He is seen making hand gestures, head movements and walking beside her as they continue to engage. At 1027 hours on angle 214.110 Officer Brumfield to exit housing area 1AA.

**Victim History**
IIS housing, movement and Infractions: PIC Thompson, Kwaine B&C# 3491901450 entered DOC custody on March 01, 2019, detained on the charge 160.15 FB (Robbery 1st B Felony) and 130.50 FB (Criminal Sexual Act 1st B Felony). PIC Thompson has been housed at AMKC, BKDC, OBCC, GRVC, RNDC, and VCBC. PIC Thompson has been infracted eight (8) times and has been found guilty six (6) times.

IRS (list recent incidents, i.e., contraband and/or UOF): A review of IRS depicts PIC Thompson has been involved in six (6) incidents, three (3) of which are use of force incidents.

**Alleged Involved PIC History**
IIS housing, movement, and Infractions: N/A
IRS (list recent incidents, i.e., contraband and/or UOF): N/A

**Alleged Involved Staff History**

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████



**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N0559/21

*Staff Statements*

**Officer Katrese Brumfield # 1443**

Officer Brumfield provided a statement to ID regarding the allegations made by PIC Thompson. On June 13, 2021, Officer Brumfield was assigned to VCBC, Clinic Medication Escort on the 0700x1531 tour. Officer Brumfield's duties as the clinic escort entailed escorting PICs to medical service and appointment within the facility. She is familiar with PIC Thompson, as has escorted him to the clinic various times. PIC Thompson would often attempt to have personal conversation with Officer Thompson, to which she did not engaged. On June 13, 2021, upon arriving to housing area 1AA, Officer Brumfield was informed by the Officer Kingly that PIC Thompson would not go to clinic, unless he was escorted by Officer Simmons, as she later made this entry in the logbook, and left the housing area. When she returned to the housing area later, PIC Thompson confronted her in an aggressive manner using profanity, regarding the entry she made in the logbook. Officer Brumfield and PIC Thompson then had a verbal dispute in the dayroom area, and she left the area without incident. Officer Brumfield has not infracted PIC Thompson, nor has she had a use of force with said PIC. Officer Brumfield denied ever sexually harassed or sexually abuse PIC Thompson. Officer Brumfield denied ever writing PIC Thompson any letter or notes of any kind. Officer Brumfield has not knowledge of PIC Thompson having an inappropriate relationship with any staff members. PIC Thompson has a reputation for speaking inappropriate to medical staff and uniformed female staff and is known to be inappropriate and manipulative PIC that use's his knowledge of system to get what he wants. PIC Thompson made this false allegation, to retaliate against Officer Brumfield. After the incident on June 13, 2021, serval unidentified officer brought it her attention that PIC Thompson stated "he was going to get me and teach me a lesson. It is Officer Brumfield's conjecture that PIC Thompson made this false allegation to ruin her career and to get monetarily gain from a lawsuit.

**Notification**
Facility Tour Commander (Medical, Mental and Ministerial Services/Victim Services) Yes ☒ No ☐
This allegation was reported to the VCBC, T/C who was advised to report this allegation to COD and provide PIC Thompson his mandated services.

**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N0559/21



Brumfield made sexual advances to him and stated in front of his housing unit "I better not give her dick to nobody, no other female in the here". Officer Brumfield also wrote in the housing area logbook, that PIC Thompson refused to be escorted to the clinic unless it was by Officer Simmons.

On June 14, 2021, PIC Thompson was interviewed by ID regarding the allegation he made against Officer Brumfield. PIC Thompson was asked to expound on specific details regarding how Officer Brumfield sexually harassed him, PIC Thompson clarified that Officer Brumfield never made any comments to him that were sexual in nature, nor has she sexually abused him at any time. However, during their verbal dispute, Officer Brumfield stated "You know how I feel about you" without providing context behind the statement. PIC Thompson did state over the past year, Officer Brumfield has written him several love letters. PIC Thompson stated Officer Brumfield never physically gave him any of the love letters, that an unidentified officer would deliver the letters to him. PIC Thompson refused to identify the officer that allegedly gave him the love letters on behalf of Officer Brumfield. When asked to produce the love letter, PIC Thompson he has only read one letter, and claimed to have thrown them all away. PIC Thompson stated Officer Brumfield has never been assigned to his housing area, and their only interaction is when she escorts him to the clinic. PIC Thompson vehemently denied being sexually abused by Officer Brumfield or Officer Simmons. PIC Thompson stated during the verbal dispute with Officer Brumfield, in front of the housing area the other PICs heard the comments she said to him. A canvass was conducted of housing 1AA no PICs were forthcoming with any information indicating Officer Brumfield made any comments to that were sexual in nature.

On June 15, 2021, ID received notification from Constituent Services of a complaint made by Philip M. Hines, Esq of Held & Hine LLP, stating PIC Thompson was sexually abused by Officer Brumfield at least two times at VCBC within the last six (6) months. The statement PIC Thompson provided to his Attorney is not consistent with the statement he provided to ID, as he stated that he was never sexually abused by Officer Brumfield at any time. A review of Genetec video surveillance was conducted for VCBC, 1AA on June 13, 2021, from approximately 0800-1100 hours, PIC Thompson and Officer Brumfield appear to have a verbal dispute, however at no time does she sexually abuse said PIC. PIC Thompson was afforded medical attention for this allegation on June 14, 2021, the Injury to Inmate Report (#2168) depicts PIC Thompson has no visible injuries and was returned to his housing area after receiving his mandated services.

A Securus phone call review was conducted which depicted PIC Thompson did make any phone calls under his account regarding these allegations, however he utilized the account of another PIC to make phone calls from June 13th -14th of 2021.  During these phone calls, PIC Thompson identified himself and the respondents referred to him on a first name basis. On June 13, 2021, at approximately 1733 hours PIC Thompson made a phone call stating he was working on filing a lawsuit involving Officer Brumfield to "get some money" further stating "so when I come home my pockets is right… I'm taking this as a blessing". On June 14th, 2021, at approximately 1237 hours PIC Thompson left a voice message, stating he had an argument with a female officer the day prior and would be adding her to a lawsuit. On June 14, 2021, at approximately 1820 hours PIC Thompson made a phone call stating, he spoke to a lawyer that will take his case, and that he has four additional lawsuits being handle by two Attorneys and how happy he is that he got this done. A review of phone calls made depicted that he never made mention of being sexually abused by Officer Brumfield, and his main concern was filing a lawsuit against Officer Brumfield.

What was found to be consistent was PIC Thompson statement regarding the logbook entry made by Officer Brumfield which caused to him to be upset, which was confirmed by Officer Brumfield in her statement to ID. A Facility Referral will be generated to address comments made by Officer Brumfield. Although they were not found to be sexual in nature, Officer Brumfield's comments to PIC Thompson were inappropriate and unprofessional.

**DEF02241**



**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N0559/21

**Findings:** Based on all the available evidence, it was determined the allegation made by PIC Thompson is **UNFOUNDED** and the case **CLOSED** with **NO** charges.

**Recommendation**

Charges ☐   No Charges ☐   Facility Referral ☒

| Investigator Signature and Date | Supervisor Signature and Date |
|---|---|
| Newton   08/16/22 | Austin   08/16/22 |
| Deputy Director Signature and Date | Deputy Commissioner Signature and Date |
| Davison New #26 8/16/2022 | |

Confidential For Use Only in
Kwaine Thompson v. City of New York, et al
22 Civ. 1458 - S.D.N.Y.



NEW YORK CITY DEPARTMENT OF CORRECTION
Louis Molina, Commissioner
Manuel J. Hernandez, Deputy Commissioner
Investigation Division
75-20 Astoria Boulevard — Suite 350
East Elmhurst, NY 11370

718 • 546 • 0310
Fax 718 • 278 • 6541

Date:        August 16, 2022

To:          ▮ Rene, Warden, Vernon C. Bain Center (VCBC)

From:        ▮ Robinson-McAulay, Deputy Director, Investigation Division (ID)

Subject:     Facility Referral – COD 1811/2021

The Investigation Division has reviewed COD 1811/2021, a confidential allegation made by PIC Kwaine Thompson, B & C#3491901450 which was alleged to have occurred on June 13, 2021 within the confines of VCBC-1D-AA.

On April 15, 2022, Officer Katrese Brumfield #14438 submitted a statement to the Investigation Division regarding the confidential allegation. Additionally, Officer Brumfield noted in her statement that she made inappropriate comments to PIC Thompson and that the argument was in the dayroom and very public.

The ID recommends that Officer Brumfield received a corrective interview pursuant to New York City Department of Correction Employee Rules and Regulations 3.20.010. Members of the Department shall present a professional demeanor and as an employee of the City of New York shall act in a dignified manner. While on duty, they shall comport themselves in a manner that will not bring criticism upon themselves or the service which they represent. They shall not use indecent, abusive or profane language.

Within thirty (30) business days of the receipt of this memorandum, please report the actions taken to address the issues raised. If you have any questions or concerns, please do not hesitate to contact me at 718-546-4765 or via email at Tiffany.Robinson-McAulay@doc.nyc.gov

Received: _____

Action Taken: _____

*TM:*
*ID-FR# 058 /22*

Confidential For Use in Thompson v. City of New York, et al
Kwaine Thompson - S.D.N.Y.
22 Civ. 1458

**From:** Newton, █████████
**Sent:** Tuesday, June 15, 2021 11:21 AM
**To:** VCBCTC <
**Cc:** Jachowdik █████████████
**Subject:** RE: Confidential Allegation
**Importance:** High

Good Morning,

Please update the alleged involved staff member for COD # 1811/21 in the COD Logbook as :    Officer Katrese Brumfield # 14438 (03/04/04)
Also, scan me a copy of the COD upon completion.



Update COD

Thank you,

████████ **Newton #513**
Investigator | Investigation Division
New York City Department of Correction

Socialize with us on FB | Twitter | YouTube
nyc.gov/doc

3

---

**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

**From:** Newton, █████████
**Sent:** Monday, June 14, 2021 5:08 PM
**To:** Wilkins, ██████████     LVCBCTC ███████████████
**Cc:** Austin, ██████████     Francis, ████████
**Subject:** Confidential Allegation
**Importance:** High

Good Afternoon,

Below confidential allegation is to be reported to COD. Please provide Inmate Thompson, Kwaine B&C# 3491901450 of **1 AA** his mandated services.

**Staff on Inmate Sexual Harassment**
Date: 06/13/21
Time: 7x3 Tour

4

600AR

Department of Correction- Intradepartmental Memorandum

DATE : April 15, 2022

TO : Newton #513 Investigator, Investigation Division

FROM : C.O. Brumfield #14438

SUBJECT: Ordered Report in regard to an Allegation

On June 13, 2021 I C.O. Brumfield #14438 worked on the 2300x0531 tour and the 0700x1531 tour. On the 2300hr. tour I was assigned as the Clinic G/waiting officer. On the 0700hr. tour I was assigned as the medication escort. my 2300 hr. post entails me entering data into the IIS System for inmates receiving medical treatment. It Also entails me interacting with medical staff and inmates as well as maintaing security. my 0700hr post entails me escorting the pharmacy tech. to and from the housing areas to provide medication and regulating the line of inmates in the housing area who are receiving medication. I am familior with inmate Thompson, Kwaine 349-19-01144 my interactions with him began as me escorting him to the Clinic a few times when I was assigned as the Clinic escort. Occasionally he would ask me personal questions. I would tell him none of his business in a dismissive manner. and totally ignore him if he continued to try having a personal conversation with me. I didn't acknowledge anything that he would say. Inmate Thompson was on a daily medication list that required him to come to the Clinic and receive it from a nurse directly. On June 13, 2021 I arrived to 1AA to pick up inmate Thompson

600AR

Department of Correction- Intradepartmental Memorandum

DATE : April 15, 2022

TO : Newton #513 Investigator, Investigation Division

FROM : CO Brumfield #14438

SUBJECT: Continued report (addendum①)

for his direct observation therapy medication and was informed by the floor officer C.O. Kingly that inmate Thompson stated that he was not going to the clinic unless C.O. Simmons was escorting him. Due to the high priority surrounding D.O.T. medication I made a log book entry stating what C.O. Kingly told me. The entry stated that "as per CO Kingly inmate Thompson stated that he was not going to the clinic unless escorted by C.O. Simmons". I left the area. I returned later to conduct medication in IAA. Upon Arrival to IAA inmate Thompson Approaches me and confronts me about my log book entry in an aggressive manner using profanity calling me a liar. A verbal argument ensues. He calls me all kinds of names and insults me. I proceeded to tell him that he was a loser, a bum and a dirty creep and that everyone knows it. This argument was in the day room and very public. After I finished medication I left the area without incident. Inmate Thompson has no authority to dictate what is allowed to be written in a NYCDOC log book. Nor does he have any business reading or knowing log book entries. I have not served any infractions to this inmate. I have not had any use of force incidents with this inmate. At no time have I verbally sexually harassed inmate Thompson. At no time have I sexually

Confidential | Filed Under Seal

Kwaine Thompson v. The City of New York et al

S.D.N.Y. | New York

22 Civ. 1

600AR

Department of Correction- Intradepartmental Memorandum

DATE : April 15, 2022

TO : Newton # 513 Investigator, Investigation Division

FROM : CO Brumfield #14438

SUBJECT: Continued report (addendum)

abused inmate Thompson. At no time have I written inappropriate notes or letters to inmate Thompson. I have no knowledge of inmate Thompson having an inappropriate relationship with any staff members. Since the day of the incident I have not had any encounters with inmate Thompson. Subsequently I refused to escort him anywhere and ultimately he was transferred to another facility after an incident with uniformed staff. I believe inmate Thompson made this allegation against me because I embarrassed him in his housing area, and his attempts to have inappropriate conversations and gain personal information from me failed miserably. I would like to add that inmate Thompson was known to speak inappropriately to female medical staff and female uniformed staff. Inmate Thompson also filed a grievance against me. Inmate Thompson is an inappropriate manipulative career criminal who uses his knowledge of the jail system to attempt to undermind authority and make false allegations. After this incident several different officers alerted me that inmate Thompson said he was going to get me and teach me a lesson. This allegation is false. It is a poor attempt to ruin my job and get a lawsuit.

Confidential - For Use Only by City of New York, et al

Kwaine Thompson - S.D.N.Y.

22 Civ. 1458 - S.D.N.Y.

DEF02256

**VCBCTC**

| | |
|---|---|
| **From:** | Austin |
| **Sent:** | Monday, June 14, 2021 6:55 PM |
| **To:** | VCBCTC |
| **Subject:** | RE: Confidential Allegation |

Good Evening,

Below confidential allegation is to be reported to COD. Please provide Inmate Thompson, Kwaine B&C# 3491901450 of **1 AA** his mandated services.

Staff on Inmate Sexual Harassment
Date: 06/13/21
Time: 7x3 Tour
Location: VCBC, 1 AA
Victim: Inmate Thompson, Kwaine B&C# 3491901450
Alleged Involved: unknown
Synopsis: On the above date and time Inmate Thompson stated he was sexually harassed by unknown staff.
Cleared by ████ Fonseca

Please report the allegation as unknown staff.

Captain Austin

**From:** VCBCTC - ████
**Sent:** Monday, June 14, 2021 6:23 PM
**To:** Newton, ████ Wilkins ████
**Cc:** Austin, ████ Francis, ████
**Subject:** RE: Confidential Allegation

Good day,

Please be advised that I am awaiting a call back from COD in regards to this notification. Please note that Officer Bloomfield # 17173 is not assigned to VCBC.

Please advise.

ADW Wilkins #115

**From:** Newton, ████
**Sent:** Monday, June 14, 2021 5:08 PM
**To:** Wilkins, ████ VCBCTC ████
**Cc:** Austin, ████ Francis, ████
**Subject:** Confidential Allegation
**Importance:** High

Good Afternoon,

Below confidential allegation is to be reported to COD. Please provide Inmate Thompson, Kwaine B&C# 3491901450 of **1 AA** his mandated services.

Staff on Inmate Sexual Harassment
Date: 06/13/21
Time: 7x3 Tour
Location: VCBC, 1 AA
Victim: Inmate Thompson, Kwaine B&C# 3491901450
Alleged Involved: Officer Nicole Bloomfield # 17173
Synopsis: On the above date and time Inmate Thompson stated he was sexually harassed by Officer Bloomfield.
Cleared by: Antonio Fonseca

████ Newton #513

1

Investigator | Investigation Division
New York City Department of Correction

Socialize with us on FB | Twitter | YouTube
nyc.gov/doc



**CITY OF NEW YORK
DEPARTMENT OF CORRECTION**

2

Confidenti.. l For Use Only in Kwaine Thompson v. City of New York, et al 22 Civ. 1458 - S.D.N.Y.

**VCBCTC**

| | |
|---|---|
| **From:** | Newton, ███████ |
| **Sent:** | Monday, June 14, 2021 5:08 PM |
| **To:** | Wilkins ████ VCBCTC |
| **Cc:** | Austin, ████ Francis, ████████ |
| **Subject:** | Confidential Allegation |

**Importance:** High

Good Afternoon,

Below confidential allegation is to be reported to COD. Please provide Inmate Thompson, Kwaine B&C# 3491901450 of **1 AA** his mandated services.

Staff on Inmate Sexual Harassment
Date: 06/13/21
Time: 7x3 Tour
Location: VCBC, 1 AA
Victim: Inmate Thompson, Kwaine B&C# 3491901450
Alleged Involved: Officer Nicole Bloomfield # 17173

1

Synopsis: On the above date and time Inmate Thompson  stated he was sexually harassed by Officer Bloomfield.
Cleared by: ████ Fonseca

████ Newton #513
Investigator | Investigation Division
New York City Department of Correction

Socialize with us on FB | Twitter | YouTube
nyc.gov/doc



**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

2

Confidenti l | For Use Only in
Kwaine Thompson v. City of New York, et al
22 Civ. 1458 - S.D.N.Y.

**VCBCTC**

| | |
|---|---|
| **From:** | VCBCTC |
| **Sent:** | Monday, June 14, 2021 7:15 PM |
| **To:** | Ministerial Services |
| **Cc:** | Carte████████ White████ Burgos, ████ Vaughn, ████ |
| **Subject:** | REQUESTING MINISTERIAL SERVICES |

Good day,

Please assist with providing ministerial services for inmate Thompson, Kwaine B&C# 3491901450 of 1 AA due to the below referenced confidential allegation. Thank you in advance.

ADW Wilkins #115

**From:** Austin, ████████████████████████
**Sent:** Monday, June 14, 2021 6:55 PM
**To:** VCBCTC ████████
**Subject:** RE: Confidential Allegation

Good Evening,

Below confidential allegation is to be reported to COD. Please provide Inmate Thompson, Kwaine B&C# 3491901450 of 1 AA his mandated services.

Staff on Inmate Sexual Harassment
Date: 06/13/21
Time: 7x3 Tour
Location: VCBC, 1 AA
Victim: Inmate Thompson, Kwaine B&C# 3491901450
Alleged Involved: unknown
Synopsis: On the above date and time Inmate Thompson stated he was sexually harassed by unknown staff.
Cleared by: ████ Fonseca

Please report the allegation as unknown staff.

Captain Austin

1

Confidential I For Use Only in

Kwaine Thompson v. City of New York, et al

22 Civ. 1458 - S.D.N.Y.

**Newton,** ████

| | |
|---|---|
| **From:** | Martinez, ████ |
| **Sent:** | Monday, June 14, 2021 10:11 AM |
| **To:** | ████Fonseca; ████Ortuzar |
| **Cc:** | DL - ID PREA Supervisors |
| **Subject:** | FW: New Voicemail Message from████ ████for ████ |
| **Attachments:** | voice_msg_709585508_1623619110.wav; ATT00001 |

Please advise if ID is cleared to proceed with attached complaint.

Thank you,

██ Martinez
Administrative Investigator
ID PREA Supervisor
Investigation Division - QDC
NYC Department of Correction
████

Socialize with us on FB | Twitter | YouTube nyc.gov/doc

-----Original Message-----
From: Reilly, ████
Sent: Monday, June 14, 2021 10:02 AM
To: DL - ID PREA Supervisors████
Subject: FW: New Voicemail Message from████ ████for ████

FYI

-----Original Message-----
From: voicemail@verizon.com <voicemail@verizon.com>
Sent: Sunday, June 13, 2021 5:22 PM
To: ABL Voicemails████
Subject: New Voicemail Message from████ ████for ████

You have received a Voicemail message from████
You may listen to your message in any of the following ways:

* Call 877-584-9321, enter your telephone number and Voicemail PIN,  and follow the prompts.
* Log on to
https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fverizonenterprise.com%2FMyVoicemail&amp;dat
a=04%7C01%7CJohnathan.Newton%40doc.nyc.gov%7Cfa4fd68204e44fe6f06308d92f3e2b90%7C32f56fc75f814e22a95b
15da66513bef%7C0%7C0%7C637592766322046461%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoi
V2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=NtXt4M4Aaj7pm89HDa99ExzGxRMNd%2BXe4KEIVn
ugdAo%3D&amp;reserved=0,
enter your telephone number and Voicemail PIN, and listen to your message right over your computer.

Sun 13 Jun 2021 05:22 PM EDT

1

CONFIDENTIAL

DEF02278

You now have 41 New Messages and 0 Saved Messages.

This is a system generated message. Please do not reply.

Confidential I For Use Only in Kwaine Thompson v. City of New York, S.D.N.Y. 22 Civ. 1

2

CONFIDENTIAL

**Newton** ████████████

| | |
|---|---|
| **From:** | Martinez, ███ |
| **Sent:** | Thursday, February 24, 2022 11:51 AM |
| **To:** | Newton, ████ |
| **Cc:** | Austin, ████ |
| **Subject:** | FW: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual' |
| **Attachments:** | RE: New Voicemail Message from ████████ for ████████ |

DOI Clearance for Staff on Inmate Abuse

**From:** Antonio ████████████
**Sent:** Thursday, February 24, 2022 11:36 AM
**To:** Martinez, ████████████
**Cc:** ████████ Caruana ████
**Subject:** RE: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

Good afternoon, ID is cleared to proceed with the preliminary investigation. Please keep us updated of your findings. If you discover any criminal activity, you must immediately inform DOI's Duty Team. Moving forward please request clearance immediately following the newly discovered information.  Thank you

**From:** Fonseca, ████████████████
**Sent:** Thursday, February 24, 2022 11:33 AM
**To:** Antonio ████
**Subject:** FW: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

**From:** Martinez ████████████
**Sent:** Thursday, February 24, 2022 11:04 AM
**To:** Fonseca, ████████████ Caruana ████████████
**Cc:** DL - ID PREA Supervisors ████████████
**Subject:** FW: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

Good day,

Pursuant to previously cleared allegation:
**COD #1811/21 (VCBC) Staff on Inmate Sexual Harassment vic. Inmate Thompson, Kwaine B&C# 3491901450 NYSID # 0728966IQ (12/30/74, 03/01/19) Alleged Involved Officer Bloomfield/Unknown Officer**
NO TASK – PREA VM

During a review of below duplicate complaint 311 involving a third party, it appears that above should be upgraded to a Staff on Inmate Sexual Abuse with identified staff member.

FROM EOT 05/15/21:
TASK ID #188563 (CLOSED)

1

**Duplicate to COD #1811/21**
**Assigned to Newton**

**COD #1811/21 (VCBC) Staff on Inmate Sexual Harassment vic. Inmate Thompson, Kwaine B&C#**
**3491901450 NYSID # 07289661Q ( ████/74, 03/01/19) Alleged Involved Correction Officer Brumfield,**
**Katrese #14438 ( 03/04/2004)**

Please advise if ID is cleared to proceed.

Thank you,

██████ Martinez
Acting Deputy Director of Investigations, PREA
Investigation Division - GMDC
NYC Department of Correction

Socialize with us on FB | Twitter | YouTube
nyc.gov/doc

**From:** Service Desk ████████████████
**Sent:** Tuesday, June 15, 2021 6:25 AM



2

**Subject:** A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

Dear User,

A new task titled ID (SEXUAL) has been assigned to your group 'Constituent - ID Sexual'. The task is scheduled to start on Jun 15, 2021 12:00 AM and end on Jun 22, 2021 11:59 PM. A few details about the task is given below,

Task ID: 118563
Priority: Normal
Description: Good day Investigation Division,

We received the below correspondence from inmate Thompson, Kwaine 349-19-01450 (VCBC). Please advise if your office will be handling this complaint.

Please see below.

Thank you,

Constituent and Grievance Services

Please be advised that my client, Kwaine Thompson, reports having at least 2 unlawful and coercive sexual encounters with C.O. Bloomfield (Shield 14438) at VCBC within the last 6 months. On both occasions, they performed oral sex on each other. Yesterday, C.O. Bloomfield threatened my client with punitive action (including SHU) in front of the entire house because she thought he was having sex with C.O. Simmons and yelled, "That's MY dick!" for all to hear.

My client previously reported the aforesaid sexual contacts to Captain Montague.

Please refer this matter for immediate investigation. I would like to be present when you interview my client.

Feel free to contact me with any questions.

Regards,

Philip M. Hines, Esq.
Held & Hines LLP
370 Lexington Avenue, Suite 800
New York, New York 10017
Tel: (212) 696-4LAW
Tel: (212) 696-4529

3

Email: phines@heldhines.com

Mail to:

Held & Hines LLP

2004 Ralph Avenue

Brooklyn, New York 11234

Tel: (718) 531-9700

Fax: (718) 444-5768

-------------------------------------------------

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

Refer the task for more details: http://servicedesk-p1/TaskDetails.cc?TASKID=118563

**Please do not reply to this automated message**

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

4

Confidential | For Use Only in
Kwaine Thompson v. S.D.N.Y. of New
22 Civ. 1

**Newton,**

| | |
|---|---|
| **From:** | Martinez, |
| **Sent:** | Thursday, February 24, 2022 8:00 AM |
| **To:** | Newton, |
| **Cc:** | Austin          ; Barreto, |
| **Subject:** | N0559/2021 *Priority |
| **Attachments:** | RE: Confidential Allegation; A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'; UPDATE FOR 06/14/2021 CALLOUT - COD #1811-21; Notification of Separation |

**COD #1811/21 (VCBC) Staff on Inmate Sexual Harassment vic. Inmate Thompson, Kwaine B&C# 3491901450 NYSID # 07289661Q (          /74, 03/01/19) Alleged Involved Officer Bloomfield/Unknown Officer**
**NO TASK – PREA VM**

**On 06/14/2021 SI Martinez requested DOI clearance at 1011 hours. DOI clearance was provided by A. Fonseca at 1013 hours on 06/14/21**

On June 14, 2021 ID received notification via e-mail of a Voice Mail message by Inmate Thompson stating:

Inmate Thompson stated he wants to report that he was sexually harassed by Officer Bloomfield # 14488. Inmate Thompson stated " I've been in this building almost a year now and I've been trying to stop her advances on me , today she said in front of the whole house that " I better not give her dick to nobody, no other female in here" If I do she is going to write me up and send me to the box and report me to my job and my case. She wrote in the logbook that I refused to go to the clinic and that I told her that I was only going to let Miss Simmons escort me and if Miss Simmons doesn't escort me nobody else would. She told me you better not be fucking with Miss Simmons or any other female in here, that dick belongs to me. She wrote in the logbook that I refused to come to the clinic, she never came to my bed at 0845 and asked me any questions or anything.

Interview

On June 14, 2021 SI Martinez dispatched Investigators Francis and Newton to VCBC to interview Inmate Thompson. Upon arriving to the VCBC, Counsel Visits Area Inmate Thompson agreed to provide ID a statement on BODY CAM.
Inmate Thompson stated on June 13, 2021 he woke up late at approximately 0945 hours and missed his DOT medication. Inmate Thompson stated the housing area officer informed him that DOT medication has already been afforded to his housing area. Inmate Thompson then notice an entry in the housing area logbook by Officer Bloomfield whom was assigned to the Clinic that day, Officer Bloomfield made a entry in the logbook stating " Inmate Thompson had to refused to be escorted to clinic, because he wanted to be escorted by Officer Simmons". Inmate Thompson stated he never refused to get medication to Officer Bloomfield. When Officer Thompson returned to the housing area at approximately 0945 hours, Inmate Thompson confronted her. Officer Bloomfield informed Inmate Thompson that when she came for medication, another inmate informed her that he refused to be escorted to clinic, unless he was escorted by Officer Simmons. Inmate Thompson became upset with Officer Bloomfield telling her that he did not find her attractive and did not want to be with her. Inmate Thompson stated on June 13, 2021 Officer Bloomfield did not make any comments to him that were sexual in nature and denied that she ever sexually abused him.

1

Inmate Thompson stated over the past year while housed in VCBC, Officer Bloomfield has written him 10-20 love letters on various unknown dates and times. Inmate Thompson stated he doesn't read the letters and has thrown all of them away, however he recalls one letter stated that "when I think about you, I get wet". Officer Bloomfield works the 11x7 tour and does has never been assigned to Inmate Thompson housing area. Inmate Thompson stated although Officer Thompson does not work in the same area as him, she gives these love letter to another officer to be given to him. Inmate Thompson refused to identify the alleged officer that gives him the love letters from Officer Bloomfield. The most recent love letter that Officer Bloomfield sent to Inmate Thompson was on an unknown date and time in May of 2021, which has been discarded by Inmate Thompson.

Canvass

A canvass was conducted in VCBC, 1 AA all inmates canvassed stated there were no issues with staff and that they acted in professional manner. Inmate's all complained about the toilets and sinks have leaks.

Upon interviewing Inmate Thompson, Captain Austin was notified of Inmate Thompson statement to ID. This allegation was reported to the VCBC, TC who was advised to report this allegation to COD and provide Inmate Thompson his mandated
services.

Assigned to INV. NEWTON

FROM EOT 06/15/21:
TASK ID #188563 (CLOSED)
Duplicate to COD #1811/21
Assigned to Newton

COD #1811/21 (VCBC) Staff on Inmate Sexual Harassment vic. Inmate Thompson, Kwaine B&C# 3491901450 NYSID # 07289661Q (____/74, 03/01/19) Alleged Involved Correction Officer Brumfield, Katrese #14438 ( 03/04/2004)

On 06/14/2021 SI Martinez requested DOI clearance at 1011 hours. DOI clearance was provided by A. Fonseca at 1013 hours on 06/14/21

On June 14, 2021 ID received notification via e-mail of a Voice Mail message by Inmate Thompson stating:

Inmate Thompson stated he wants to report that he was sexually harassed by Officer Brumfield # 14488. Inmate Thompson stated " I've been in this building almost a year now and I've been trying to stop her advances on me , today she said in front of the whole house that " I better not give her dick to nobody, no other female in here" If I do she is going to write me up and send me to the box and report me to my job and my case. She wrote in the logbook that I refused to go to the clinic and that I told her that I was only going to let Miss Simmons escort me and if Miss Simmons doesn't escort me nobody else would. She told me you better not be fucking with Miss Simmons or any other female in here, that dick belongs to me. She wrote in the logbook that I refused to come to the clinic, she never came to my bed at 0845 and asked me any questions or anything.

Interview

2

On June 14, 2021 SI Martinez dispatched Investigators Francis and Newton to VCBC to interview Inmate Thompson. Upon arriving to the VCBC, Counsel Visits Area Inmate Thompson agreed to provide ID a statement on BODY CAM.

Inmate Thompson stated on June 13, 2021 he woke up late at approximately 0945 hours and missed his DOT medication. Inmate Thompson stated the housing area officer informed him that DOT medication has already been afforded to his housing area. Inmate Thompson then notice an entry in the housing area logbook by Officer Brumfield whom was assigned to the Clinic that day, Officer Brumfield made an entry in the logbook stating " Inmate Thompson had to refused to be escorted to clinic, because he wanted to be escorted by Officer Simmons". Inmate Thompson stated he never refused to get medication to Officer Brumfield. When Officer Thompson returned to the housing area at approximately 0945 hours, Inmate Thompson confronted her. Officer Brumfield informed Inmate Thompson that when she came for medication, another inmate informed her that he refused to be escorted to clinic, unless he was escorted by Officer Simmons. Inmate Thompson became upset with Officer Brumfield telling her that he did not find her attractive and did not want to be with her. Inmate Thompson stated on June 13, 2021 Officer Brumfield did not make any comments to him that were sexual in nature and denied that she ever sexually abused him.

Inmate Thompson stated over the past year while housed in VCBC, Officer Brumfield has written him 10-20 love letters on various unknown dates and times. Inmate Thompson stated he doesn't read the letters and has thrown all of them away, however he recalls one letter stated that "when I think about you, I get wet". Officer Brumfield works the 11x7 tour and has never been assigned to Inmate Thompson housing area. Inmate Thompson stated although Officer Thompson does not work in the same area as him, she gives these love letter to another officer to be given to him. Inmate Thompson refused to identify the alleged officer that gives him the love letters from Officer Bloomfield. The most recent love letter that Officer Bloomfield sent to Inmate Thompson was on an unknown date and time in May of 2021, which has been discarded by Inmate Thompson.

Canvass

A canvass was conducted in VCBC, 1 AA all inmates canvassed stated there were no issues with staff and that they acted in professional manner. Inmate's all complained about the toilets and sinks have leaks.

Inmate Boyd, Mark B&C# 14121000758 Inmate Costa, Giovanni B&C# 2412100394M Inmate Beckford, Tashawn B&C# 5412000461Inmate Patron, Azeem B&C# 1411905516 Inmate Lajara, Jose B&C# 2412000099

Upon interviewing Inmate Thompson, Captain Austin was notified of Inmate Thompson statement to ID. This allegation was reported to the VCBC. TC who was advised to report this allegation to COD and provide Inmate Thompson his mandated services.


Martinez
Acting Deputy Director of Investigations, PREA
Investigation Division - GMDC
NYC Department of Correction

Socialize with us on FB | Twitter | YouTube
nyc.gov/doc

3

**Newton,** ████████

| | |
|---|---|
| **From:** | ████ Fonseca |
| **Sent:** | Monday, June 14, 2021 10:13 AM |
| **To:** | Martinez, ████████ Ortuzar |
| **Cc:** | DL - ID PREA Supervisors |
| **Subject:** | RE: New Voicemail Message from ████████ for ████ |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning, ID is cleared to proceed with the preliminary investigation. Please keep us updated of your findings. If you discover any criminal activity, you must immediately inform DOI's Duty Team. Thank you

-----Original Message-----
From: Martinez, ████████
Sent: Monday, June 14, 2021 10:11 AM
To: ████ Fonseca ████████ Ortuzar
Cc: DL - ID PREA Supervisors <DL-IDPREASupervisors@doc.nyc.gov>
Subject: FW: New Voicemail Message from ████ for ████

Please advise if ID is cleared to proceed with attached complaint.

Thank you,

█ Martinez
Administrative Investigator
ID PREA Supervisor
Investigation Division - QDC
NYC Department of Correction
████████

Socialize with us on FB | Twitter | YouTube nyc.gov/doc

-----Original Message-----
From: Reilly, ████████
Sent: Monday, June 14, 2021 10:02 AM
To: DL - ID PREA Supervisors
Subject: FW: New Voicemail Message from ████ for ████

FYI

-----Original Message-----
From: voicemail@verizon.com <voicemail@verizon.com>
Sent: Sunday, June 13, 2021 5:22 PM
To: ABL Voicemails
Subject: New Voicemail Message from ████ for ████

You have received a Voicemail message from ████████

1

**CONFIDENTIAL**

DEF02287

You may listen to your message in any of the following ways:

* Call 877-584-9321, enter your telephone number and Voicemail PIN,  and follow the prompts.
* Log on to https://urldefense.proofpoint.com/v2/url?u=https-3A__gcc02.safelinks.protection.outlook.com_-3Furl-3Dhttps-253A-252F-252Furldefense.proofpoint.com-252Fv2-252Furl-253Fu-253Dhttps-2D3A-5F-5Fgcc02.safelinks.protection.outlook.com-5F-2D3Furl-2D3Dhttp-2D253A-2D252F-2D252Fverizonenterprise.com-2D252FMyVoicemail-2D26amp-2D3Bdata-2D3D04-2D257C01-2D257CIngris.Martinez-2D2540doc.nyc.gov-2D257C1a8ce412371146112fcd08d92f3d0057-2D257C32f56fc75f814e22a95b15da66513bef-2D257C0-2D257C0-2D257C637592761312623945-2D257CUnknown-2D257CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTii6lk1haWwiLCJXVCI6Mn0-2D253D-2D257C1000-2D26amp-2D3Bsdata-2D3DsTm-2D252BcZJfUn4BV4h9lpSDPEJlhDSAOwQdIao6nLvGGaU-2D253D-2D26amp-2D3Breserved-2D3D0-2526d-253DDwIFAg-2526c-253D7sWX7lvS4rYdSHombZ5ZFiNqrBtkc9q5vh-5F70ffYDtI-2526r-253DCWxtFX85YjNBb8i4o3wKl5nuHbB6v5VXShW2btCPlo0-2526m-253D6nJgVYCEhmuycSyTtY4Fs7-2DA7Fwateu5KjuOTRswhpI-2526s-253Dh86RdU-2Dr6oKEpqI8T-5FtFlrGYtQuf2GZluB9U6yy0llM-2526e-253D-26amp-3Bdata-3D04-257C01-257CIngris.Martinez-2540doc.nyc.gov-257C55a82bd1acbd4684aaa4b08d92f3e848f-257C32f56fc75f814e22a95b15da66513bef-257C0-257C0-257C637592767820145198-257CUnknown-257CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTii6lk1haWwiLCJXVCI6Mn0-253D-257C1000-26amp-3Bsdata-3D-252FB7i2OJoZG2U7K-252F-252ByOvK0dadqDnwtpZJoSFiRDTsafM-253D-26amp-3Breserved-3D0&d=DwIFAg&c=7sWX7lvS4rYdSHombZ5ZFiNqrBtkc9q5vh_70ffYDtI&r=CWxtFX85YjNBb8i4o3wKl5nuHbB6v5VXShW2btCPlo0&m=UHFXBKh-

j6BDRJz_0opyOrXpKMgrRfps3bJ1QVb92Q8&s=RHtiiJWR6iV07DgJOL8PNAsCyTzPOMnvELYQ0KVskuc&e=  , enter your telephone number and Voicemail PIN, and listen to your message right over your computer.

Sun 13 Jun 2021 05:22 PM EDT

You now have 41 New Messages and 0 Saved Messages.

This is a system generated message. Please do not reply.
Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

2

CONFIDENTIAL                                    DEF02288

**Newton,** ███████████

| | |
|---|---|
| **From:** | Jachowdik, ████ |
| **Sent:** | Tuesday, June 15, 2021 6:54 AM |
| **To:** | Newton, ████ |
| **Cc:** | DL - ID PREA Supervisors; Francis, ████ |
| **Subject:** | UPDATE FOR 06/14/2021 CALLOUT - COD #1811-21 |
| **Attachments:** | A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual' |

Good Morning,

ID received **TASK #118563** that is relevant to the callout conducted 06/14/2021. This task has identified CO Brumfield, Katrese #11438 DOA 03/04/2004, assignes to VCBC as the alleged involved, wheras we had "Bloomfield #14488" as the alleged involved and could not verify the identity.

Please include this **TASK #118563** in the investigation for **COD #1811-21.**

Also, please send separation order out with corrected heading & revise the name in this callout summary to Brumfield

**3. COD #1811/21 (VCBC) Staff on Inmate Sexual Harassment vic. Inmate Thompson, Kwaine B&C# 3491901450 NYSID # 07289661Q (████74, 03/01/19) Alleged Involved Correction Officer Brumfield, Katrese #11438 (DOA 03/04/2004)**
**PREA VM + TASK ID #188563**

On 06/14/2021 SI Martinez requested DOI clearance at 1011 hours. DOI clearance was provided by A. Fonseca at 1013 hours on 06/14/21

On June 14, 2021 ID received notification via e-mail of a Voice Mail message by Inmate Thompson stating:

Inmate Thompson stated he wants to report that he was sexually harassed by Officer Bloomfield # 14488. Inmate Thompson stated " I've been in this building almost a year now and I've been trying to stop her advances on me , today she said in front of the whole house that " I better not give her dick to nobody, no other female in here" If I do she is going to write me up and send me to the box and report me to my job and my case. She wrote in the logbook that I refused to go to the clinic and that I told her that I was only going to let Miss Simmons escort me and if Miss Simmons doesn't escort me nobody else would. She told me you better not be fucking with Miss Simmons or any other female in here, that dick belongs to me. She wrote in the logbook that I refused to come to the clinic, she never came to my bed at 0845 and asked me any questions or anything.

Interview

On June 14, 2021 SI Martinez dispatched Investigators Francis and Newton to VCBC to interview Inmate Thompson. Upon arriving to the VCBC, Counsel Visits Area Inmate Thompson agreed to provide ID a statement on BODY CAM.

1

Inmate Thompson stated on June 13, 2021 he woke up late at approximately 0945 hours and missed his DOT medication. Inmate Thompson stated the housing area officer informed him that DOT medication has already been afforded to his housing area. Inmate Thompson then notice an entry in the housing area logbook by Officer Bloomfield whom was assigned to the Clinic that day, Officer Bloomfield made a entry in the logbook stating " Inmate Thompson had to refused to be escorted to clinic, because he wanted to be escorted by Officer Simmons". Inmate Thompson stated he never refused to get medication to Officer Bloomfield. When Officer Thompson returned to the housing area at approximately 0945 hours, Inmate Thompson confronted her. Officer Bloomfield informed Inmate Thompson that when she came for medication, another inmate informed her that he refused to be escorted to clinic, unless he was escorted by Officer Simmons. Inmate Thompson became upset with Officer Bloomfield telling her that he did not find her attractive and did not want to be with her. Inmate Thompson stated on June 13, 2021 Officer Bloomfield did not make any comments to him that were sexual in nature and denied that she ever sexually abused him.

Inmate Thompson stated over the past year while housed in VCBC, Officer Bloomfield has written him 10-20 love letters on various unknown dates and times. Inmate Thompson stated he doesn't read the letters and has thrown all of them away, however he recalls one letter stated that "when I think about you, I get wet". Officer Bloomfield works the 11x7 tour and does has never been assigned to Inmate Thompson housing area. Inmate Thompson stated although Officer Thompson does not work in the same area as him, she gives these love letter to another officer to be given to him. Inmate Thompson refused to identify the alleged officer that gives him the love letters from Officer Bloomfield. The most recent love letter that Officer Bloomfield sent to Inmate Thompson was on an unknown date and time in May of 2021, which has been discarded by Inmate Thompson.

Canvass

A canvass was conducted in VCBC, 1 AA all inmates canvassed stated there were no issues with staff and that they acted in professional manner. Inmate's all complained about the toilets and sinks have leaks.

Upon interviewing Inmate Thompson, Captain Austin was notified of Inmate Thompson statement to ID. This allegation was reported to the VCBC TC who was advised to report this allegation to COD and provide Inmate Thompson his mandated services.

**Assigned to INV. NEWTON**

Jachowdik
Captain #1859 | Investigation Division
New York City Department of Correction

Socialize with us on **FB** | **Twitter** | **YouTube** | **nyc.gov/doc**

2

Newton, ██████

| | |
|---|---|
| **From:** | Newton, ██████ |
| **Sent:** | Tuesday, June 15, 2021 11:09 AM |
| **To:** | White, ████ Scott, ████ Stukes, ████ |
| **Cc:** | DL - ID PREA Supervisors; Feeney, ████ Reilly, ████ Staton ████ Mitchell, ████ Giammarino, ████ Francis, ████ |
| **Subject:** | Notification of Separation |

**COD #1811/21 (VCBC) Staff on Inmate Sexual Harassment vic. Inmate Thompson, Kwaine B&C# 3491901450 NYSID # 07289661Q (████/74, 03/01/19) Alleged Involved Correction Officer Brumfield, Katrese #14438 (03/04/2004)**



██████ Newton #513
Investigator | Investigation Division
New York City Department of Correction
████████████████

Socialize with us on FB | Twitter | YouTube
nyc.gov/doc

**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

Confidential I For Use Only in Kwaine Thompson v. City of New York, et al 22 Civ. 1458 - S.D.N.Y.

1

Newton, █████████

| From: | Newton, █████████ |
| --- | --- |
| Sent: | Tuesday, June 15, 2021 11:21 AM |
| To: | VCBCTC |
| Cc: | Jachowdik, █████████ |
| Subject: | RE: Confidential Allegation |

| Importance: | High |
| --- | --- |

| Tracking: | Recipient | Read |
| --- | --- | --- |
| | VCBCTC | |
| | Jachowdik, ████ | Read: 6/15/2021 11:22 AM |

Good Morning,

Please update the alleged involved staff member for COD # 1811/21 in the COD Logbook as :    Officer Katrese
Brumfield # 14438 (03/04/04)
Also, scan me a copy of the COD upon completion.

Thank you,

█████████ **Newton #513**
Investigator | Investigation Division
New York City Department of Correction
████████████████████████

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**

 **CITY OF NEW YORK
DEPARTMENT OF CORRECTION**

**From:** Newton, █████████
**Sent:** Monday, June 14, 2021 5:08 PM
**To:** Wilkins, █████████████████████ VCBCTC █████████
**Cc:** Austin, ██████████████████████████ Francis, █████████
**Subject:** Confidential Allegation
**Importance:** High

Good Afternoon,

Below confidential allegation is to be reported to COD. Please provide Inmate Thompson, Kwaine B&C# 3491901450 of
**1 AA** his mandated services.

Staff on Inmate Sexual Harassment
Date: 06/13/21
Time: 7x3 Tour

1

Location: VCBC, 1 AA
Victim: Inmate Thompson, Kwaine B&C# 3491901450
Alleged Involved: ~~Officer Nicole Bloomfield # 17173~~  Officer Katrese Brumfield # 14438
Synopsis: On the above date and time Inmate Thompson  stated he was sexually harassed by ~~Officer Bloomfield~~  Officer Brumfield .

-
Cleared by: ████  Fonseca


████  **Newton #513**
Investigator | Investigation Division
New York City Department of Correction

████████████████████████████

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**



**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

2

**CONFIDENTIAL**

**DEF02293**

**Newton,** ▆▆▆▆▆▆

| | |
|---|---|
| **From:** | Newton▆▆▆▆ |
| **Sent:** | Tuesday, June 15, 2021 11:08 AM |
| **To:** | Jachowdik,▆▆▆▆ |
| **Cc:** | DL - ID PREA Supervisors; Francis, ▆▆▆▆ |
| **Subject:** | COD #1811-21 Revised heading / staff |

<u>COD #1811/21 (VCBC) Staff on Inmate Sexual Harassment vic. Inmate Thompson, Kwaine B&C#
3491901450 NYSID # 07289661Q (▆▆/74, 03/01/19) Alleged Involved Correction Officer Brumfield,
Katrese #14438 ( 03/04/2004)</u>

<mark>On 06/14/2021 SI Martinez requested DOI clearance at 1011 hours. DOI clearance was provided by A.
Fonseca at 1013 hours on 06/14/21</mark>

On June 14, 2021 ID received notification via e-mail of a Voice Mail message by Inmate Thompson stating:

Inmate Thompson stated he wants to report that he was sexually harassed by Officer Brumfield # 14488. Inmate
Thompson stated " I've been in this building almost a year now and I've been trying to stop her advances on me
, today she said in front of the whole house that " I better not give her dick to nobody, no other female in here"
If I do she is going to write me up and send me to the box and report me to my job and my case. She wrote in
the logbook that I refused to go to the clinic and that I told her that I was only going to let Miss Simmons escort
me and if Miss Simmons doesn't escort me nobody else would. She told me you better not be fucking with Miss
Simmons or any other female in here, that dick belongs to me. She wrote in the logbook that I refused to come
to the clinic, she never came to my bed at 0845 and asked me any questions or anything.

Interview

On June 14, 2021 SI Martinez dispatched Investigators Francis and Newton to VCBC to interview Inmate
Thompson. Upon arriving to the VCBC, Counsel Visits Area Inmate Thompson agreed to provide ID a
statement on BODY CAM.

Inmate Thompson stated on June 13, 2021 he woke up late at approximately 0945 hours and missed his DOT
medication. Inmate Thompson stated the housing area officer informed him that DOT medication has already
been afforded to his housing area. Inmate Thompson then notice an entry in the housing area logbook by
Officer Brumfield whom was assigned to the Clinic that day, Officer Brumfield made an entry in the logbook
stating " Inmate Thompson had to refused to be escorted to clinic, because he wanted to be escorted by Officer
Simmons". Inmate Thompson stated he never refused to get medication to Officer Brumfield. When Officer
Thompson returned to the housing area at approximately 0945 hours, Inmate Thompson confronted her. Officer
Brumfield informed Inmate Thompson that when she came for medication, another inmate informed her that he
refused to be escorted to clinic, unless he was escorted by Officer Simmons. Inmate Thompson became upset
with Officer Brumfield telling her that he did not find her attractive and did not want to be with her. Inmate
Thompson stated on June 13, 2021 Officer Brumfield did not make any comments to him that were sexual in
nature and denied that she ever sexually abused him.

Inmate Thompson stated over the past year while housed in VCBC, Officer Brumfield has written him 10-20
love letters on various unknown dates and times. Inmate Thompson stated he doesn't read the letters and has
thrown all of them away, however he recalls one letter stated that "when I think about you, I get wet". Officer

1

Brumfield works the 11x7 tour and has never been assigned to Inmate Thompson housing area. Inmate Thompson stated although Officer Thompson does not work in the same area as him, she gives these love letter to another officer to be given to him. Inmate Thompson refused to identify the alleged officer that gives him the love letters from Officer Bloomfield. The most recent love letter that Officer Bloomfield sent to Inmate Thompson was on an unknown date and time in May of 2021, which has been discarded by Inmate Thompson.

Canvass

A canvass was conducted in VCBC, 1 AA all inmates canvassed stated there were no issues with staff and that they acted in professional manner. Inmate's all complained about the toilets and sinks have leaks.

Upon interviewing Inmate Thompson, Captain Austin was notified of Inmate Thompson statement to ID. This allegation was reported to the VCBC TC who was advised to report this allegation to COD and provide Inmate Thompson his mandated services.

2

CONFIDENTIAL





## Employee Details



**BRUMFIELD KATRESE**

### Job Information

| | |
|---|---|
| Status: | B - ACTIVE |
| Agency Start Date: | Mar 4, 2004 |
| Work Phone: | |
| Shield #: | 14438 |
| ID Card #: | |
| Facility: | VERNON C. BAIN CENTER |
| Job Title: | CORRECTION OFFICER |
| Rank Date: | Mar 4, 2004 |
| Civil Serv Status: | C - Permanent - Competitive |
| Pension #: | |
| Pension Tier: | |

Employee #:
SSN:
Age:
Gender:

### Personal Information

| | |
|---|---|
| Home Phone: | |
| Address Line: | |
| City: | |
| State: | |
| Zip Code: | |
| DOB: | |
| Ethnicity: | |
| Blood Type: | |
| Driver's License #: | |
| Expiration Date: | |

### Additional Information

Click here to view weapons details.

### Rikers Island Pass Information

Click here to manage pass.

Employee Information is updated daily between 3 PM to 5 PM.

Search for another employee | Back to search results | Print Page | Report Error

Copyright 2022 Department of Correction. ELS V2.0.APPS-P1

Confidenti | For Use Only in
Kwaine Thompson v. City of New York, et al
22 Civ. 1458 - S.D.N.Y.



**Facility Movement**

| From Date | To Date | Facility |
|---|---|---|
| 09-OCT-2021 | Current | GRVC |
| 29-AUG-2021 | 09-OCT-2021 | RNDC |
| 14-AUG-2020 | 29-AUG-2021 | VCBC |
| 03-DEC-2019 | 14-AUG-2020 | OBCC |
| 11-NOV-2019 | 03-DEC-2019 | AMKC |
| 17-JUL-2019 | 11-NOV-2019 | MDC |
| 12-JUL-2019 | 17-JUL-2019 | GRVC |
| 28-JUN-2019 | 12-JUL-2019 | OBCC |
| 28-MAR-2019 | 28-JUN-2019 | BKDC |
| 26-MAR-2019 | 28-MAR-2019 | AMKC |
| 21-MAR-2019 | 26-MAR-2019 | BKDC |
| 04-MAR-2019 | 21-MAR-2019 | AMKC |

**Warrants**



https://webapps.doc.nycnet/inmatetracking/pages/home/home.jsf                5/9/2022

CONFIDENTIAL                DEF02298

Confidential | For Use Only in Kwaine Thompson v. City of New York · S.D.N.Y. · 22 Civ. 1