# EXHIBIT 7



NEW YORK CITY DEPARTMENT OF CORRECTION
**Vincent Schiraldi, Commissioner**

**Sarena Townsend, Deputy Commissioner**
Intelligence, Investigation and Trials Division
75-20 Astoria Boulevard – Suite 350
East Elmhurst, NY 11370
718 • 546 • 0305
Fax 718 • 278 • 6541

April 28, 2022

**Mr. Thompson, Kwaine**
**B&C: 3491901450/NYSID: 07289661Q**
**George R. Vierno Center**
**09-09 Hazen Street**
**East Elmhurst, NY 11370**

Re: Investigation Division case N1186/21; COD #3875/21

Dear Mr. Thompson,

This letter is to inform you that the New York City Department of Correction Investigation Division conducted a thorough and impartial investigation into your allegation of sexual harassment that reportedly occurred on or about December 18, 2021, **at George R. Vierno Center (GRVC).**

As of **April 6, 2022,** the Investigation Division closed its investigation with the following disposition:

☐ **SUBSTANTIATED – The allegation was investigated and determined to have occurred.**

☐ **UNSUBSTANTIATED – The allegation was investigated and the investigation produced insufficient evidence to make a final determination as to whether or not the event occurred.**

☒ **UNFOUNDED – The allegation was investigated and determined not to have occurred.**

**(Not applicable to this case allegation involved incarcerated persons NOT DOC staff)**
**Alleged staff involved:**

☒ **The employee is no longer posted within the complainant's unit**
☐ **The employee is no longer employed at the facility**
☐ **The employee was indicted/convicted on a charge related to sexual abuse within the facility**

This letter serves to inform addressee that the investigation is completed.
Sincerely,

Deputy Director of PREA Investigations

*Visit NEW YORK'S BOLDEST on the Web at: www.nyc.gov/boldest*

**CONFIDENTIAL**                    **DEF02359**



**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N1186/21



**PREA ALLEGATION**                                    **Investigator:** Inv. Ceballos #882
Investigation - NON PREA Reportable Incident

**Section I**
**COD #3875/21 (GRVC) Staff on Inmate Sexual Harassment: Victim: Thompson, Kwaine B&C:**
**3491901450/NYSID: 07289661Q (DOB:** ▮▮▮▮974, DOA: 03/01/2019), Alleged Involved: Captain
**Palmer, Debbie #267 (DOA: 03/05/2015)**
**Task ID: 137561**

**On 12/19/2021 SI Martinez requested DOI clearance at 1332 hours. DOI clearance was provided by A.**
**Walker at 1347 hours on 12/19/21.**

**Separation Requested: YES** ☒ **NO** ☐

**Background**

**On December 19, 2021, at 1324 hours, DOC Service Desk notified ID of (Task ID: 137561) a confidential**
**allegation made to 311 constituent services (EC-00390955) by Inmate Thompson, Kwaine B&C:**
**3491901450/NYSID: 07289661Q. The allegation was transcribed by the 311 operator as follows.**

**Transcription of Complaint:** Message: "BC 3491901450 KWAINE THOMPSON George R. Vierno Center
(GRVC) THAT CAPTAIN CAMPBELL ASKED TO SEE MY DICK SIZE. SHE SAID IF I DIDNT HAVE
SEX WITH HER I WAOULDNT BE ABLE TO GO TO RELIGIOUS SERVICES, YARD, OR MENTAL
HEALTH SERVICES."

**Securus Review**

Investigator Ceballos #882 conducted a Securus review and found the following call to be pertinent

**Date**: December 19, 2021
**Time**: 12:34:18 – 12:40:17
**Site**: George R. Vierno Center
**Port Location**: Bld 2A-2
**Account#/Pin#:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Synopsis:** Upon being connected to the 311 operator, Inmate Thompson stated his name and that he was in jail.
Inmate Thompson stated that he wanted to report a sexual abuse claim. Inmate Thompson was then connected
to another 311 operator and stated his book and case number, name, and the facility he was in. Inmate
Thompson stated that Captain Palmer-Campbell asked to see his penis size and if he did not show it to her or
have sex with her, he would not be able to get any programs. He would not be able to go to mental health, yard,
or religious services if he did not satisfy her. The 311 operator gave Inmate Thompson the confirmation number
and the call ended.

**\*The 311 call was placed using Inmate M**▮▮▮▮**, J**▮▮ **(B&C:** ▮▮▮▮▮▮▮▮ /NYSID: ▮▮▮▮▮ )
**Account/Pin number. \***

**Genetec or handheld video: Yes** ☒ **No** ☐ **Summary:** On January 12, 2022, I, Investigator Ceballos,
reviewed the following cameras in GRVC Main Clinic: 10.79, 76.172, 76.179, 76.155, 76.173, 76.154, 76.178,
76.180, 76.156, 76.181, 76.174, 76.175, 76.177 from December 18, 2021, from 0100 hours to 0300 hours

Review of the camera angles reflected the following pertinent information:

At about 0119 hours, camera angle 76.177 showed Inmate Thompson talking to Captain Palmer and another
male correctional officer. Camera angle 76.179 showed Inmate Thompson take a seat in the waiting area.
Captain Palmer is seen waiting by the door talking to the male CO. At 0121 hours, on camera angle 76.178
Captain Palmer escorted Inmate Thompson out of the clinic area. Captain Palmer does not touch Inmate
Thompson. Camera angles 76.178, 76.180, 76.181, 76.155, 76.154, and 76.156 show Captain Palmer escort
Inmate Thompson out of the clinic and into the corridor. Inmate Thompson and Captain Palmer appeared to
engage in a conversation. At no point did Captain Palmer touch Inmate Thompson or attempt to grab his crotch.



**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N1186/21



At 0123 hours, Inmate Thompson and Captain Palmer exit the corridor.

**Findings**
**Preliminary Finding:** Unsubstantiated
**Final Determination:** Unfounded
PREA Reportable Incident?          Yes ☐  No ☒  (Refer to Federal Standards)
Inmate in Custody at Closing       Yes ☒  No ☐  Determination Findings Letter Sent  Yes ☒  No ☐
If Discharged?                     Yes ☐  No ☒
Date:

**Victim History**
**IIS housing, movement and Infractions** IIS reflects Inmate Thompson has been housed in AMKC, BKHD, OBCC, GRVC, MDC, MTF3, and ARDC. Inmate Thompson was transferred from ARDC to GRVC on October 9th, 2021 and is currently housed in GRVC 2A. Inmate Thompson has been issued eight (8) infractions during this incarceration period.

**IRS (list recent incidents, i.e. contraband and/or UOF):** Incident Reporting System (IRS) reflects Inmate Thompson has been involved in ten (10) Use of Force incidents this incarceration period.

**Alleged Perp Inmate/Staff History**
**IIS housing, movement and Infractions** NA
**IRS (list recent incidents, i.e. contraband and/or UOF)** NA
**Open cases (history of PREA)** Captain Palmer has no history of PREA cases. Captain Palmer does have one (1) open URA case.
**Additional staff identified:**

**Interview Process**
**Inmate Statement: Yes ☒ No ☐ Indicate date, time and location of refusal:**
On Sunday, 12/19/2021, Captain Richards dispatched Investigators Rolon #864 and Kriley #843 to interview Inmate Thompson. Upon arrival GRVC was in alarm status therefore investigators proceeded to housing area 2A. At 1745 hours Inmate Thompson agreed to provide a verbal statement, in sum and substance stated that while housed in VCBC around March 2021 he contracted an STD from an unknown officer he had sexual intercourse with. Inmate Thompson did not know the name of the officer only stating it was a female and that she was going around telling other officers that "he has a big dick, knows how to fuck and has a big package". Inmate Thompson added that since being moved to GRVC he feels he is being targeted by other officers due to his previous "sexual encounter with that female officer". In specific Inmate Thompson alleges how there is a "Captain Palmer Campbell" who is denying him services such as no yard time, no religious services, and no clinic appointments just because he would not "let her see it". Inmate Thompson mentions how two (2) days ago, 12/17/21, he had a nosebleed around 945PM and advised the B post officer who then notified the A post. Inmate stated that a Captain was supposed to come escort him to the clinic, however, no one came so he set a fire in his cell. He was then escorted by this Captain Palmer-Campbell to the clinic where he was then advised by the doctor to see mental health for an apparent suicide attempt. He states that the Captain then wrote in the logbook that he refused and was escorted back to his housing area without him actually refusing. He then noted that while in that same clinic the Captain approached him to take him back at which point "she tried to grab his crotch but he pulled away". Inmate Thompson stated this occurred around 2AM and this was not the first time she tried to grab him. Inmate Thompson further added that he has yet to see mental health in regard to that incident for setting the fire in his cell. Inmate Thompson did make note that he has previously spoken to ID PREA in regard to allegations he made about being targeted adding that he spoke with investigators about 3 to 4 weeks ago about it. The interview concluded at 1816 hours.

**Conducted in a confidential setting: Yes ☐ No ☒ Location:** Housing Area 2A
**Witness Statement (s): Yes ☐ No ☒**
**Witnesses provided by victim/perp: Yes ☐ No ☒**
**Canvass completed: Yes ☒ No ☐ Indicate how many interviews and how were they chosen:**
A canvass of housing area 2A was conducted:
TC count was three (3)



**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N1186/21



- Inmate W█████ A███████ B/C #████████ - Stated he just wanted to watch the football game on tv and declined any further statement.
- Inmate F█████ T█████ B/C #████████ Inmate was sleeping, no statement obtained.

**Hope for Healing Book: Yes ☐ No ☒**
**Medical Release: Yes ☐ No ☒**
**Photograph victim, visible physical injuries, area of incident and evidence (prior to collection): Yes ☐ No ☒**

**Notification**
**Facility Tour Commander (Medical, Mental and Ministerial Services/Victim Services) Yes ☒ No ☐**
**Information provided:**
Upon interviewing Inmate Thompson, PREA SI Hratko was notified of the statement provided to Investigators. He advised investigators to report the allegation to the facility/ call into COD.

This allegation was reported to GRVCTC ADW Phillips via email and phone on 12/19/21 at 2030 hours, who was instructed to provide Inmate Thompson with medical, mental health, and ministerial services. Tour Commander was also instructed to report the allegation to COD.

| Section II | Sexual Abuse Report | |
|---|---|---|
| Patient seen by medical?<br>**(If No, Explain):** | Yes ☒ | No ☐ |
| Patient seen by Mental Health? | Yes ☒ | No ☐ |
| Patient seen by Ministerial Services? | Yes ☐ | No ☒ |
| Patient informed on Victim Services? | Yes ☐ | No ☒ |
| Patient seen by Urgent Care? | Yes ☐ | No ☒ |
| Patient Referred to Hospital? | Yes ☐ | No ☒ |
| Crime Scene Established?<br>**(Why or why not ( Explain):** [Include narrative] | Yes ☐ | No ☒ |
| Sexual Abuse Evidence Collection Kit Prepared? | Yes ☐ | No ☒ |
| NYPD Complaint Report?<br>**(When/where (details):** Include in narrative complaint and aided # | Yes ☐ | No ☒ |
| Property Voucher (PETS)?<br>**(When/where (details):** Include in narrative voucher #, items collected and location collected. | Yes ☐ | No ☒ |
| Request for Lab Assessment?<br>**(When/where (details):** Include in narrative specifically what the items are being tested for and against. | Yes ☐ | No ☒ |
| SCOC Reportable Incident?<br>**(When/where (details):** Include in narrative specific action that qualified event as reportable i.e. NYS Penal Law | Yes ☐ No ☒ SCOC # | |

**Section III**
**Post Interview**
**Inmate Injury Report:** Yes ☒ No ☐
**Housing Area Logbook:** Yes ☒ No ☐
**Staff Reports i.e. First responder: Yes ☐ No ☒ Indicate name of staff: Captain Palmer #267**
A 600AR report was requested from Captain Palmer. This investigator was informed that Captain Palmer is currently out on sick leave with no return date. Therefore, a staff statement could not be obtained.

**DEF02362**

Confidential - For Use Only in Thompson v. City of New York, et al 22-cv-1458 - S.D.N.Y.




**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N1186/21

| | | |
|---|---|---|
| **Clinic Logbook:** | Yes ☒ No ☐ | |
| **Control Room Logbook:** | Yes ☐ No ☒ | |
| **Crime Scene Logbook(s):** | Yes ☐ No ☒ | |
| Area of incident and Front gate | | |

<u>**Crime Scene (Determined by either facility or responding investigator)**</u>
**Evidence Collected:** Yes ☐ No ☒ Voucher #
(Photograph and place in evidence collection bag and mark for chain of custody)
Contact Duty DDI for dismantle of crime scene: Yes ☐ No ☒
Call COD to report time of crime scene dismantled and approving DDIL: Yes ☐ No ☒
Take possession of crime scene video i.e. tape or memory card (provide sign receipt for chain of custody)
Yes ☐ No ☒

**Callout/Summary Assessment (Include all inmate statements i.e. interview, grievance, telephone, infraction hearing, and staff reports):**

<u>**COD #3875/21 (GRVC) Staff on Inmate Sexual Harassment: Victim: Thompson, Kwaine B&C: 3491901450/NYSID: 07289661Q (DOB: 12/30/1974, DOA: 03/01/2019), Alleged Involved: Captain Palmer, Debbie #267 (DOA: 03/05/2015)**</u>
**Task ID: 137561**

==On 12/19/2021 SI Martinez requested DOI clearance at 1332 hours. DOI clearance was provided by A. Walker at 1347 hours on 12/19/21==

Message: BC 3491901450 KWAINE THOMPSON George R. Vierno Center (GRVC) THAT CAPTAIN CAMPBELL ASKED TO SEE MY DICK SIZE. SHE SAID IF I DIDNT HAVE SEX WITH HER I WAOULDNT BE ABLE TO GO TO RELIGIOUS SERVICES, YARD, OR MENTAL HEALTH SERVICES.

Investigator Ceballos #882 conducted a Securus review and found the following call to be pertinent.

<u>**Securus Review**</u>
**Date:** December 19, 2021
**Time:** 12:34:18 – 12:40:17
**Site:** George R. Vierno Center
**Port Location:** Bld 2A-2
**Account#/Pin#:**
**Synopsis:** Upon being connected to the 311 operator, Inmate Thompson stated his name and that he was in jail. Inmate Thompson stated that he wanted to report a sexual abuse claim. Inmate Thompson was then connected to another 311 operator and stated his book and case number, name, and the facility he was in. Inmate Thompson stated that Captain Palmer-Campbell asked to see his penis size and if he did not show it to her or have sex with her, he would not be able to get any programs. He would not be able to go to mental health, yard, or religious services if he did not satisfy her. The 311 operator gave Inmate Thompson the confirmation number and the call ended.

**\*The 311 call was placed using Inmate M████ J██ (B&C:████ NYSID: █████) Account/Pin number.\***

<u>**ELS:**</u> A review of Employee Lookup System (ELS) showed that there is one (1) Captain in GRVC by the name of Debbie Palmer #267 and no Captains with the name Campbell or Palmer-Campbell

<u>**IRS:**</u> A review of Incident Reporting System (IRS) showed that Inmate Thompson has been involved eight (8) Use of Force incidents during this incarceration period. The most recent one on December 8, 2021.

<u>**Inmate Statement**</u>
On Sunday, 12/19/2021, Captain Richards dispatched Investigators Rolon #864 and Kriley #843 to interview Inmate Thompson. Upon arrival GRVC was in alarm status therefore investigators proceeded to housing area 2A. At 1745 hours Inmate Thompson agreed to provide a verbal statement, in sum and substance stated that



**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N1186/21



while housed in VCBC around March 2021 he contracted an STD from an unknown officer he had sexual intercourse with. Inmate did not know the name of the officer only stating it was a female and that she was going around telling other officers that "he has a big dick, knows how to fuck and has a big package". Added that since being moved to GRVC he feels he is being targeted by other officers due to his previous "sexual encounter with that female officer". In specific Inmate Thompson alleges how there is a "Captain Palmer Campbell" who is denying him services such as no yard time, no religious services and no clinic appointments just because he would not "let her see it". Mentions how two (2) days ago, 12/17/21, he had a nosebleed around 945PM and advised the B post officer who then notified the A post. Inmate stated that a Captain was supposed to come escort him to the clinic, however, no one came so he set a fire in his cell. He was then escorted by this Captain Palmer-Campbell to the clinic where he was then advised by the doctor to see mental health for an apparent suicide attempt. He states that the Captain then wrote in the logbook that he refused and was escorted back to his housing area without him actually refusing. He then noted that while in that same clinic the Captain approached him to take him back at which point "she tried to grab his crotch but he pulled away", Thompson stated this occurred around 2AM and this was not the first time she tried to grab him. Further added that he has yet to see mental health in regard to that incident for setting the fire in his cell. Inmate Thompson did make note that he has previously spoken to ID PREA in regard to allegations he made about being targeted adding that he spoke with investigators about 3 to 4 weeks ago about it. Interview concluded at 1816 hours.

#### Canvass
A canvass of housing area 2A was conducted:
TC count was three (3)
- Inmate Williams, Alexander B/C #1411801632- Stated he just wanted to watch the football game on tv and declined any further statement.
- Inmate Forrest, Trevor B/C #3492002023- Inmate was sleeping, no statement obtained.

#### Investigative Actions
- Inmate Statement obtained
- Canvass
- Identifying Photographs obtained
- Housing area Logbook copies obtained
- Clinic logbook copies obtained
- HIPPA declined
- HFH declined

**Note**: The above mentioned allegation is related to **COD# 3721/21** already assigned to Inv. Saldarriaga. However, initial allegation did not have the alleged involved component to it. Therefore, this allegation will be called in under a separate COD#. (SEE ATTACHED FOR **COD# 3721/21**)

**Upon interviewing Inmate Thompson, PREA SI Hratko was notified of the statement provided to Investigators. He advised investigators to report the allegation to the facility/ call into COD.**

**This allegation was reported to GRVCTC ADW Phillips via email and phone on 12/19/21 at 2030 hours, who was instructed to provide Inmate Thompson with medical, mental health, and ministerial services. Tour Commander was also instructed to report the allegation to COD.**

**Separation Order generated.**

**ASSIGNED TO INV. CEBALLOS**

#### ANALYSIS

Based on the preponderance of the evidence, it is recommended this case be closed **UNFOUNDED, without charges**. On December 19, 2021, Inmate Thompson made an allegation of sexual harassment to 311 constituent services against Captain Palmer #267. In sum and substance, Inmate Thompson stated that Captain Palmer asked to see his penis size and if he did not show it to her or have sex with her, he would not be able to get services.



**New York City Department of Correction**
**Investigation Division**
PREA TEAM Closing Report
Enter Case #: N1186/21



In the inmate interview, Inmate Thompson stated that Captain Palmer denied him yard time, religious services, and clinic appointments due to him not showing her his penis or having sex with her. Inmate Thompson stated that at approximately 0200 hours on December 18th, 2021, Captain Palmer attempted to "grab his crotch" when she approached him to take him back to his housing area from the clinic. Inmate Thompson stated this was not the first time she tried to grab him.

Inmate Thompson alleged that he had contracted an STD from another unknown staff member in March of 2021. However, due to Inmate Thompson's refusal to sign HIPAA, this investigation was unable to review his medical records.

Genetec surveillance showed Inmate Thompson and Captain Palmer in the clinic at approximately 0120 hours. Captain Palmer started to escort Inmate Thompson out of the clinic at approximately 0121 hours. Camera angles showed Captain Palmer and Inmate Thompson walking side by side and both appeared to engage in conversation. Captain Palmer and Inmate Thompson walked out of the clinic and into the corridor. At the end of the corridor, Inmate Thompson and Captain Palmer exited out of camera view. At no point in the surveillance did Captain Palmer touched Inmate Thompson or attempted to grab his crotch.

This investigator attempted to obtain a staff statement from Captain Palmer. However, Captain Palmer was out on sick leave with no return date. Therefore, a staff statement could not be obtained.

Due to Genetec surveillance showing that Captain Palmer did not touch or attempt to grab Inmate Thompson's crotch when she approached him to take him back to the housing area, it is recommended this case be closed
**UNFOUNDED, without charges.**

**RECOMMENDATION:**

Charges ☐    No Charges ☒    Facility Referral ☐    Referral #xxxx/yr

| Print Name & Investigator's signature and date | Print Name & Supervisor/Tour Commander's signature and date |
|---|---|
| Investigator ▓ Ceballos #882               5/1/22 | SI ▓ Alam #919 |
| Print Name & Deputy Director signature and date | Approver Comments |
| T. Martinez ▓ #1069  05/01/22 | |

Confidential - For Use Only in Kwaine Thompson v. City of New York, et al
22 Civ. 1458

## PREA COMPLIANCE DATA LIST

**COD #3875/21 (GRVC) Staff on Inmate Sexual Harassment: Victim: Thompson, Kwaine B&C: 3491901450/NYSID: 07289661Q (DOB: ███ 1974, DOA: 03/01/2019), Alleged Involved: Captain Palmer, Debbie #267 (DOA: 03/05/2015)**

Investigation - NON PREA Reportable Incident

**PREPARED BY: Inv. Ceballos #882**

**Referred to DOI:**   Yes ☐   No ☒       **DOI Clearance provided:** Yes ☒   No ☐   N/A ☐

**Referred to DA:**   Yes ☐   No ☒       **DOI/DA Investigation:**   Yes ☐   No ☒

**Source of Reporting:**   Inmate Victim

**Method of Reporting:** 311       Over 24 Hours in Custody:   Yes ☒   No ☐

**Date** 12/18/2021 **Time:**       **11pm - 7am**       **Location/Housing area type:**   [GRVC Clinic]

**Separation Requested:**       Yes ☒   No ☐

VERIFIED via IIS                         Yes ☐   No ☒   Initial:       Date:

Perp prior history reviewed?             Yes ☒   No ☐

Patient seen by medical?                 Yes ☒   No ☐
**(If No, Explain):**
Patient seen by Mental Health?           Yes ☒   No ☐
Patient seen by Ministerial Services?    Yes ☐   No ☒
Patient informed on Victim Services?     Yes ☐   No ☒

Associated with a UOF Reported/Alleged?   Yes ☐   No ☒   UOF #

SCOC Reportable Incident?                 Yes ☐   No ☒   SCOC #

Abuse/Harassment Allegation Sub-Category:
**ABUSE:**  Choose an item.       **HARASSMENT:**   **Sexual Threat**

Preliminary Determination:       ☐ **Substantiated**   ☒ **Unsubstantiated**   ☐ **Unfounded**

**DEMOGRAPHICS OBSERVED:**

Physical Disability:   Yes ☐   No ☒   Unk ☐   Developmental Disability:   Yes ☐   No ☒   Unk ☐
   Age at time of Incident:       26       Age Range: **22 and over**

**EVIDENCE PRESERVED:**

Crime Scene Established:             Yes ☐   No ☒
Video:                               Yes ☐   No ☒       Incident Captured:   Yes ☐   No ☒
Telephone Statements (including 311): Yes ☐   No ☒
Physical items collected:           Yes ☐   No ☒
DNA collection:                     Yes ☐   No ☒
Sexual Assault Kit:                 Yes ☐   No ☒
NYPD 61 Complaint:                  Yes ☐   No ☒   Complaint #:

**Findings**

Inmate Infraction              Yes ☐   No ☒   Charge: _____

Inmate in Custody at Closing   Yes ☒   No ☐

If Discharged?                 Yes ☐   No ☒   Date:   enter a date.
Determination Findings Letter Sent   Yes ☒   No ☐

Final Determination:       ☐ **Substantiated**       ☐ **Unsubstantiated**   ☒ **Unfounded**
**Charges** ☐       **No Charges** ☒       **Facility Referral** ☐   Referral #

| Print Name & Investigator's signature and date | Print Name & Supervisor/Tour Commander's signature and date |
|---|---|
| Inv. ██ Ceballos #882 | SI ██ Alam #919 |
| Print Name & Deputy Director signature and date | Approver Comments |
| ADDI█ Martinez #888   05/01/22 | |

Confidential - For Use Only In Thompson v. City of New York, et al
Kwaine Thompson v. C.O. D.N.Y. 1458 - 22 Civ.

# New York City Department of Correction

Central Operations Desk

B Form (Revised May 10, 2007)

| REPORTING FACILITY | REPORTING DATE | REPORTING TIME |
|---|---|---|
| GRVC | 12/20/21 | 13:27 |
| **PERSON REPORTING INCIDENT** | **INCIDENT DATE** | **INCIDENT TIME** |
| ADW PHILLIPS | 12/17/21 | 00:00 |
| **PERSON REPORTED TO** | **INCIDENT TYPE** | **INCIDENT STATUS** |
| ADW GIVES | Sexual Harassment | Alleged |

| DESCRIPTION OF EVENT |
|---|
| AT 1327 HOURS, THE FACILITY REPORTED A CONFIDENTIAL ALLEGATION. |

| INMATE NAME | CASE NUMBER | NYSID | INJURY TYPE | CURRENT FACILITY |
|---|---|---|---|---|
| **STAFF NAME** | **TITLE** | **SHIELD/ID** | **INJURY TYPE** | |

| COD NUMBER ASSIGNED |
|---|
| 3875/21 |
| **USE OF FORCE NUMBER ASSIGNED** |
| **CATEGORY OF INCIDENT CLASS** |

1A

Confidential For Use Only in Kwaine Thompson v. City of New York, et al 22 Civ. 1458 - S.D.N.Y.

DEF02367

# Video Request Task Form

**UOF #**      N/A
**NON-UOF #**   N/A
**COD # 3875/21**
**ID #**      N/A

Current Date: 12/22/2021

**GENETEC VIDEO**                Requestor:  Investigator Ceballos # 882

| Facility: | GRVC | Date: 12/18/2021 | | |
|---|---|---|---|---|
| **Camera IP** | **Location** | **From Hour** | **To Hour** | **Comments** |
| 10.79 | GRVC-RHU-MINI CLINIC | 0100 | 0300 | |
| 76.154 | GRVC-CLINIC-CORR-1 | 0100 | 0300 | |
| 76.155 | GRVC-CLINIC-CORR-2 | 0100 | 0300 | |
| 76.156 | GRVC-CLINIC-CORR-3 | 0100 | 0300 | |
| 76.172 | GRVC-CLINIC-AREA-1 | 0100 | 0300 | |
| 76.173 | GRVC-CLINIC-AREA-2 | 0100 | 0300 | |
| 76.174 | GRVC-CLINIC-AREA-3 | 0100 | 0300 | |
| 76.175 | GRVC-CLINIC-AREA-4 | 0100 | 0300 | |
| 76.177 | GRVC-CLINIC-AREA-5 | 0100 | 0300 | |
| 76.178 | GRVC-CLINIC-ENT | 0100 | 0300 | |
| 76.179 | GRVC-CLINIC-AREA-6 | 0100 | 0300 | |
| 76.180 | GRVC-CLINIC-WATING-AREA-PEN-1 | 0100 | 0300 | |
| 76.181 | GRVC-CLINIC-WATING-AREA-PEN | 0100 | 0300 | |
| 76.182 | GRVC-CLINIC-WATING-AREA-PEN | 0100 | 0300 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total DVDs Burned: _____

Page 1 of 2

2A

Confidential For Use Only In  City of New York, et al
Kwaine Thompson v. City of New York
22 Civ. 1458 - S.D.N.Y.

**HANDHELD VIDEO**

| File Name | Facility Folder | Sub-folder |
|-----------|-----------------|------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**ID BODY CAMERA VIDEO- Facility:**

| User ID | Source | Recorded Date & Time | UOF#/COD#/NON-UOF# |
|---------|--------|----------------------|--------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**FACILITY BODY CAMERA VIDEO**

| User ID | Source | Recorded Date & Time | UOF#/COD# |
|---------|--------|----------------------|-----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Total DVDs Burned: _____

Page 2 of 2

2B

Confidential For Use Only in
Kwaine Thompson v. City of New York, et al
22 Civ. 1458 - S.D.N.Y.

New York City Department of Correction
**Investigation Division**
Interview Report (Non-DOC Employee)

---

**General Details**

**Case #: N1186/21**

Investigator: Ceballos #882

Interview Date: 12/19/2021     Start Time:  1745h          End Time: 1816 hours

Interview Mode:     ☐ Telephone ☒ In-Person

Location: GRVC Housing Area 2A

Person(s) Present at Interview: Inv. Rolon #864 and Inv. Kriley #843

Voucher #:

Remarks: NA

Interview Report Date: 3/3/2022

---

**Individual Interviewed**

Name: Thompson Kwaine                          B&C # 3491901450

Address: NA

City, State, Zip: NA                      Home Phone:  NA

Mobile Phone:  NA                       Work Phone: NA

Home Email:  NA                         Work Email:  NA

Occupation:  NA

Employer: NA

Employer Address:   N/A

---

**Statistical Data on the Person Interviewed**

Birth Date: ▮▮/1974                    Sex: ☒ M  ☐ F     Race: Black

Height:  6'0"                                            Weight: 230lbs
Hair Color:  Black                                       Eye Color: Brown

---

**Summary of Interview**

On Sunday, 12/19/2021, Captain Richards dispatched Investigators Rolon #864 and Kriley #843 to interview Inmate Thompson. Upon arrival GRVC was in alarm status therefore investigators proceeded to housing area 2A. At 1745 hours Inmate Thompson agreed to provide a verbal statement, in sum and substance stated that while housed in VCBC around March 2021 he contracted an STD from an unknown officer he had sexual intercourse with. Inmate Thompson did not know the name of the officer only stating it was a female and that she was going around telling other officers that "he has a big dick, knows how to fuck and has a big package". Inmate Thompson added that since being moved to GRVC he feels he is being targeted by other officers due to his previous "sexual encounter with that female officer". In specific Inmate Thompson alleges how there is a "Captain Palmer Campbell" who is denying him services such as no yard time, no religious services, and no clinic appointments just because he would not "let her see it". Inmate Thompson mentions how two (2) days ago, 12/17/21, he had a nosebleed around 945PM and advised the B post officer who then notified the A post. Inmate stated that a Captain was supposed to come escort

1

4A

Confidential For Use Only in
Kwaine Thompson v. City of New York, et al
22 Civil 1458 JPO KHP

New York City Department of Correction
**Investigation Division**

him to the clinic, however, no one came so he set a fire in his cell. He was then escorted by this Captain Palmer-Campbell to the clinic where he was then advised by the doctor to see mental health for an apparent suicide attempt. He states that the Captain then wrote in the logbook that he refused and was escorted back to his housing area without him actually refusing. He then noted that while in that same clinic the Captain approached him to take him back at which point "she tried to grab his crotch but he pulled away". Inmate Thompson stated this occurred around 2AM and this was not the first time she tried to grab him. Inmate Thompson further added that he has yet to see mental health in regard to that incident for setting the fire in his cell. Inmate Thompson did make note that he has previously spoken to ID PREA in regard to allegations he made about being targeted adding that he spoke with investigators about 3 to 4 weeks ago about it. The interview concluded at 1816 hours.

2

43



**The City of New York**

**NEW YORK CITY DEPARTMENT OF CORRECTION**
Vincent Schiraldi, Commissioner

**Jean H. Rene, Warden**
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370
718 • 546 • 2000
Fax 718 • 546 • 2076

N1186/21 - Ceballos

**DATE**    :   Janauary 12, 2022

**TO**      :   ▮Lemon, Acting Assistant Chief, Security & Custody Management

**FROM**    :   ▮Rene, Warden, George R. Vierno Center

**SUBJECT** :   **COD # 3875/21**

The Deputy Warden has reviewed the subject unusual incident submitted by the Tour Commander and the following determination has been made.

( ) Concurs with Tour Commander's findings.
( ) Do not concur with the Tour Commanders findings.
( ) Video footage was reviewed.
( ) Video footage was not reviewed.
( ) No video footage to review.
( ) Investigations Division Takeover.

**Remarks:**

_____

_____

▮Shivraj
Deputy Warden of Security

I have reviewed the attached unusual incident and;

( ) Concur with the Deputy Warden.
( ) Videotape reviewed for this incident.
( ) No videotape for this incident.
( ) Do not concur with the Deputy Warden.

▮Rene, Warden
GRVC

*Visit NEW YORK'S BOLDEST on the Web at:  www.nyc.gov./boldest*

SA

**CONFIDENTIAL**

**DEF02378**

COD  II  38 15 21

**Phillips,** █████

| | |
|---|---|
| **From:** | Richards, ████ |
| **Sent:** | Monday, December 20, 2021 10:30 AM |
| **To:** | DL - TC, GRVC |
| **Subject:** | FW: Confidential Allegation |

**Importance:**          High

**From:** Ceballos, ██████████████████████
**Sent:** Sunday, December 19, 2021 8:31 PM
**To:** DL - TC, GRVC
**Cc:** Hratko, ███████████████      Rolon, █████████      Kriley, ████
███████████ DL - ID PREA Supervisors ███████
**Subject:** Confidential Allegation
**Importance:** High

**Please Call this allegation into COD and provide inmate (victim) with mandated services.**

Staff on Inmate Sexual Harassment ✓
Date: 12/17/2021
Time: 0200 hours
Location: GRVC Clinic
Victim: Thompson, Kwaine B&C: 3491901450/NYSID: 07289661Q
Alleged Involved: Captain Debbie Palmer #267
Synopsis: Inmate Thompson alleged that he was sexually harassed by Captain Palmer
DOI Clearance: A. Walker

33 G V 78

**Please acknowledge receipt of the email.**

███████ Ceballos #882
Investigator | Intelligence, Investigation and Trials Division
New York City Department of Correction

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**

**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

1

Confidential for Use Only in
Kwaine Thompson v. City of New York, et al
22 Civ. 1458 - S.D.N.Y.

5 D

**Phillips,**

| | |
|---|---|
| **To:** | Ministerial Services |
| **Cc:** | GRVCTC; DL - GRVC Management Staff |
| **Subject:** | REQUEST FOR ASSISTANCE |

Good morning,

Please be advised that Inmate Thompson, Kwaine 3491901450/07259661Q made a confidential allegation and is need of your assistance.

Thank you in advance

1

5€

CONFIDENTIAL

DEF02384



Joanna
Ceballos

Logout


EMPLOYEE
LOOKUP SERVICE

## Employee Details

**PALMER DEBBIE**

| Job Information | | Personal Information | |
|---|---|---|---|
| **Status:** | B - ACTIVE | **Home Phone:** | |
| **Agency Start Date:** | Mar 5, 2015 | **Address Line:** | |
| **Work Phone:** | | **City:** | |
| **Shield #:** | 267 | **State:** | |
| **ID Card #:** | | **Zip Code:** | |
| **Facility:** | GEORGE R. VIERNO CENTER | **DOB:** | |
| | | **Ethnicity:** | |
| **Job Title:** | CAPTAIN | **Blood Type:** | |
| **Rank Date:** | Sep 28, 2018 | **Driver's License #:** | |
| **Civil Serv Status:** | C - Permanent - Competitive | **Expiration Date:** | |
| **Pension #:** | 000001 | **Additional Information** | |
| **Pension Tier:** | 3K | | |

| | |
|---|---|
| **Employee #:** | |
| **SSN:** | |
| **Age:** | |
| **Gender:** | F |

Search for another employee | Back to search results | Print Page | Report Error

Employee Information is updated daily between 3 PM to 5 PM.

Copyright 2022 Department of Correction. ELS v2.0.APPS-P2

Confidential For Use Only In Simpson v. City of New York, et al

Kwaine T.

22 Civ. 1458

D.N.

https://webapps.doc.nycnet/employeelookup/pages/search/searchEmployeeList.jsf          4/19/2022

| Apr 20, 2022 | 1:23:49 PM | CASE LOOKUP |

○ All  ● Case  ○ Ref By [▼]

● Both  ○ Open  ○ Closed

○ UOF  ○ UOF-A  ○ UOF-B  ○ UOF-C
　　　　○ Unjustified  ○ Justified

○ Non-UOF

**Incident Date From:** [　] **To:** [　]
**Incident Time From:** [　] **To:** [　]
**Date Opened From:** [　] **To:** [　]
**Date Closed From:** [　] **To:** [　]
**Age [Months] From:** [　] **To:** [　]

**Type of Injury:** [▼]
**Location of Injury:** [▼]
**Inm/Compl. Name** [▼]
**Staff Name:** [PALMER, DEBBIE ▼]
**MOC Number:** [▼]

**Case No:** [　　▼]

☐ IRT ☐ MOC ☐ PDR ☐ Cell Extraction
☐ Allegation　　　　☐ Outside Camera Range
☐ Handcuffed at　　☐ Weapon Alleged
　Time of Incident　☐ Weapon Recovered
☐ ESU Staff　　　　☐ Supervisor on Scene
☐ Preliminary Review ☐ No Charges
☐ Involved Staff　　☐ Witness Staff
☐ Involved Inm/Compl. ☐ Witness Inm/Compl.

☐ **Invest:** [　　▼]
☐ **Superv:** [　　▼]
**Facility:** [　　▼]
**Area:** [　　▼]
**Location:** [　　▼]

**Type of Incident(s):** [▼]
**Or :** [▼]
**Or :** [▼]
**Staff SSN :** [▼]
**Inmate NYSID:** [▼]

Note: Click "Case No:", "Inmate:", or "Staff:" to search by specific Case Numbers, Inmate Names, or Staff Names.

**Lookup Results:** Your query found 1 record(s).

| Case # | Investigator | Date Opened | Date Closed | Date of Incident | Alleg. | Unjust. | Charge |
|--------|-------------|-------------|-------------|-----------------|--------|---------|--------|
| | | | | | | | |

**Assign. Investigator(s):** [　　]
**Assoc. MOC #(s):** [　　]
**Assoc. Refer #(s):** [　　]

| Clear All | Show Results! | Print Screen | Print Report | Investigations Menu | Main Menu |

Confidential For Use Only In Person v. City of New York, et al
Kwaine T.
22 Civ. 1458
D.N.

New York City Department of Correction
**Investigation Division**

**Detailed Investigative Action**

**Case: N1186/21**
**Investigator: Ceballos, #882**
**Report Date: 3/3/2022**

<u>CANVASS</u>
**Date: 12/19/2021**
**Timeframe:** approximately 1820 hours

A canvass of housing area 2A was conducted by Investigator Rolon #864 and Investigator Kriley #843:

TC count was three (3)

- Inmate W██████ A██████ B/C #████████ Stated he just wanted to watch the football game on tv and declined any further statement.
- Inmate Fo████ T████ B/C #████████ - Inmate was sleeping, no statement obtained.

1

9 A

**DEF02405**

New York City Department of Correction
**Investigation Division**

**Detailed Investigative Action**

**Case: N1186/21**
**Investigator: Ceballos, #882**
**Report Date: 1/12/2022**

**GENETEC REVIEW**
**Date: 12/18/2021**
**Timeframe:** 0100 – 0300 hours

On January 12, 2022, I, Investigator Ceballos, reviewed the following cameras in GRVC Main Clinic: 10.79, 76.172, 76.179, 76.155, 76.173, 76.154, 76.178, 76.180, 76.156, 76.181, 76.174, 76.175, 76.177 from December 18, 2021, from 0100 hours to 0300 hours

Review of the camera angles reflected the following pertinent information:

At about 0119 hours, camera angle 76.177 showed Inmate Thompson talking to Captain Palmer-Campbell and another male correctional officer. Camera angle 76.179 showed Inmate Thompson take a seat in the waiting area. Captain Palmer-Campbell is seen waiting by the door talking to the male CO. At 0121 hours, on camera angle 76.178 Captain Palmer-Campbell escorted Inmate Thompson out of the clinic area. Captain Palmer-Campbell does not touch Inmate Thompson. Camera angles 76.178, 76.180, 76.181, 76.155, 76.154, and 76.156 show Captain Palmer-Campbell escort Inmate Thompson out of the clinic and into the corridor. Inmate Thompson and Captain Palmer-Campbell appeared to engage in a conversation. At no point did Captain Palmer-Campbell touch Inmate Thompson or attempt to grab his crotch.

At 0123 hours, Inmate Thompson and Captain Palmer-Campbell exit the corridor.

1

CONFIDENTIAL

DEF02406

New York City Department of Correction
**Investigation Division**

**Detailed Investigative Action**

**Case: N1186/21**
**Investigator: Ceballos, #882**
**Report Date: 3/3/2022**

<u>**SECURUS REVIEW**</u>
**Date: 12/19/2021**
**Timeframe:** 12:34:18 – 12:40:17 hours

Investigator Ceballos #882 conducted a Securus review on December 19, 2021 and found the following call to be pertinent

<u>**Date**</u>: December 19, 2021
<u>**Time:**</u> 12:34:18 – 12:40:17
<u>**Site:**</u> George R. Vierno Center
<u>**Port Location:**</u> Bld 2A-2
<u>**Account#/Pin#:**</u> ██████████████
<u>**Synopsis:**</u>  Upon being connected to the 311 operator, Inmate Thompson stated his name and that he was in jail. Inmate Thompson stated that he wanted to report a sexual abuse claim. Inmate Thompson was then connected to another 311 operator and stated his book and case number, name, and the facility he was in. Inmate Thompson stated that Captain Palmer-Campbell asked to see his penis size and if he did not show it to her or have sex with her, he would not be able to get any programs. He would not be able to go to mental health, yard, or religious services if he did not satisfy her. The 311 operator gave Inmate Thompson the confirmation number and the call ended.

**\*The 311 call was placed using Inmate M██████, J██ (B&C:** ██████████**/NYSID:**
██████████ **Account/Pin number.\***

1

qC

Ceballos, ▮▮▮

| | |
|---|---|
| **From:** | Ceballos, ▮▮▮ |
| **Sent:** | Sunday, December 19, 2021 8:34 PM |
| **To:** | Hratko, ▮▮▮ |
| **Cc:** | Rolon ▮▮▮ Kriley, ▮▮▮ |
| **Subject:** | RE: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual' |
| **Attachments:** | Confidential Allegation; Separation Order |

**COD #PENDING (GRVC) Staff on Inmate Sexual Harassment: Victim: Thompson, Kwaine B&C: 3491901450/NYSID: 07289661Q (DOB: ▮▮▮/1974, DOA: 03/01/2019), Alleged Involved: Captain Debbie Palmer #267 (DOA: 3/5/2015)**
**Task ID: 137561**

==On December 19, 2021 at 1332 hours, SI Martinez request DOI Clearance. On December 19, 2021 at 1347 hours, DOI Clearance was provided by A. Walker.==

On December 19, 2021 at 1324 hours, DOC Service Desk notified ID of (Task ID: 137561) a confidential allegation made to 311 constituent services (EC-00390955) by Inmate Thompson, Kwaine B&C: 3491901450/NYSID: 07289661Q. The allegation was transcribed by the 311 operator as follows.

Message: "BC 3491901450 KWAINE THOMPSON George R. Vierno Center (GRVC) THAT CAPTAIN CAMPBELL ASKED TO SEE MY DICK SIZE. SHE SAID IF I DIDNT HAVE SEX WITH HER I WAOULDNT BE ABLE TO GO TO RELIGIOUS SERVICES, YARD, OR MENTAL HEALTH SERVICES."

Investigator Ceballos #882 conducted a Securus review and found the following call to be pertinent

**Securus Review**
**Date:** December 19, 2021
**Site:** George R. Vierno Center
**Port Location:** Bld 2A-2
**Account#/Pin#:** ▮▮▮
**Synopsis:** Upon being connected to the 311 operator, Inmate Thompson stated his name and that he was in jail. Inmate Thompson stated that he wanted to report a sexual abuse claim. Inmate Thompson was then connected to another 311 operator and stated his book and case number, name, and the facility he was in. Inmate Thompson stated that Captain Palmer-Campbell asked to see his penis size and if he did not show it to her or have sex with her, he would not be able to get any programs. He would not be able to go to mental health, yard, or religious services if he did not satisfy her. The 311 operator gave Inmate Thompson the confirmation number and the call ended.

**\*The 311 call was placed using Inmate M▮▮▮ J▮▮ (B&C: 3▮▮▮/NYSID: ▮▮▮) Account/Pin number.\***

**ELS**
A review of Employee Lookup System (ELS) showed that there is one (1) Captain in GRVC by the name of Debbie Palmer #267 and no Captains with the name Campbell or Palmer-Campbell.

1

10A

**DEF02408**

## IRS
A review of Incident Reporting System (IRS) showed that Inmate Thompson has been involved eight (8) Use of Force incidents during this incarceration period. The most recent one on December 8, 2021.

## Inmate Statement
On Sunday, 12/19/2021, Captain Richards dispatched Investigators Rolon #864 and Kriley #843 to interview Inmate Thompson. Upon arrival GRVC was in alarm status therefore investigators proceeded to housing area 2A. At 1745 hours Inmate Thompson agreed to provide a verbal statement, in sum and substance stated that while housed in VCBC around March 2021 he contracted an STD from an unknown officer he had sexual intercourse with. Inmate did not know the name of the officer only stating it was a female and that she was going around telling other officers that "he has a big dick, knows how to fuck and has a big package". Added that since being moved to GRVC he feels he is being targeted by other officers due to his previous "sexual encounter with that female officer". In specific Inmate Thompson alleges how there is a "Captain Palmer Campbell" who is denying him services such as no yard time, no religious services and no clinic appointments just because he would not "let her see it". Mentions how two (2) days ago, 12/17/21, he had a nose bleed around 945PM and advised the B post officer who then notified the A post. Inmate stated that a Captain was supposed to come escort him to the clinic, however, no one came so he set a fire in his cell. He was then escorted by this Captain Palmer-Campbell to the clinic where he was then advised by the doctor to see mental health for an apparent suicide attempt. He states that the Captain then wrote in the logbook that he refused and was escorted back to his housing area without him actually refusing. He then noted that while in that same clinic the Captain approached him to take him back at which point "she tried to grab his crotch but he pulled away", Thompson stated this occurred around 2AM and this was not the first time she tried to grab him. Further added that he has yet to see mental health in regard to that incident for setting the fire in his cell. Inmate Thompson did make note that he has previously spoken to ID PREA in regard to allegations he made about being targeted adding that he spoke with investigators about 3 to 4 weeks ago about it. Interview concluded at 1816 hours.

## Canvass
A canvass of housing area 2A was conducted:
TC count was three (3)
- Inmate Williams, Alexander B/C #1411801632- Stated he just wanted to watch the football game on tv and declined any further statement.
- Inmate Forrest, Trevor B/C #3492002023- Inmate was sleeping, no statement obtained.

## Investigative Actions
- Inmate Statement obtained
- Canvass
- Identifying Photographs obtained
- Housing area Logbook copies obtained
- Clinic log book copies obtained
- HIPPA declined
- HFH declined

**Note**: The above mentioned allegation is related to COD# 3721/21 already assigned to Inv. Saldarriaga. However, initial allegation did not have the alleged involved component to it. Therefore, this allegation will be called in under a separate COD#. (SEE ATTACHED FOR COD# 3721/21)

**Upon interviewing Inmate Thompson, PREA SI Hratko was notified of the statement provided to Investigators. He advised investigators to report the allegation to the facility/ call into COD.**

2

10 B

DEF02409

This allegation was reported to GRVCTC ADW Phillips via email and phone on 12/19/21 at 2030 hours, who was instructed to provide Inmate Thompson with medical, mental health, and ministerial services. Tour Commander was also instructed to report the allegation to COD.

**Separation Order generated.**

███ Ceballos #882
Investigator | Intelligence, Investigation and Trials Division
New York City Department of Correction
███

Socialize with us on **FB** | **Twitter** | **YouTube**
nyc.gov/doc



**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

**From:** Hratko, █████
**Sent:** Sunday, December 19, 2021 3:42 PM
**To:** Ceballos, █████
**Subject:** RE: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

ty

**From:** Ceballos █████
**Sent:** Sunday, December 19, 2021 3:42 PM
**To:** Hratko, █████
**Cc:** Martinez, █████
**Subject:** FW: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

**COD #PENDING (GRVC) Staff on Inmate Sexual Harassment: Victim: Thompson, Kwaine B&C: 3491901450/NYSID: 07289661Q (DOB: ███/1974, DOA: 03/01/2019), Alleged Involved: Unknown "Captain Campbell"**
**Task ID: 137561**

==On December 19, 2021 at 1332 hours, SI Martinez request DOI Clearance. On December 19, 2021 at 1347 hours, DOI Clearance was provided by A. Walker.==

On December 19, 2021 at 1324 hours, DOC Service Desk notified ID of (Task ID: 137561) a confidential allegation made to 311 constituent services (EC-00390955) by Inmate Thompson, Kwaine B&C: 3491901450/NYSID: 07289661Q. The allegation was transcribed by the 311 operator as follows.

Message: "BC 3491901450 KWAINE THOMPSON George R. Vierno Center (GRVC) THAT CAPTAIN CAMPBELL ASKED TO SEE MY DICK SIZE. SHE SAID IF I DIDNT HAVE SEX WITH HER I WAOULDNT BE ABLE TO GO TO RELIGIOUS SERVICES, YARD, OR MENTAL HEALTH SERVICES."

Investigator Ceballos #882 conducted a Securus review and found the following call to be pertinent

**Securus Review**
**Date:** December 19, 2021

3

**Site:** George R. Vierno Center
**Port Location:** Bld 2A-2
**Account#/Pin#:** ▮▮▮▮▮▮▮

**Synopsis:** Upon being connected to the 311 operator, Inmate Thompson stated his name and that he was in jail. Inmate Thompson stated that he wanted to report a sexual abuse claim. Inmate Thompson was then connected to another 311 operator and stated his book and case number, name, and the facility he was in. Inmate Thompson stated that Captain Palmer-Campbell asked to see his penis size and if he did not show it to her or have sex with her, he would not be able to get any programs. He would not be able to go to mental health, yard, or religious services if he did not satisfy her. The 311 operator gave Inmate Thompson the confirmation number and the call ended.

**\*The 311 call was placed using Inmate M▮▮▮▮, J▮ B&C:▮▮▮▮▮/NYSID: ▮▮▮▮▮) Account/Pin number.\***

---

**ELS**
A review of Employee Lookup System (ELS) showed that there is one (1) Captain in GRVC by the name of Debbie Palmer #267 and no Captains with the name Campbell or Palmer-Campbell.

**IRS**
A review of Incident Reporting System (IRS) showed that Inmate Thompson has been involved eight (8) Use of Force incidents during this incarceration period. The most recent one on December 8, 2021.

▮▮▮ Ceballos #882
Investigator | Intelligence, Investigation and Trials Division
New York City Department of Correction

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**



**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

---

**From:** Ceballos, ▮▮▮▮▮
**Sent:** Sunday, December 19, 2021 2:42 PM
**To:** Martinez, ▮▮▮▮▮▮
**Subject:** RE: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

**COD #PENDING (GRVC) Staff on Inmate Sexual Harassment; Victim: Thompson, Kwaine B&C: 3491901450/NYSID: 07289661Q (DOB: 12/30/1974, DOA: 03/01/2019), Alleged Involved: Unknown "Captain Campbell"**

**Task ID: 137561**

▮▮▮ Ceballos #882
Investigator | Intelligence, Investigation and Trials Division
New York City Department of Correction

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**

4

10 D

CONFIDENTIAL                                    DEF02411



**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

**From:** Martinez, ███████████████████
**Sent:** Sunday, December 19, 2021 2:28 PM
**To:** Ceballos, ████████████████████
**Cc:** Hratko ████
**Subject:** FW: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

Please prepare heading for now and provide SI Hratko with the complete background.

Thank you,

██ Martinez
Administrative Investigator
ID PREA/Arrest Team Supervisor
Intelligence, Investigation and Trials Division - GMDC
NYC Department of Correction ██████████████

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**

**From:** ███████ Walker ████████████████
**Sent:** Sunday, December 19, 2021 1:47 PM
**To:** Martinez ████████████████████ Mangini ████████████
**Cc:** DL - ID PREA Supervisors ████████████
**Subject:** Re: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

Good Afternoon,

ID is cleared to proceed with the preliminary investigation. Please keep us updated of your findings. If you discover any criminal activity, you must immediately inform DOI's Duty Team. Please be mindful of the sexual allegation the complainant stated and make notification of any additional information received.

Thank you.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Martinez, ████████████████████
**Sent:** Sunday, December 19, 2021 1:32:07 PM
**To:** ███████ Walker' ████████████████████ Mangini ████████████
**Cc:** DL - ID PREA Supervisors ████████
**Subject:** FW: A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

5

**CONFIDENTIAL**                    **DEF02412**

Please advise if ID is cleared to proceed with below allegation.

Thank you,

█████ Martinez
Administrative Investigator
ID PREA/Arrest Team Supervisor
Intelligence, Investigation and Trials Division - GMDC
NYC Department of Correction
███████████████████████

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**

**From:** Service Desk ████████████████████
**Sent:** Sunday, December 19, 2021 1:24 PM



**CONFIDENTIAL**                    **DEF02413**

**Subject:** A new task titled 'ID (SEXUAL)' has been assigned to your group 'Constituent - ID Sexual'

Dear User,

A new task titled ID (SEXUAL) has been assigned to your group 'Constituent - ID Sexual'. The task is scheduled to start on Dec 19, 2021 12:00 AM and end on Dec 31, 2021 11:59 PM. A few details about the task is given below,

Task ID: 137561
Priority: Normal
Description: Good day Investigation Division,

The Office of Constituent and Grievance Services (OCGS) is in receipt of the below grievance/correspondence from person in custody Thompson, Kwaine 349-19-01450 (GRVC). Please advise if your office will be handling this complaint. A formal response is due on December 31, 2021.

Please see below.

Thank you,

Office of Constituent and Grievance Services

Your City of New York - CRM Correspondence Number is EC-00390955

DATE RECEIVED: 12/19/2021 12:39:28

DATE DUE: 01/02/2022 12:39:28

SOURCE: 3-1-1 Call Center

RELATED SR# OR CASE#: N/A

EMPLOYEE NAME OR ID#: N/A

DATE/TIME OF INCIDENT:

7

106

DEF02414

LANGUAGE NEED:

ADDRESS : N/A

The e-mail message below was submitted to the City of New York via NYC.gov or the 311 Call Center. It is forwarded to your agency by the 311 Customer Service Center. In accordance with the Citywide Customer Service standard, your response is due in 14 calendar days.

Message Type:

Topic: Other

First Name:

Last Name:

Organization:

Apartment Number:

Street Address:

City:

State:

8

10 A

CONFIDENTIAL

DEF02415

Postal Code:

Country:

Work Phone #:

Email Address: N/A

Message: BC 3491901450 KWAINE THOMPSON George R. Vierno Center (GRVC) THAT CAPTAIN CAMPBELL ASKED TO SEE MY DICK SIZE. SHE SAID IF I DIDNT HAVE SEX WITH HER I WAOULDNT BE ABLE TO GO TO RELIGIOUS SERVICES, YARD, OR MENTAL HEALTH SERVICES.

This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

Refer the task for more details: http://servicedesk-p1/TaskDetails.cc?TASKID=137561

**Please do not reply to this automated message**

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

9

Confidential - For Use Only in DNV. v. City of New York, et al.

Kwaine T.

22 Civ. 1458

Ceballos, ███

| | |
|---|---|
| **From:** | Barreto, ███ |
| **Sent:** | Wednesday, December 22, 2021 4:37 PM |
| **To:** | Ceballos ███ |
| **Subject:** | 3875/21 |

. **COD #3875/21 (GRVC) Staff on Inmate Sexual Harassment; Victim: Thompson, Kwaine B&C:
3491901450/NYSID: 07289661Q (███/1974, DOA: 03/01/2019), Alleged Involved: Unknown
"Captain Campbell"**
Task ID: 137561

On 12/19/2021 SI Martinez requested DOI clearance at 1332 hours. DOI clearance was provided by A.
Walker at 1347 hours on 12/19/21

Message: BC 3491901450 KWAINE THOMPSON George R. Vierno Center (GRVC) THAT CAPTAIN
CAMPBELL ASKED TO SEE MY DICK SIZE. SHE SAID IF I DIDNT HAVE SEX WITH HER I
WAOULDNT BE ABLE TO GO TO RELIGIOUS SERVICES, YARD, OR MENTAL HEALTH SERVICES.

Investigator Ceballos #882 conducted a Securus review and found the following call to be pertinent.

**Securus Review**
**Date:** December 19, 2021
**Site:** George R. Vierno Center
**Port Location:** Bld 2A-2
**Account#/Pin#**███
**Synopsis:** Upon being connected to the 311 operator, Inmate Thompson stated his name and that he was in jail.
Inmate Thompson stated that he wanted to report a sexual abuse claim. Inmate Thompson was then connected
to another 311 operator and stated his book and case number, name, and the facility he was in. Inmate
Thompson stated that Captain Palmer-Campbell asked to see his penis size and if he did not show it to her or
have sex with her, he would not be able to get any programs. He would not be able to go to mental health, yard,
or religious services if he did not satisfy her. The 311 operator gave Inmate Thompson the confirmation number
and the call ended.

**\*The 311 call was placed using Inmate M███, J██ (B&C: ███/NYSID: ███
Account/Pin number.\***

**ELS:** A review of Employee Lookup System (ELS) showed that there is one (1) Captain in GRVC by the name
of Debbie Palmer #267 and no Captains with the name Campbell or Palmer-Campbell

**IRS:** A review of Incident Reporting System (IRS) showed that Inmate Thompson has been involved eight (8)
Use of Force incidents during this incarceration period. The most recent one on December 8, 2021.

**Inmate Statement**
On Sunday, 12/19/2021, Captain Richards dispatched Investigators Rolon #864 and Kriley #843 to interview
Inmate Thompson. Upon arrival GRVC was in alarm status therefore investigators proceeded to housing area
2A. At 1745 hours Inmate Thompson agreed to provide a verbal statement, in sum and substance stated that
while housed in VCBC around March 2021 he contracted an STD from an unknown officer he had sexual
intercourse with. Inmate did not know the name of the officer only stating it was a female and that she was

1

100

going around telling other officers that "he has a big dick, knows how to fuck and has a big package". Added that since being moved to GRVC he feels he is being targeted by other officers due to his previous "sexual encounter with that female officer". In specific Inmate Thompson alleges how there is a "Captain Palmer Campbell" who is denying him services such as no yard time, no religious services and no clinic appointments just because he would not "let her see it". Mentions how two (2) days ago, 12/17/21, he had a nose bleed around 945PM and advised the B post officer who then notified the A post. Inmate stated that a Captain was supposed to come escort him to the clinic, however, no one came so he set a fire in his cell. He was then escorted by this Captain Palmer-Campbell to the clinic where he was then advised by the doctor to see mental health for an apparent suicide attempt. He states that the Captain then wrote in the logbook that he refused and was escorted back to his housing area without him actually refusing. He then noted that while in that same clinic the Captain approached him to take him back at which point "she tried to grab his crotch but he pulled away", Thompson stated this occurred around 2AM and this was not the first time she tried to grab him. Further added that he has yet to see mental health in regard to that incident for setting the fire in his cell. Inmate Thompson did make note that he has previously spoken to ID PREA in regard to allegations he made about being targeted adding that he spoke with investigators about 3 to 4 weeks ago about it. Interview concluded at 1816 hours.

<u>Canvass</u>
A canvass of housing area 2A was conducted:
TC count was three (3)
- ████████████████████████████ Stated he just wanted to watch the football game on tv and declined any further statement.
- ████████████████████████ - Inmate was sleeping, no statement obtained.

<u>Investigative Actions</u>
- Inmate Statement obtained
- Canvass
- Identifying Photographs obtained
- Housing area Logbook copies obtained
- Clinic log book copies obtained
- HIPPA declined
- HFH declined

<u>Note</u>: The above mentioned allegation is related to <mark>COD# 3721/21</mark> already assigned to Inv. Saldarriaga. However, initial allegation did not have the alleged involved component to it. Therefore, this allegation will be called in under a separate COD#. (SEE ATTACHED FOR <mark>COD# 3721/21</mark>)

**Upon interviewing Inmate Thompson, PREA SI Hratko was notified of the statement provided to Investigators. He advised investigators to report the allegation to the facility/ call into COD.**

**This allegation was reported to GRVCTC ADW Phillips via email and phone on 12/19/21 at 2030 hours, who was instructed to provide Inmate Thompson with medical, mental health, and ministerial services. Tour Commander was also instructed to report the allegation to COD.**

Separation Order generated.

ASSIGNED TO INV. CEBALLOS

███ Barreto, M.P.A., Cert. E.M.
Supervising Investigator #936 | Intelligence, Investigation and Trials Division
New York City Department of Correction

2

10ħ

 DEF02418

**Ceballos** ▮▮▮▮▮

| | |
|---|---|
| **From:** | Ceballos, ▮▮▮ |
| **Sent:** | Sunday, December 19, 2021 8:31 PM |
| **To:** | DL - TC, GRVC |
| **Cc:** | Hratko ▮▮▮▮ Rolon ▮▮▮ Kriley ▮▮▮ DL - ID PREA Supervisors |
| **Subject:** | Confidential Allegation |

**Importance:** High

**Please Call this allegation into COD and provide inmate (victim) with mandated services.**

Staff on Inmate Sexual Harassment
Date: 12/17/2021
Time: 0200 hours
Location: GRVC Clinic
Victim: Thompson, Kwaine B&C: 3491901450/NYSID: 07289661Q
Alleged Involved: Captain Debbie Palmer #267
Synopsis: Inmate Thompson alleged that he was sexually harassed by Captain Palmer
DOI Clearance: A. Walker

<u>Please acknowledge receipt of the email.</u>

▮▮▮▮ **Ceballos #882**
Investigator | Intelligence, Investigation and Trials Division
New York City Department of Correction
▮▮▮▮▮

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**



**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

1

## Ceballos █████████

| | |
|---|---|
| **From:** | Ceballos, ████████ |
| **Sent:** | Sunday, December 19, 2021 8:33 PM |
| **To:** | Stukes, ████ White ████████ Feeney ████ Mills, ████ Rogers, ████; Vasquez, ████ Taylor, |
| **Cc:** | Hratko, ████ Rolon ████ Kriley, ████ DL - TC, GRVC; DL - ID PREA Supervisors |
| **Subject:** | Separation Order |
| | |
| **Importance:** | High |

Good Evening,

Please ensure that the below – mentioned parties are separated. Thank you.

**COD #PENDING (GRVC) Staff on Inmate Sexual Harassment; Victim: Thompson, Kwaine B&C; 3491901450/NYSID: 07289661Q (DOB: ████ 974, DOA: 03/01/2019), Alleged Involved: Captain Debbie Palmer #267 (DOA: 3/5/2015)**



█████ Ceballos #882
Investigator | Intelligence, Investigation and Trials Division
New York City Department of Correction

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**

**CITY OF NEW YORK
DEPARTMENT OF CORRECTION**

1

CONFIDENTIAL

**Ceballos,** ███████

| | |
|---|---|
| **From:** | Ceballos,███ |
| **Sent:** | Wednesday, December 22, 2021 6:52 PM |
| **To:** | DL - ID INTAKE VIDEO |
| **Subject:** | Genetec Request Form |
| **Attachments:** | Genetec Request Form.doc |

Good Evening,

Please find attached Genetec Video Request form for COD: 3875/21.

███████ **Ceballos #882**
Investigator | Intelligence, Investigation and Trials Division
New York City Department of Correction

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**



**CITY OF NEW YORK
DEPARTMENT OF CORRECTION**

1

10 N

**Ceballos,** ████

| | |
|---|---|
| **From:** | Smith ████ |
| **Sent:** | Wednesday, December 29, 2021 2:14 PM |
| **To:** | Ceballos ████ |
| **Cc:** | DL - ID INTAKE VIDEO |
| **Subject:** | COD# 3875-21 UPLOADED |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Day,

Your video request for UOF #3875-21 was completed and uploaded into the Investigation Video Files.

If you have any questions or concerns, feel free to reach out.

Important: Please examine Genetec video for accuracy as soon as you receive notification that it has been completed and uploaded into the Investigation Video Files.

Best,

████ **Smith**
Investigator | Investigation & Trials Division
New York City Department of Correction
████

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**

**IMPORTANT NOTICE: This e-mail and any attachments may contain confidential or sensitive information which is, or may be, legally privileged or otherwise protected by law from further disclosure. It is intended only for the addressee(s). If you received this in error or from someone who was not authorized to send it to you, please do not distribute, copy or use it or any of its attachments. Please notify the sender immediately by reply e-mail and delete this from your system. Thank you for your cooperation.**

1

Confidential For Use Only in pson v. City of N w York, et al D.N. Kwaine T 22 Civ. 1458

**Ceballos,** ▮▮▮▮

| | |
|---|---|
| **From:** | Ceballos, ▮▮▮ |
| **Sent:** | Wednesday, February 23, 2022 1:32 PM |
| **To:** | Palmer-Campbell, Debbie |
| **Subject:** | FW: 600 Ordered Report |
| **Attachments:** | COD 3875-21 Staff report request - Captain Palmer-Campbell.pdf |

**Importance:**       High

Good Afternoon Captain,

I am following up on the status of this 600AR report.

Please advise at your earliest convenience.

Thank you for your assistance in this matter

▮▮▮▮ **Ceballos #882**
Investigator | Investigation Division
New York City Department of Correction
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**



**CITY OF NEW YORK
DEPARTMENT OF CORRECTION**

**From:** Ceballos, ▮▮▮▮
**Sent:** Tuesday, February 8, 2022 2:32 PM
**To:** DL - TC, GRVC ▮▮▮▮▮▮▮▮▮▮ Palmer-Campbell, Debbie ▮▮▮▮▮▮▮
Rene, ▮▮▮▮▮▮▮▮
**Subject:** 600 AR Ordered Report
**Importance:** High

Good Afternoon,

Pursuant to COD 3875/21, Captain Palmer-Campbell, Debbie #267  (DOA: 03/05/2015) has been identified as a subject to a confidential PREA allegation. Specifically, it was alleged that Captain Palmer-Campbell sexually harassed Inmate Thompson, Kwaine B&C#:3491901450/NYSID: 07289661Q. Please have the aforementioned staff member submit a **legible** hand written **or typed** 600AR in regards to this allegation. All specific questions that need to be answered are attached in this email and shall be provided to the aforementioned staff members as reference. This report shall be submitted no later than ==1500h on 02/15/2022.==

▮▮▮▮ **Ceballos #882**
Investigator | Investigation Division
New York City Department of Correction
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**

1

Kwaine Thompson v. City of New York, et al
22 Civ. 1458 JPO KHP — N.Y. — Confidential — For Use Only in

**Ceballos,** ▓▓▓▓

| | |
|---|---|
| **From:** | Lugo, ▓▓▓▓ |
| **Sent:** | Thursday, March 10, 2022 1:39 PM |
| **To:** | Ceballos, ▓▓▓▓ |
| **Cc:** | DL - TC, GRVC; Lindsay-Smith ▓▓▓▓ Gustave, ▓▓▓▓ Palmer-Campbell, Debbie |
| **Subject:** | RE: Captain Palmer #267 - Return to Work |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Good afternoon,

Please be advised Captain Palmer is still out sick.

CC: Personal staff, for further information.

▓▓▓ *Lugo*
*Administrative Assistant | Tour Commander's Office (GRVC)*
*New York City Department of Correction*

*Belgica.lugo@doc.nyc.gov*

**From:** Ceballos, ▓▓▓▓
**Sent:** Thursday, March 10, 2022 1:12 PM
**To:** DL - TC, GRVC ▓▓▓▓
**Subject:** Captain Palmer #267 - Return to Work
**Importance:** High

Good Afternoon,

I am following up on Captain Palmer's return to work. I was told last week that she is currently out on sick leave with no return date. Is there an update on when she will be back to work ?

Please advise at your earliest convenience.

▓▓▓ **Ceballos #882**
Investigator | Investigation Division
New York City Department of Correction

Socialize with us on **FB** | **Twitter** | **YouTube**
**nyc.gov/doc**


**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

1

**CONFIDENTIAL**                    **DEF02424**