USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

22-CV-1458 (JPO) (KHP)

**DISCOVERY ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the Case Management Conference on June 24, 2024:

Discovery is reopened for 60 days. By **Monday, July 8, 2024**, Plaintiff's counsel shall serve on Defendants discovery requests that are tailored to facts relevant to the motion for summary judgment. Defendants shall respond to the discovery requests by **Monday, July 29, 2024**.

The parties shall file a status letter with the Court by **Thursday, August 8, 2024**, informing the Court what has been produced and whether additional discovery is needed or whether any supplemental briefing on the motion for summary judgment is requested based on the discovery.

**The Clerk of Court is requested to mail a copy of this order to Plaintiff.**

Dated: June 25, 2024
      New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge