USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___07/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>              Plaintiff,<br><br>-against-<br><br><br>   LEMON et al.,<br><br>              Defendants.<br>_____<br><br>KWAINE THOMPSON,<br><br>              Plaintiff,<br><br>-against-<br><br><br>   CITY OF NEW YORK et al.,<br><br><br>              Defendants. | **23-CV-2102 (JPO) (KHP)**<br><br><br><br><br><br><br><br>**22-CV-1458 (JPO) (KHP)**<br><br><br><br>**ORDER SCHEDULING CASE**<br>**MANAGEMENT CONFERENCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

These related actions are hereby scheduled for a case management conference, via telephone, in accordance with Fed. R. Civ. P. 16 on **Wednesday, September 4, 2024 at 12:00 p.m.**

It is hereby **ORDERED** that the Warden or other official in charge of the Collins Correctional Facility produce plaintiff **Kwaine Thompson., DIN #23B0962, on September 4, 2024, no later than 12:00 p.m.,** to a suitable location within the Collins Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-

0234.

The Parties are directed to review Judge Parker's Individual Rules of Practice in Civil Cases.  Plaintiff is directed to complete the Proposed Case Management Plan for Pro Se Plaintiffs and mail it to The Honorable Katharine H. Parker, U.S. District Court, 500 Pearl Street Room 750, New York, New York 10007 one week before the scheduled conference.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Collins Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: July 17, 2024
New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge

2