UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024
```

KWAINE THOMPSON,

                             Plaintiff,

-against-

CITY OF NEW YORK et al.,

                            Defendants.

**22-CV-1458 (JPO) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      As discussed as the Case Management Conference on September 4, 2024, the existing deadlines with respect to the pending summary judgment motion remain in place.

      If the parties are interested in settlement in either this case or the related case (23-CV-2102), they can request a settlement conference by filing a letter on the docket.

      **The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: September 4, 2024
       New York, New York

SO ORDERED.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge