USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

22-CV-1458 (JPO) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

On October 16, 2024, Plaintiff filed a letter requesting a pre-motion conference to address outstanding discovery disputes. (ECF No. 147.) On October 25, 2024, Defendants responded to Plaintiff's letter indicating that Plaintiff did not attempt to meet and confer on several of the outstanding disputes before bringing them to the Court's attention. (ECF No. 150.) The parties are directed to meet and confer on the topics raised in Plaintiff's letter and file a status letter with the Court by **November 4, 2024**, updating the Court on the status of the remaining discovery disputes, if any.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 147**.

Dated: October 28, 2024
       New York, New York

                              SO ORDERED.

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge