

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2024

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

October 31, 2024

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Defendants' request is GRANTED. The parties shall file the status letter by **November 18, 2024**, detailing the remaining discovery disputes, if any.
>
> SO ORDERED:
> /s/ Katharine H. Parker  11/1/2024
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

Re:  Kwaine Thompson v. City of New York, et al.
      22 Civ. 1458 (JPO) (KHP)

Your Honor:

      I am a Senior Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City of New York, Katrese Brumfield, Jessica Simmons, Debbie Palmer-Campbell, Tiffany Francis, Chandra Davis, and Tony Montague ("defendants") in the above-referenced matter. The defendants write to respectfully request a two-week extension of time, from November 4, 2024 until November 18, 2024, for the parties to submit a joint status letter discussing "remaining discovery disputes, if any." *See* Dkt. No. 151, Order, October 28, 2024. This is defendants' first such request to extend the deadline of this status letter, and plaintiff's counsel has no objection to this request. This request does not affect any other Court deadlines.

      By way of background, on October 28, 2024, the Court denied plaintiff's October 16, 2024 Motion to Compel, directing the parties to "meet and confer on several outstanding disputes before bringing them to the Court's attention." *Id.* The Court also instructed the parties to submit a joint status letter by November 4, 2024, "updating the Court on the status of the remaining discovery disputes, if any." *Id.*

      On October 30, 2024, the parties met and conferred regarding several topics of discovery, and are working towards resolutions. However, I will be out of the office from November 4, 2024 until November 12, 2024 on previously scheduled leave. The defendants respectfully request this additional two-week period to account for my absence and also to allow the parties time to attempt to resolve their discovery disputes in an effort to avoid Court intervention.

2

Accordingly, the defendants respectfully request a two-week extension of time, from November 4, 2024 until November 18, 2024, for the parties to submit a joint status letter regarding discovery disputes, if any.

The defendants thank the Court for its consideration.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc:  **By ECF:**
Sami Elamad, Esq.
*Attorney for Plaintiff*