```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

-against-

                22-CV-1458 (JPO) (KHP)

CITY OF NEW YORK et al.,

                ORDER

                Defendants.

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      The Court is in receipt of Defendants' request for an extension to file a status letter. Defendants' request is GRANTED. The parties shall file a joint status letter by **December 18, 2024**, identifying for the Court the remaining discovery disputes, if any. That letter should also inform the Court whether the parties are interested in scheduling a settlement conference.

      In addition, a Case Management Conference is hereby scheduled for **January 21, 2025 at 2:00 p.m. It is hereby ORDERED that the Warden or other official in charge of the Marcy Correctional Facility produce plaintiff Kwaine Thompson., DIN #23B0962, on January 21, 2025, no later than 2:00 p.m., to a suitable location within the Marcy Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Marcy Correctional Facility to arrange the call and determine**

the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at 646-453-4442, conference ID: 446 801 453, with the plaintiff on the line, at the time and date of the conference.

The Clerk of Court is requested to mail a copy of this order to Plaintiff and to terminate the motion at ECF No. 155.

Dated: November 19, 2024
         New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge