UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2024
```

KWAINE THOMPSON,

                  Plaintiff,

-against-

                  **22-CV-1458 (JPO) (KHP)**

CITY OF NEW YORK et al.,

                  **ORDER**

                  Defendants.

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      On November 18, 2024, Defendants filed a letter requesting an extension of time for the parties to submit a joint status letter regarding outstanding discovery disputes. (ECF No. 155.) Although Defendants represented that Plaintiff "does not take any position" on the request, Plaintiff now appears to take a position, and seeks to file a response to Defendants' request that would include the filing of certain documents under seal that are designated confidential under the parties' existing confidentiality order. (ECF No. 156.) By **Friday, November 22, 2024,** Plaintiff shall file a response to Defendants' letter at ECF No. 155, as well as a letter motion for approval of sealed filings, in compliance with the undersigned's Individual Rules.

Dated: November 20, 2024
       New York, New York

                                        SO ORDERED.

                                        */s/ Katharine H. Parker*
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge