UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/5/2024___
```

KWAINE THOMPSON,

                                        Plaintiff,

-against-


    CITY OF NEW YORK et al.,


                                        Defendants.

**22-CV-1458 (JPO) (KHP)**


**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

        As discussed as the Case Management Conference on December 5, 2024, the deadline

for discovery in connection with the Defendants' pending motion for summary judgment is

extended to **December 18, 2024**.  Further extension requests will not be granted.

        In addition, by **January 3, 2025**, Plaintiff may file a supplemental brief of five pages or

less regarding how the supplemental discovery impacts evaluation of the summary judgment

motion as to the negligent hiring and supervision claims.

        **The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**


Dated: December 5, 2024
       New York, New York

                                SO ORDERED.

                                _Katharine H Parker_

                                _____
                                KATHARINE H. PARKER
                                United States Magistrate Judge