TO: Pro-Se Intake Unit  
Southern district of N.Y.

22-CV-1458
23-CV-2102
21-CV-10371    12/11/24

FROM: Kwaine Thompson   DIN# 23B0962

Marcy Corr Facility  
Box 3600  
Marcy, NY, 13403



TO: Judge Katherine Parker

I writing to know what happened to my dec, 8th Telephone confrence? And in court order was given for a Reschedulement?

Also the Mediator did she contact this court? Her name is Rebecca, my pro-bono attorney Sami Elamad said she works for Will d McDermot not really sure of the firm.

Thanks!

Sincerley

K. Thompson  
23B0962

P.S  
I still Haven't got my Hearing Aids Replaced even though I got fitted for a pair 6 months ago.

Revised (7/11)
COPY LOCALLY
AS NEEDED

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
REQUEST FOR REASONABLE ACCOMMODATION

__Marcy__ Correctional Facility

Inmate's Name: **Kwaine Thompson**   DIN#: **23B0962**   Date: **11/8/24**    C-1-32

**INMATE'S REQUEST**

I request reasonable accommodation to participate in the following program and/or service: **TTY Phone**

I am limited in my ability to (explain disability or limitation): **Hard of Hearing D.O.C.C.S lost my Hearing Aids when they lost my property on 9/10/24**

The accommodation requested is: **TTY Phone**

(Sign and forward to the Deputy Superintendent for Program Services) Inmate's Signature: **K. Thompson**

**REC'D BY DSP**

(DSP Name): **C. Spina**   (Signature): **C. Spina A/DSP**   Date: **11-8-24**

**MEDICAL VERIFICATION**

Disability: **Asthma**

Functional limitations: **None**

No medical verification is on file. Follow-up appointment scheduled?  [X] yes  [ ] no

Date inmate notified of pending medical evaluation/consult: **11/15/24**

(Medical staff name - title) (Signature) Date

**REASONABLE ACCOM. DETERMINATION**

The above requested reasonable accommodation has been: [ ] Approved  [ ] Modified  [X] Denied

The specific accommodations approved are: **pending determination of audiologist evaluation.**

Explanation of modification or denial: **resubmit request upon completion of audiologist evaluation.**

(Inmate's Signature) (DSP or designee Signature) Date: **11/26/24**

**INMATE RECEIPT**

[ ] I agree  [X] I disagree with this determination.

I understand my right to file a grievance in accordance with Directive #4040, "Inmate Grievance Program"

Signature: **K.T.**   Date: **11/27/24**

Original - Guidance Folder
Copies - Inmate, Superintendent, Medical, Parole, ADA Coordinator (Central Office)

MARCY CORRECTIONAL FACILITY
BOX 3600
MARCY, N.Y. 13403-3600

NAME: John Acker    DIN: 24B2405

RECEIVED
DEC 13
PRO SE OFFICE

ROCHESTER NY 144
14 DEC 2024 PM 3 L

Pro-Se Intake Unit
Southern District Federal court SDNY
500 pearl st
Newyork, NY 100 3