TO: Pro-Se Intake Unit / Katherine H. Parker (JPO)

FROM: Kwaine Thompson

Kwaine Thompson DIN:23B0962
Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403-3600



RECEIVED DEC 19 2024 PRO SE OFFICE

---

Dates Jan 21, 2025 and Jan, 27, 2025 and Feb, 3, 2025, can you plz explain what these 3 court appearances have to do with the Global Settlment i'm seeking for all my federal civil cases I have pending?

I'm Requesting a Global settlment in the amount of $750,000 through Sami Elamad from the Atlantic foundation, His phone number is 646-685-3954. In all my complaints against Riker's Island and it's officials my case can be proven through video footage, is the main reason i'm asking for this Global settlement. Can you please send me a court date where it will be strictly about this Global settlement opportunity?

Thanks

Sincerely K. Thompson

**MARCY CORRECTIONAL FACILITY**
BOX 3600
MARCY, N.Y. 13403-3600

NAME: John Adger  DIN: 24B2405

USM P3 SDNY

LEGAL MAIL

The Southern district federal court
500 Pearl St
New York NY

Marcy NEOPOST 12/16/2024 FIRST-CLASS MAIL
US POSTAGE $000.69
041L125987

Pro-se intake
Correctional Facility

RECEIVED NOV 13
PRO SE OFFICE

1000753315 0085