UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
KWAINE THOMPSON,
                              Plaintiff,

-against-


    CITY OF NEW YORK et al.,


                              Defendants.
-----------------------------------------------------------
KWAINE THOMPSON,
                              Plaintiff,

-against-


    LEMON, et al.,


                              Defendants.
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED:___12/30/2024___**

**22-CV-1458 (JPO) (KHP)**

**23-CV-2102 (JPO) (KHP)**

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A telephonic Case Management Conference in these matters is hereby scheduled

for **Thursday, January 23, 2025 at 12:30 p.m.**

It is hereby **ORDERED** that the Warden or other official in charge of the Marcy

Correctional  Facility produce plaintiff **Kwaine Thompson., DIN #23B0962, on January 23, 2025,**

**no later than 12:30 p.m.,** to a suitable location within the Marcy Correctional Facility that is

equipped with a telephone, for the purpose of participating by telephone in a conference with

the Court **and defendants' counsel**.  If the scheduled time and date presents a hardship, the

Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact

the Mid-State Correctional Facility to arrange the call and determine the telephone number at

which the plaintiff will be reachable at the above time and date; and (3) telephone Judge

Parker's teleconference line at **(646) 453-4442, ID:467 434 709#**, with the plaintiff on the line,

at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: December 30, 2024
        New York, New York

                                SO ORDERED.

                                _____
                                KATHARINE H. PARKER
                                United States Magistrate Judge