To: Pro-Se Intake Unit    22-CV-1458    12/29/24
    Judge: Katherine H. Parker

From: Kwaine Thompson  Din# 23B0962
      Marcy, Corr. Facility.



RECEIVED
JAN 06 2025
PRO SE OFFICE

I'm writing to you in hopes that those 3
case will come to a conclusion this coming year
with a settlement of 750,000 on Jan, 20th 2025
If not i'm ready to go to trial. Again the
Main part is the video. You know my allegations!
And the videos will prove every part of my
cases. So for Riker's or the city not too
Release the videos is proof enough that
they did me wrong while I was on
Riker's Island. Is it in your power to
get those cases over with Judge Parker? Because
I have criminal matters ongoing that requires
my full attention.

P.S
Please Respond                    Thanks Sincerely
  If you can.
Or do a legal                     Kwaine Thompson
      Call.                       Din# 23B0962
      Thanks God bless!
      Happy New Year.

Kwaine Thompson
Din# 23B0962
Marcy, corr, Facility
P.O. box 3600
Marcy, NY, 13403

RECEIVED
JAN 0 6 2025
PRO SE OFFICE

The U.S Southern district court
500 pearl st
NY, NY, 10013

SYRACUSE NY 130
Marcy
31 DEC 2024 PM 22?1/202?
US POSTAGE NEOPOST
000.89?
Correctional Facility
Pro se
Inmate Unit 3403
0411250879
HAPPY Holidays

USPS
FIRST CLASS
MAIL
legal

10007-133099