UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>                              Plaintiff,<br><br>-against-<br><br><br>CITY OF NEW YORK et al.,<br><br><br>                              Defendants. | **22-CV-1458 (JPO) (KHP)**<br><br>**POST-CONFERENCE ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the Case Management Conference on January 23, 2025, in connection with the outstanding motion to seal, the City shall file a letter by **February 6, 2025** with revised proposed redactions of the Department of Correction PREA Report. The City's letter should explain how the proposed redactions are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: January 23, 2025
         New York, New York

                                             SO ORDERED.

                                             _____
                                             KATHARINE H. PARKER
                                             United States Magistrate Judge