TO: Clerk of court - Pro-se Intake Unit  2/5/25
Katherine Parker.

FROM: Kwaine Thompson
DIN# 23B0962
Greenhaven Correctional Facility.
P.O. box 4000
Stormville, NY, 12582

22-CV-1458
23-CV-2102
21-CV-10371

RECEIVED FEB 10 2025 U.S.D.C. W.P.

I'm writing to inform this court of my change of address, as written above. I also want to know what is my deadline for my opposition to dismiss motion must be filed by? Also can federal attorney Sami Elamad of the Atlantic Foundation file this opposition motion to dismiss for me?

Also can you tell me exactly what is my Mediator Rebecca is doing to settle my case? Her firm is McDermont Will & Emery, One Vanderbilt, NY, NY.

Thanks send me an update ASAP and Responses to these questions.

P.S
Global settlement of $750,000 is it still on the Table?

Sincerely
Kwaine Thompson
DIN# 23B0962

Kwaine Thompson Din# 23B0162
GREEN HAVEN CORRECTIONAL FACILITY
594 ROUTE 216
STORMVILLE, NY 12582

RECEIVED
FEB 10 2025
U.S.D.C.
W.P

Clerk of court Pro-Se Intake unit
United States district court
Southern district of NewYork
Charles L. Briant. JR
300 Qua RRoPas. St.
White Plains, NY, 10601

Legal Mail