# The Atlantic Foundation

March 18, 2025

**VIA ECF & EMAIL**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
OetkenNYSDChambers@nysd.uscourts.gov

Re: Plaintiff's Proposed Redactions – Hearing and Deposition Transcripts
*Thompson v. City of New York, et al.*, No. 22-cv-1458 (JPO)(KHP)

Dear Judge Oetken:

I write on behalf of Plaintiff Kwaine Thompson, as his former *pro bono* counsel,[1] in the above-referenced matter in response to the Court's order directing counsel to file complete versions of certain transcripts, which are filed concurrently with this letter. *See* ECF Nos. 193 & 194. Defendants reviewed Plaintiff's proposed redactions and did not make any additional redactions.

As relevant here, there are two transcripts: one from Mr. Thompson's 50-H hearing taken on February 3, 2022, and one from his deposition as part of this litigation taken on October 13, 2023. The vast majority of redactions fall within the eleven categories of "sensitive information" that do not require leave of court before filing consistent with Rule 2(E)(i) of Your Honor's Individual Rules of Practice. For example, Mr. Thompson's home address and past medical treatment were redacted.

Outside of the eleven permissible categories, there are additional redactions concerning Mr. Thompson's previous criminal history/background and the disposition(s) of those criminal proceedings. *See* 50-H Tr. at 14-15; Deposition Tr. at 111-113. Importantly, the Court previously granted Plaintiff's request to redact and/or seal similar information related to his criminal history. *See* ECF No. 117 (request to seal) & 118 (order). For those same reasons, *see* ECF No. 117 at 3, Plaintiff respectfully requests the Court maintain the proposed redactions.

---

[1] I no longer represent Mr. Thompson as explained in my letter to the Court dated March 14, 2025. *See* ECF No. 194 n.1.

**Hon. J. Paul Oetken**
Mar. 18, 2025
Page 2 of 2

    Please note that unredacted, complete copies of the transcripts were previously submitted by email on March 14, 2025, as well as on a USB flash drive (accepted by the U.S. Marshal's office on Mar. 13, 2025), to Your Honor's Chambers. In addition, the unredacted transcripts will be filed on ECF under seal contemporaneously with this letter.

*   *   *

    Thank you very much for your consideration. I sincerely appreciate the Court's attention to this matter.

Very truly yours,

*[signature]*

Sami Elamad

Enclosures: *As stated*

cc:    Kwaine Thompson (by U.S. first-class mail)
       Gregory Accarino (by ECF and email)