UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>                              Plaintiff,<br><br>-against-<br><br><br>   CITY OF NEW YORK et al.,<br><br><br><br>                              Defendants. | 22-CV-1458 (JPO) (KHP)<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of a letter from Mr. Thompson, *pro se*, addressed to the undersigned, which indicates Mr. Thompson's willingness to settle this action. (ECF No. 202.) The Defendants shall file a letter by **May 9, 2025**, to indicate whether they believe a settlement conference could be productive at this time.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: May 7, 2025
       New York, New York

                              **SO ORDERED.**

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge