TO: Pro Se Intake Unit
FROM: Kwasie Thompson
BTCF 825-2500281

22-cv-1458 (JPO)(KHP)

RECEIVED MAY 28 2025 PRO SE OFFICE

I've written this court numerous times for Injunctive Relief. I have not been able to view the U.S.B. from the law dept because of Retaliation of filing lawsuit against D.O.C. I have not been afforded law library. I was housed in 5 lower # 10 upper in E.M.T.C. Now I ask this court to pull log books from both of these houses and see for yourself that I signed up for law library, but law library officers never came. And this happened all month long proving my point.

I ask this court to send a court order too allow me to go to the law library to view the U.S.B. in my civil and criminal case when the law library is open - thanks! Sincerely and yes I grieved this issue to no avail. I need your help this issue.

Sincerely
K. Thompson

# LAW OFFICES OF
# <u>HARLAN GREENBERG, P.C.</u>

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
(212) 964-0503

March 11, 2025

Kwaine Thompson
EMTC
10-10 Hazen Street
East Elmhurst, NY 11370
**B & C # 8252500281**

Re:     <u>People v. Kwaine Thompson</u>
        NY County Ind. No.:  794/2019 & 72723-23

Dear Mr. Thompson:

    Be advised that I have forwarded a USB drive to the Office of the General Counsel. It should make its way to the library at the facility where you are housed. You should go to the library and let them know that you are expecting it.

    I have enclosed a copy of the letter that was forwarded to the Office of the General Counsel. If you have any further questions, please do not hesitate to contact me..

Yours very truly,

Harlan Greenberg



| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **GREGORY ACCARINO**<br>*Senior Counsel*<br>phone: (212) 356-1945<br>gaccari@law.nyc.gov |

March 13, 2025

**BY HAND DELIVERY**
Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Kwaine Thompson v. City of New York, et al.
            22 Civ. 1458 (JPO) (KHP)

Your Honor:

        I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City of New York, Katrese Brumfield, Jessica Simmons, Debbie Palmer-Campbell, Tiffany Francis, Chandra Davis, and Tony Montague ("defendants") in the above-referenced matter.

        Pursuant to instructions by Your Honor's Chambers on March 12, 2025 by telephone, defendants respectfully submit a USB drive containing the media file exhibits submitted in connection with defendants' motion for summary judgment, which were previously submitted to the Court through an electronic file share service. *See* Dkt. No. 83, Motion for Summary Judgment, December 5, 2025.

        This USB specifically contains the following exhibits:

- Exhibit B (Plaintiff's DOC Interview);

- Exhibit C (GRVC Surveillance Video – including two (2) video clips);

- Exhibit G (Plaintiff's Call to 311 regarding defendant Brumfield); and

- Exhibit H (Plaintiff's Call to 311 regarding defendant Palmer-Campbell.

*See* Dkt. No. 85, Declaration in Support of Motion for Summary Judgment, December 5, 2023.

To access the media file exhibits on the USB, please follow the following instructions:

1. Plug in the USB to your computer;
2. Select the "IronKey" Program; and
3. Enter Password: **22cv1458!**
    a. The letters "cv" are lowercase and at the end is an exclamation point.

The defendants thank the Court for its consideration.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

Encl.

cc: **By U.S. Mail (without enclosures):**
Kwaine Thompson
*Plaintiff Pro Se*
EMTC, Rikers Island
10-10 Hazen Street,
East Elmhurst, New York 11370

2

# LAW OFFICES OF
# <u>HARLAN GREENBERG, P.C.</u>

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
(212) 964-0503
harlangreenberg@gmail.com

March 11, 2025

Delilah Ferreris
Office of the General Counsel, SUITE 305
New York City Dept of Corrections
75-20 ASTORIA BOULEVARD
East Elmhurst, NY, 11370

Re:  **Kwaine Thompson**
     **B & C # 8252500281**

Dear Ms. Ferreris:

    Be advised that I represent Kwaine Thompson. I have enclosed a USB drive, which is labeled with his name and Book and Case number. The USB contains discovery in Mr. Thompson's pending indictment. Please notify the Director of Law Libraires to pick it up and forward it to the law library where Mr. Thompson is housed so that arrangements can be made for him to review.

    Please let me know if there is anything else that you require.

Yours very truly,

Harlan Greenberg

