UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>                              Plaintiff,<br><br>-against-<br><br><br>CITY OF NEW YORK et al.,<br><br><br>                              Defendants. | 22-CV-1458 (JPO) (KHP)<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of *pro se* Plaintiff Kwaine Thompson's letter dated March 31, 2025, requesting "injunctive relief" to allow him access to the Law Library at the facility where he is currently housed. (ECF No. 205.)  The Court is not clear on the reasons why Mr. Thompson was denied access to the Law Library.  Accordingly, the Court requests that Corporation Counsel look into the matter and report back to the Court by **June 16, 2025**, regarding its findings in connection with Mr. Thompson's ability to access the Law Library or otherwise review the discovery produced on the USB Drive.

In the same letter, Corporation Counsel should assess its ability, if necessary, to provide Mr. Thompson with copies of any paper discovery from the USB drive previously produced and the time it would need to do so.

**SO ORDERED.**

<u>**The Clerk of Court is requested to mail a copy of this order to Plaintiff.**</u>

Dated: June 3, 2025
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge