UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON, | |
| Plaintiff, | |
| -against- | **23-CV-2102 (JPO) (KHP)** |
| LEMON et al., | |
| Defendants. | |
| _____ | |
| KWAINE THOMPSON, | |
| Plaintiff, | |
| -against- | **22-CV-1458 (JPO) (KHP)** |
| CITY OF NEW YORK et al., | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of a letter from Plaintiff's counsel in Case Number 23-cv-2102

(ECF No. 121), requesting, *inter alia*, a stay of the motion to dismiss deadlines because

Defendants allegedly denied counsel access to his client.  The application is **granted in part** such

that the motion to dismiss deadlines are stayed.  Defense counsel in that case shall file a

responsive letter to Plaintiff's counsel's by **June 9, 2025**.  Plaintiff may reply by **June 11, 2025**.

The other relief requested in the letter will be discussed at the conference.

The parties in both cases shall appear for a telephonic status conference on **June 17,**

**2025, at 11:00 a.m.**  It is hereby **ORDERED** that the Warden or other official in charge of Eric M.

Taylor Center, 10-10 Hazen Street, East Elmhurst, NY 11370, produce plaintiff Kwaine

Thompson, NYSID: 07289661Q/B&C 8252500281, **on June 17, 2025, no later than 11:00 a.m.**,

to a suitable location within the Eric M. Taylor Center that is equipped with a telephone, for the

purpose of participating by telephone in a conference with the Court and defendants' counsel.

If the scheduled time and date presents a hardship, the Warden or the Warden's designee

should promptly inform chambers by calling (212) 805-0234.

      Defense counsel shall: (1) send this Order to the Warden immediately; (2) contact the

Eric M. Taylor Center to arrange the call and determine the telephone number at which the

plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's

teleconference line at **(646) 453-4442, Access code: 758846492**, with the plaintiff on the line, at

the time and date of the conference.

      The parties in Case Number 22-cv-1458 should also be prepared to discuss the letter to

be filed in that action by June 16, 2025. (ECF No. 206.)

      **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**


Dated: June 6, 2025
      New York, New York

                             **SO ORDERED.**

                             _Katharine H. Parker_
                             KATHARINE H. PARKER
                             United States Magistrate Judge