UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMSPON,

                Plaintiff,

-v-

CITY OF NEW YORK, et al,

                Defendants.

22-CV-1458 (JPO)

ORDER SCHEDULING CONFERENCE

J. PAUL OETKEN, District Judge:

    The parties shall appear for a telephonic conference on August 11, 2025, at 12:00 p.m. to discuss trial scheduling. Mr. Elamad is requested to join the call.

    It is hereby ORDERED that the Warden or other official in charge of Eric M. Taylor Center, 10-10 Hazen Street, East Elmhurst, NY 11370, produce Plaintiff Kwaine Thompson, NYSID: 07289661Q/B&C 8252500281, on August 11, 2025, no later than 12:00 p.m., to a suitable location within the Eric M. Taylor Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0266.

    Defense counsel shall: (1) send this Order to the Warden immediately; (2) contact the Eric M. Taylor Center to arrange the call and determine the telephone number at which the Plaintiff will be reachable at the above time and date; and (3) telephone Judge Oetken's teleconference line at (855) 244-8681, Access code: 2312 828 7066, with the Plaintiff on the line, at the time and date of the conference.

The Clerk of Court is directed to mail a copy of this order to the Plaintiff.

SO ORDERED.

Dated: August 1, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge