UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Kwaine Thompson

                    Plaintiff,

   -against-                           22 Civ. 1458 (JPO) (KHP)

                                                NOTICE OF LIMITED APPEARANCE
                                                OF *PRO BONO* COUNSEL

City of New York, et al.

                    Defendant.
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as *pro bono* counsel in this case on behalf of:

    Plaintiff Kwaine Thompson [party]

    for the limited purpose of the jury trial scheduled to begin on the week of Oct. 27, 2025. I certify that I am admitted to practice in this Court.

Aug. 26, 2025
Date

Signature

Sami Elamad
Print Name        Bar No.

450 Lexington Ave., #69
Address

New York, NY 10163
City    State    Zip Code

646-685-3954 (tel.) / 646-712-9501 (fax)
Phone No.    Fax. No.

sami@the-atlantic-foundation.org
Email Address