UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,
                        Plaintiff,

        -v-

CITY OF NEW YORK, *et al.*,
                        Defendants.

22-CV-1458 (JPO)

SCHEDULING ORDER

J. PAUL OETKEN, District Judge:

    The jury trial in this case will begin on **Monday, October 27, 2025**, at 9:30 AM with jury selection. The joint pretrial order ("JPTO") shall be filed by October 6, 2025. The JPTO shall comply with this Court's individual practices in civil cases. The parties requested the Court's intervention regarding the scheduling of intermediate deadlines for exchanging draft JPTO documents. Plaintiff's draft JPTO shall be provided to Defendants at least five business days in advance of the final deadline to file the JPTO with the Court. Defendants shall provide a revised draft JPTO to Plaintiff at least two business days in advance of the final deadline to file the JPTO with the Court.

    Any motions *in limine*, proposed jury instructions, proposed verdict sheet, and proposed *voir dire* questions shall be filed by October 14, 2025. Oppositions to any motions *in limine* shall be filed by October 21, 2025, by 12:00 PM.

    The final pretrial conference will be held in person on **October 22, 2025, at 2:30 PM**. The final pretrial conference, the trial, and all other proceedings shall take place in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The following procedures shall govern the conduct of the trial:

1. Electronic copies of all exhibits shall be provided on a thumb drive to the courtroom deputy by the date of the final pretrial conference, October 22, 2025.

2. Counsel should be available every day at 9:00 AM (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

3. Testimony will generally be taken between 9:30 AM and 5:00 PM from Monday through Friday. There will be a mid-morning and mid-afternoon break of 15 minutes and a lunch break from 1:00 PM to 2:00 PM.

4. The parties are advised that sidebars will be kept to a minimum. Counsel are expected to anticipate any issues that may require a ruling from the Court and to raise those issues with the Court in advance of the time that the jury will be hearing the evidence.

5. If counsel intend to distribute copies of documentary exhibits to the jury, they must make a separate copy for each juror.

6. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the Clerk is not responsible for them.

SO ORDERED.

Dated: September 2, 2025
      New York, New York

_____
J. PAUL OETKEN
United States District Judge