**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KWAINE THOMPSON,<br><br>                Plaintiff,<br><br>    vs.<br><br>CITY OF NEW YORK, *et al.*,<br><br>                Defendants. | No. 22-cv-1458 (JPO) (KHP)<br><br><br>**WRIT OF**<br>**HABEAS CORPUS**<br>**AD TESTIFICANDUM** |

The Honorable J. Paul Oetken, United States District Judge:

TO:    ACTING WARDEN, Otis Bantum Correctional Center (OBCC)
        16-00 Hazen Street, East Elmhurst, NY 11370

        LYNELLE MAGINLEY-LIDDIE, Commissioner
        New York City Department of Corrections
        75-20 Astoria Blvd., East Elmhurst, NY 11370

        UNITED STATES MARSHAL for
        THE SOUTHERN DISTRICT OF NEW YORK
        500 Pearl Street, Suite 400, New York, New York 10007

GREETINGS:

**YOU ARE HEREBY COMMANDED** to produce Plaintiff KWAINE THOMPSON

(B&C 8252500281; NYSID 07289661Q), who is presently detained in OBCC on Rikers Island

in the custody of the NEW YORK CITY DEPARTMENT OF CORRECTIONS, to be brought

under safe and secure custody to the United States Courthouse, 40 Foley Square, New York, NY

10007, for the jury trial in this action scheduled to begin on October 27, 2025, as follows:

    1.    That the NEW YORK CITY DEPARTMENT OF CORRECTIONS shall transport

KWAINE THOMPSON to Courtroom 706 of the U.S. Courthouse, 40 Foley Square, New York,

NY 10007, on each day by no later than 9:00 a.m. for jury selection and trial from October 27,

2025, and each succeeding day thereafter until this Writ is satisfied;

2.     That the United States Marshal shall provide all necessary security and provide

for the care, subsistence, and sustenance of KWAINE THOMPSON for as long as he is in the

temporary custody of the Court;

3.     That the NEW YORK CITY DEPARTMENT OF CORRECTIONS shall supply

KWAINE THOMPSON with suitable clothing for attendance at the trial or, in the alternative,

allow him to receive clothing appropriate for trial;

4.     That, upon satisfaction of this Writ, the NEW YORK CITY DEPARTMENT OF

CORRECTIONS shall return KWAINE THOMPSON under safe and secure custody to the Otis

Bantum Correctional Center (OBCC)/Rikers Island;

5.     That the Department of Corrections, the U.S. Marshal, and, if applicable, the U.S.

Bureau of Prisons shall each bear their respective costs of implementation of this Writ; and

6.     That the Warden/Commissioner, or their designee(s), are to promptly notify the

Court of any change in custody related to KWAINE THOMPSON and provide the new custodian

with a copy of this Writ.

WITNESS Hon. J. Paul Oetken, U.S. District Judge, U.S. District Court for the Southern

District of New York, 40 Foley Square, New York, NY 10007, on this _____ day of October 2025.


THE FOREGOING WRIT IS ALLOWED
THIS _____ DAY OF OCTOBER, 2025.


_____
Clerk of the Court


_____
  HON. J. PAUL OETKEN