UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

22-CV-1458 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff has filed a request for injunctive relief raising issues regarding his detention at Rikers Island, New York. (ECF No. 222.) The Court does not see this request as related to the claims scheduled for trial to begin on Monday, October 27, 2025. Moreover, because Sami Elamad has entered his appearance as *pro bono* counsel in this case on behalf of Plaintiff through trial (ECF No. 217), Plaintiff is no longer pro se, and all filings must be through counsel. *See e.g. Gonzalez v. J.P. Morgan Chase Bank. N.A.*, No. 16-CV-02611, 2017 WL 564678, at *1 (S.D.N.Y. Feb. 13, 2017).

    SO ORDERED.

Dated: October 7, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge