UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>                                        Plaintiff,<br><br>-against-<br><br><br><br>CITY OF NEW YORK et al.,<br><br><br><br>                                        Defendants. | 22-CV-1458 (JPO) (KHP)<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of a letter addressed to the undersigned requesting a temporary restraining order and/or preliminary injunction in the above-captioned matter. (ECF No. 228.) However, this Court is only referred for general pretrial matters. (ECF No. 59.) Therefore, the request should be directed to Judge Oetken. The request is therefore **denied without prejudice**.

However, the Court also notes that Judge Oetken previously denied a similar request filed by Mr. Thompson, acting *pro se*, in this case. (ECF No. 227.) Judge Oetken noted that Plaintiff must make all future filings through counsel. (*Id.*) Accordingly, if the request were to be refiled, it must be refiled by Mr. Elamad, not Mr. Thompson.

**The Clerk of Court is requested to mail a copy of this order to Plaintiff.**

Dated: October 9, 2025
       New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge