UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                       Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                       Defendants.

22-CV-1458 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      This Court is in receipt of Plaintiff's letter motion requesting an order allowing Plaintiff to conduct a limited site inspection of Rikers facilities and to review DOC employee identification photographs for witnesses. (*See generally* ECF No. 223.)

      Because Plaintiff's motion is effectively a request to reopen discovery, he must show good cause for doing so. *Yusupov-Millevoi v. Kingyum Transps. LLC*, 349 F.R.D. 491, 495 (S.D.N.Y. 2025). When deciding whether to reopen discovery, courts must consider: (1) whether trial is imminent, (2) whether the request is opposed, (3) whether the non-moving party would be prejudiced; (4) whether the moving party was diligent in obtaining discovery within the guidelines established by the court; (5) the foreseeability of the need for additional discovery in light of the time allowed for discovery by the district court; and (6) the likelihood that discovery will lead to relevant evidence. *Id*. All of these factors weigh against reopening discovery in this case. Moreover, Plaintiff acknowledges that he must demonstrate good cause to reopen discovery but fails to address any of the relevant factors in his analysis. (*See* ECF No. 223 ("Good cause exists because the request is narrow, non-disruptive, and aimed solely at creating demonstratives to aid the [jury].").)

Although the Court denies Plaintiff's motion, the parties are strongly encouraged to reach stipulations regarding the identity of witnesses and the physical layout of any relevant spaces.

The Clerk of Court is directed to terminate the motion at ECF No. 223.

SO ORDERED.

Dated: October 15, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge

2