UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                           Plaintiff,

-against-

CITY OF NEW YORK et al.,

                           Defendants.

22-CV-1458 (JPO) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of another letter addressed to the undersigned requesting a temporary restraining order and/or preliminary injunction in the above-captioned matter. (ECF No. 256.) However, as previously noted (ECF No. 231), this Court is only referred for general pretrial matters. (ECF No. 59.) Therefore, the request should be directed to Judge Oetken. The request is therefore **denied without prejudice**.

However, the Court reiterates Judge Oetken's instruction that Plaintiff must make all future filings through counsel. (ECF No. 227.) Accordingly, if the request were to be refiled, it must be refiled by Mr. Elamad, not Mr. Thompson.

**The Clerk of Court is requested to mail a copy of this order to Plaintiff.**

Dated: October 24, 2025
      New York, New York

                                                      SO ORDERED.

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge