UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

22-CV-1458 (JPO)

ORDER

A jury having returned a verdict in favor of Defendants in this case on October 30, 2025, and all remaining claims being foreclosed by that verdict as stated on the record, judgment shall be entered in favor of Defendants on all claims.

The Clerk of Court is directed to enter judgment accordingly and to close this case.

SO ORDERED.

Dated: October 30, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge