UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                          Plaintiff,

                  -v-

KATRESE BRUMFIELD, JESSICA
SIMMONS, and DEBBIE PALMER-
CAMPBELL,

                          Defendants.

22-CV-1458 (JPO)

## VERDICT FORM

**Instructions**: All Jurors must agree unanimously to the answers to each question.  Please follow the directions in this form closely and move through the form in the order that the questions are asked.

<u>Liability</u>

*Answer Questions 1-3 below*

**Question 1:**

Has Plaintiff proven by a preponderance of the evidence that any of the following Defendants are liable for sexual assault or sexual abuse of Plaintiff, thereby violating his Fourteenth Amendment right to bodily integrity?

- Katrese Brumfield:         YES _____    (NO) *PFW*    1 PM  10/30/25
- Jessica Simmons:          YES _____    (NO) X *PFW*  1:70 PM  10/29/25
- Debbie Palmer-Campbell:  YES _____    (NO) X *PFW*  10:55 AM  10/30/25

**Question 2:**

Has Plaintiff proven by a preponderance of the evidence that any of the following Defendants are liable for assault under New York state law?

- Katrese Brumfield:   YES _____    (NO) *PFW*    1 PM  10/30/25
- Jessica Simmons:     YES _____    (NO) *PFW*  1:47  10/29

**Question 3:**

Has Plaintiff proven by a preponderance of the evidence that any of the following Defendants are liable for battery under New York state law?

- Katrese Brumfield:   YES _____    (NO) *PR*  320  10/29
- Jessica Simmons:     YES _____    (NO) *PFW*  1:47  10/29

*If you answered "No" to all of the above questions, your deliberations are finished. Sign and date the verdict sheet and return it to the Marshal.*

*If you answered "Yes" to Questions 1, 2, or 3, proceed to the next page.*

<u>Damages</u>

*Answer only those questions that apply to Defendants found liable in Questions 1, 2, or 3*

**Question 4—Compensatory Damages as to Defendant Brumfield**    *n/a*

*Answer this question only if you answered "Yes" to liability for Defendant Brumfield in Questions 1, 2, or 3.*

Has Plaintiff proven by a preponderance of the evidence that he is entitled to compensatory damages as to Defendant Brumfield?

YES _____    NO _____

(a) If you answered "Yes" to Question 4, state the amount of compensatory damages that would fairly and adequately compensate Plaintiff for his injury. _____

(b) If you answered "No" to Question 4, what amount of nominal damages do you award (not exceeding one dollar)? _____

**Question 5—Punitive Damages as to Defendant Brumfield**    *n/a*

*Answer this question only if you answered "Yes" to liability for Defendant Brumfield in Questions 1, 2, or 3.*

Has Plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages as to Defendant Brumfield?

YES _____    NO _____

(a) If you answered "Yes" to Question 5, state the amount of punitive damages that Plaintiff is entitled to receive. _____

**Question 6—Compensatory Damages as to Defendant Simmons**    *n/a* (PFW)

*Answer this question only if you answered "Yes" to liability for Defendant Simmons in Questions 1, 2, or 3.*

Has Plaintiff proven by a preponderance of the evidence that he is entitled to compensatory damages as to Defendant Simmons?

YES _____    NO _____

(a) If you answered "Yes" to Question 6, state the amount of compensatory damages that would fairly and adequately compensate Plaintiff for his injury. _____

(b) If you answered "No" to Question 6, what amount of nominal damages do you award (not exceeding one dollar)? _____

### Question 7—Punitive Damages as to Defendant Simmons

*Answer this question only if you answered "Yes" to liability for Defendant Simmons in Questions 1, 2, or 3.*

Has Plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages as to Defendant Simmons?

YES _____    NO _____

(a) If you answered "Yes" to Question 7, state the amount of punitive damages that Plaintiff is entitled to receive. _____

### Question 8—Compensatory Damages as to Defendant Palmer-Campbell

*Answer this question only if you answered "Yes" to liability for Defendant Palmer-Campbell in Question 1.*

Has Plaintiff proven by a preponderance of the evidence that he is entitled to compensatory damages as to Defendant Palmer-Campbell?

YES _____    NO _____

(a) If you answered "Yes" to Question 8, state the amount of compensatory damages that would fairly and adequately compensate Plaintiff for his injury. _____

(b) If you answered "No" to Question 8, what amount of nominal damages do you award (not exceeding one dollar)? _____

### Question 9—Punitive Damages as to Defendant Palmer-Campbell

*Answer this question only if you answered "Yes" to liability for Defendant Palmer-Campbell in Question 1.*

Has Plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages as to Defendant Palmer-Campbell?

YES _____    NO _____

(a) If you answered "Yes" to Question 9, state the amount of punitive damages that Plaintiff is entitled to receive. _____

**After completing the form, the foreperson must sign and date the verdict sheet and inform the marshal that the jury has reached a verdict.**

███████████████████
_____
Foreperson

Dated: _____10 / 30 / 2025_____